AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

**Scott Stern**
Plaintiff

v.

**Haddad Dealerships of the Berkshires, Inc et al.**
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **05-30160-MPN**

I, **Scott Stern** declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☑ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☑ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. **Williams College, 100 Spring St., Suite 201, Williamstown, MA 01267** Pay ending 7/1/05 Amt $50.98
   YTD earnings $1700.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☑ Yes   ☐ No
   b. Rent payments, interest or dividends             ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments      ☐ Yes   ☑ No
   e. Gifts or inheritances                            ☑ Yes   ☐ No
   f. Any other sources                                ☐ Yes   ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I have friends that give me small amounts of money from time to time $10
I also have helped a friend by helping him around his house, amount varied depending on work performed hours worked. $100.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.
   House, without electric, water or heat  Unimproved (Declared as Homestead)
   1990 Ford Taurus not running
   1988 Toyota Corolla FX Repaired.          1989 Acura Legend (Runs)
   1989 Toyota Corolla FX Not Running
   1979 Chevy C-10 Not Running

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   50% of my earnings
   Jessica Stern
   Amanda Stern  Caitlin Stern
   Keira Stern
   Zachary Stern

I declare under penalty of perjury that the above information is true and correct.

July 6, 2005                                   Scott Stern
_____                          _____
Date                                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.