United States District Court
District of Massachusetts
Western Division

Springfield, Massachusetts                    Civil Action No. 05-30160-KPN

FILED
IN CLERK'S OFFICE
2005 NOV -4  P 3: 48
U.S. DISTRICT COURT
DISTRICT OF MASS.

Scott Stern,                              ) MOTION FOR EXTENSION OF TIME
                                          )
400 West Main Street,                     )
                                          )
North Adams, Massachusetts 01247,         )
                                          )
        Plaintiff,                        )
                                          )
    vs.                                   )
                                          )
Haddad Dealerships of the Berkshires,     )
                                          )
et. al.                                   )

　　　Now comes plaintiff and moves this court to extend the time within which plaintiff may complete service of process against the defendants pursuant to Federal Rules of Civil Procedure 4(c) and Federal Rules of Civil Procedure 6(b).

　　　No previous extensions of such time have been obtained for the plaintiff granted by this court.

　　　Wherein your moving party filed this action, pursuant to the EEOC guidelines, on July 6, 2005 to secure his rights in this action, and, the expiration of the time to effectuate service of process against the defendants, would therefore be November 6, 2005, and service has been not been completed due to extenuating circumstances and good cause, plaintiff requests this extension accordingly.

As and for grounds and good cause, plaintiff, acting pro-se, has instituted federal action in this honorable court to protect and maintain his civil rights accorded by the United States Federal and State constitutions before the Honorable Michael A. Ponsor, presiding.

Wherefore, as and for the grounds and good cause for this Motion for Extension of Time, is that plaintiff, acting pro-se, has filed bankruptcy, also pro-se, with the United States Bankruptcy Court, and, in so doing, has relevant and necessary work, schedules and forms that must be completed to comply with the rules and procedure of the United States Bankruptcy Court, prays that the Honorable Kenneth P. Neiman, Magistrate Judge, will grant the plaintiff an extension of 120 days to complete the service of process against the defendants for this civil action.

Most respectfully submitted this 4 day of November, 2005.

Scott Stern
Pro-Se Plaintiff