United States District Court
District of Massachusetts
Western Division


Springfield, Massachusetts                Civil Action No.05-30160-KPN


|                                              |   |                                      |
|----------------------------------------------|---|--------------------------------------|
| Scott Stern,                                 | ) | MOTION TO MODIFY AMENDED COMPLAINT   |
|                                              | ) |                                      |
| 400 West Main Street,                        | ) |                                      |
|                                              | ) |                                      |
| North Adams, Massachusetts 01247,            | ) |                                      |
|                                              | ) |                                      |
|              Plaintiff,                      | ) |                                      |
|                                              | ) |                                      |
|       vs.                                    | ) |                                      |
|                                              | ) |                                      |
| Haddad Dealerships of the Berkshires,        | ) |                                      |
|                                              | ) |                                      |
| et. al.                                      | ) |                                      |

        Now comes plaintiff and moves this Court for a MOTION TO MODIFY

AMENDED COMPLAINT submitted on January 5, 2005.

        Wherein, your moving party, plaintiff, incorrectly named the

defendant Haddad Motor Group, Inc. as Haddad Dealerships of the

Berkshires, Inc.

        The incorrectly named incorporation known as Haddad Dealerships

of the Berkshires, Inc. does not exist in the Commonwealth of

Massachusetts.  The proper and legal name of the defendant is Haddad

Motor Group, Inc.  Exhibit 1 attached is a Certificate of Incorporation

from the Commonwealth of Massachusetts Secretary of State's office

identifying the proper and legal name of the defendant.  The

incorrectly named Haddad Dealership of the Berkshires does not exist in

the Secretary of State's corporate database, exhibit 2 attached.

Wherein, your moving party, plaintiff, did not include one defendant employed by the Equal Employment Opportunity Commission that should be properly named in the aforementioned Amended Complaint of January 5, 2006.

Plaintiff did not name the defendant known as Joseph Alvarado, State & Local Manager, EEOC, 33 Whitehall Street, 5th Floor, New York, NY (212) 336-3640.  The aforementioned named defendant conducted the review of the file which was subsequently dismissed.  This defendant would be inclusive of the Equal Employment Opportunity Commission and would be sued in both his personal and official capacity of the United States Equal Employment Opportunity Commission.

As and for grounds and good cause for amending the name of the defendant Haddad Dealerships of the Berkshires, Inc., plaintiff, was under the belief that the corporate name of the defendant was correct because of defendants' various use of the name "Haddad Dealerships of the Berkshires" in advertisements and other insignia.

As and for grounds and good cause for amending the defendants to be inclusive of the defendant Joseph Alvarado, pursuant to a letter dated April 11, 2005, by Anne Giantonio, Supervisor to Mr. Alvarado, herein submitted for the Court's judicious review as Exhibit 3, of the Boston Area Office of the United States Equal Employment Opportunity Commission, the aforementioned defendant conducted the review of the file and failed to identify and corroborate that the defendants Haddad Motor Group, Inc. had perjured their testimony and falsified statements to the Massachusetts Commission Against Discrimination in order to

secure a positive litigious result from the hearings before the

Massachusetts Commission Against Discrimination.

Wherefore, as and for the grounds and good cause herein described

plaintiff prays that this honorable Court grant this MOTION TO MODIFY

AMENDED COMPLAINT.

Most respectfully submitted this 9 January 2006.

_____
Scott Stern
Pro-Se Plaintiff
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

MOTION TO MODIFY AMENDED COMPLAINT                                   3

Exhibit 1

---

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

---

## Request a Certificate

**The exact name of the Domestic Profit Corporation:** HADDAD MOTOR GROUP, INC.

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 042967059

**Old Federal Employer Identification Number (Old FEIN):** 000257204

**Date of Organization in Massachusetts:** 06/11/1987

**Current Fiscal Month / Day:** 12 / 31      **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office in Massachusetts:**
No. and Street:    130 PITTSFIELD-LENOX RD
City or Town:    PITTSFIELD     State: MA    Zip: 01201    Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:     State:     Zip:     Country:

**The name and address of the Registered Agent:**
Name:    GEORGE L HADDAD
No. and Street:    46 MEADOW RIDGE
City or Town:    PITTSFIELD     State: MA    Zip: 01201    Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | GEORGE L. HADDAD | 130 PITTSFIELD RD.,<br>PITTSFIELD, MA USA<br>130 PITTSFIELD RD.,<br>PITTSFIELD, MA USA | |
| TREASURER | GEORGE L. HADDAD | 130 PITTSFIELD RD.,<br>PITTSFIELD, MA USA<br>130 PITTSFIELD RD.,<br>PITTSFIELD, MA USA | |
| SECRETARY | GEORGE L. HADDAD | 150 BLYTHEWOOD DR.,<br>PITTSFIELD, MA USA<br>150 BLYTHEWOOD DR.,<br>PITTSFIELD, MA USA | |

Case 3:05-cv-30160-MAP    Document 85-2    Filed 08/2006    Page 5 of 7

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

[?]

**No Records Matched Your <u>Begins With Search</u> for Entity Name: <u>Haddad Dealerships of the Berkshires</u>**

New Search

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

Public Browse and Search - Entity Result

[?]

**No Records Matched Your Begins With Search for Entity Name: Haddad Dealerships of the Berkshires**

New Search

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

EXHIBIT 5



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Boston Area Office

John F. Kennedy Federal Building
Government Center
Room 47:
Boston, MA 02203-050
(617) 565-3200
TTY (617) 565-320
FAX (617) 565-319

April 11, 2005

RE: Charge No. 16C-2003-01828

Scott Stern
400 West Main Street
North Adams, MA.  01247

Dear Mr. Stern:

This is in response to your telephone call on 4/8/2005 requesting the name of the person who conducted the review of your file.  The person is Joseph Alvarado, State & Local Manager, EEOC, 33 Whitehall Street, 5th Floor, New York, NY.  His telephone number is (212)336-3640.

I hope this information is helpful.

Sincerely,

Anne Giantonio
Supervisor