United States District Court
District of Massachusetts
Western Division

FILED
CLERK'S OFFICE
2006 JAN -9  P 12: 03
U.S. DISTRICT COURT
DISTRICT OF MASS

Springfield, Massachusetts

Scott Stern

v

Civil Action No. 05-30160 KPN

Emergency Motion to
Enlarge Time Frame

Haddad Dealerships of the
Berkshires AKA
Haddad Motor Group, Inc.
et. al.

**Now** comes plaintiff and moves this court
for an additional sixty days to perfect
service, to allow the United States Marshall
Service to perfect service, by this Emergency
Motion to Enlarge Time Frame.

Wherein your moving party plaintiff, respectfully
prayed for additional time of 120 days, the
Honorable Judge Kenneth P. Neiman granted (60)
of the 120 days, and plaintiff is entitled
to all 120 days for an extension of time.

Wherein, your moving party plaintiff cites Federal
Rule of Civil Procedure 4 (m).

-1-

Wherein during the initial extension of time plaintiff, completed paperwork for several courts and experienced a tremendous drain of personal and emotional energies to complete this paperwork.

Wherefore, plaintiff most humbly, respectfully prays the Honorable Kenneth P. Neiman will grant this additional 60 days to allow this Motion to Enlarge Time Frame in order that the United States Marshalls may perfect Service to the named defendants

Most Respectfully submitted this 9th day of January 2006.

Scott Stern
_____
Scott Stern
Pro-Se Plaintiff
All Rights Reserved without Prejudice
400 West Main Street
North Adams, MA. 01247

-2-