United States District Court
District of Massachusetts
Western Division

FILED IN CLERK'S OFFICE
2006 JAN -9 P 2: 12
U.S. DISTRICT COURT
DISTRICT OF MASS

Springfield, Massachusetts

Scott Stein

v.

Haddad Motor Group, Inc.
et al.

Civil Action 05-30160-KPN

Motion to Seal the Record
and proceedings and documents
Motion to Unscan documents

Now comes plaintiff and moves this Court to Seal the Record and proceedings and documents and to Motion to Unscan documents.

Wherein your moving party, plaintiff, is one of 43 million Americans with a disability.

Wherein your moving party plaintiff, has been diagnosed with a disability that does not belong in the public's eye.

Wherein the scanning of documents invades the privacy of the Plaintiff by publicizing them through PACER.

Wherefore Plaintiff moves this Honorable Court for Motion to Seal the Record and proceedings and documents and Motion to Unscan the documents relative to this Civil Action.

Wherein the United States Bankruptcy Court granted

a motion to impound because of, and for good reasons, the right of privacy of the plaintiff and the sensitivity of the issues.

Most Respectfully submitted this 9 day of January, 2006.

_Scott Stern_
Scott Stern
400 West Main St.
North Adams, MA. 01247
Pro-Se Plaintiff
All Rights Reserved without Prejudice.