*U.S. GPO: 2000-463-702/25203

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Scott Stern | COURT CASE NUMBER: 05-30160-KPN |
| DEFENDANT: Crystal Borges | TYPE OF PROCESS: |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Massachusetts Commission Against Discrimination (Crystal Borges)

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 436 Dwight St, Suite 220, Springfield, MA. 01103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Scott Stern
400 West Main St
North Adams, MA 01247

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Scott Stern
TELEPHONE NUMBER: 413-664-7805
DATE: 1/5/2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 4 of 4
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: DG Willis
Date: 1/14/06

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 4/6/06
Time: 3:15 pm
Signature of U.S. Marshal or Deputy: DG

REMARKS: UNKNOWN PERSON NOT EMPLOYED @ LOCATION

