United States District Court
District of Massachusetts
Western Division

Springfield, Massachusetts                Civil Action No.05-30160-KPN

Scott Stern,                          ) MOTION FOR EXTENSION OF TIME TO RESPOND
                                      ) TO THE ANSWERS OF DEFENDANTS
         Plaintiff,                   )
                                      )
     vs.                              )
                                      )
Haddad Dealerships of the Berkshires, )
                                      )
et. al.                               )
                                      )
         Defendants                   )
                                      )

   Now comes plaintiff and moves this court for an order to allow the plaintiff an extension of time in order that he may respond to the answers of the defendant Haddad Dealerships of the Berkshires as and for the foregoing reasons.

   Wherein your moving party received the answers to the defendant about a week to ten days after they were initially mailed by the defendant, and;

   Wherein, as evidenced by this fact, the envelope the defendants had mailed had both sides ripped open, not by the plaintiff, as if it were ripped by some United States Postal Sorting machinery, which may have been responsible for, and caused this inordinate delay, and;

   Wherein the answers of the defendant are replete with statements that are tantamount to hyperbole, and;

Wherein, in the opinion of this plaintiff, the answers by the defendant are not in compliance with the Federal Rules of Civil Procedure 8(e) of which the rule is that the answers should be concise and direct, and the defendants should be ordered to re-submit their answers in accordance to the Federal Rules of Civil Procedure,

Wherefore, by and for the aforementioned reasons, plaintiff hereby moves this Honorable Court for a Motion for additional time of thirty (30) days to respond to the answers by the defendant, and;

As and for grounds and good cause, plaintiff, sui juris, is actively seeking counsel to represent his rights and liberties denied by the defendants, and to protect and maintain his civil and legal rights accorded by the United States and the Commonwealth of Massachusetts Constitutions and their respective laws, codes and guidelines, and;

As and for the grounds and good cause for this Motion for Extension of Time to respond to the answers by the defendant, is that plaintiff, acting pro-se, an individual with a disability, needs additional 30 days to review and respond to the answers that arrived later than the postmarked date.

Most respectfully and humbly submitted this 7 day of April, 2006.

_____
Scott Stern
All Rights Reserved without Prejudice
Sui Juris
Pro Se Plaintiff
400 West Main Street
North Adams, Massachusetts 01247

## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Dealerships of the Berkshires, et. al, in the United States District Court, Case Number 05-30160-KPN, certify that I have caused a copy of the foregoing document,

COPY OF MOTION FOR TIME EXTENSION TO RESPOND TO THE ANSWERS BY THE DEFENDANTS

COPY OF THIS CERTIFICATE OF SERVICE

to be delivered, postage prepaid, to the defendants, at their respective addresses this 7 day of April, 2006.

_____
Scott Stern
Pro-Se Plaintiff

April 7, 2006
_____
Date of Mailing/Delivery