UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS        CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN,<br>    Plaintiff<br><br>v.<br><br>HADDAD DEALERSHIPS OF THE BERKSHIRES, INC.; JAMES SALVIE, GENERAL SALES MANAGER; TIMOTHY CARDILLO, SALES MANAGER; MICHAEL COGGINS, GENERAL MANAGER, IN THEIR PERSONAL AND OFFICIAL CAPACITIES OF HADDAD DEALERSHIPS OF THE BERKSHIRES,<br><br>And<br><br>CYNTHIA TUCKER, INVESTIGATING COMMISSIONER; JAMES LEVINSKY, DEPUTY GENERAL COUNSEL; MIGDALIA RIVERA, COMPLIANCE OFFICER II; CRYSTAL BORGES, INVESTIGATOR, IN THEIR PERSONAL AND OFFICIAL CAPACITIES OF THE MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION,<br><br>And<br><br>ROBERT SANDERS, BOSTON AREA OFFICE DIRECTOR, IN HIS PERSONAL AND OFFICIAL CAPACITY AS DIRECTOR OF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **APPEARANCE OF DEFENSE COUNSEL**<br>) **FOR HADDAD DEFENDANTS**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

{00082932.DOC}1

## APPEARANCE OF DEFENSE COUNSEL FOR HADDAD DEFENDANTS

Now comes the law firm of Michienzie & Sawin LLC, 745 Boylston Street, Boston, MA 02116, and enters its appearance in the above-captioned case on behalf of named defendants Haddad Dealerships of the Berkshires, Inc., James Salvie, Michael Coggins, and Timothy Cardillo (collectively, the "Haddad Defendants"). Defendant Haddad Dealerships of the Berkshires, Inc. is a misnomer; the correct name for this party is Haddad Motor Group, Inc. From the defense firm of Michienzie & Sawin LLC, the two lawyers who will be involved in representing the Haddad Defendants will be Richard A. Sawin, Jr., and John C. Barker, Esqs. John Barker's email for notices is jb@masatlaw.com and Richard Sawin's email address for such notices is rs@masatlaw.com.

THE HADDAD DEFENDANTS,
By Their Attorneys
MICHIENZIE & SAWIN LLC

Dated: 4/14/06    BY: *John Barker*
Richard A. Sawin, Jr. – BBO NO: 546786
John C. Barker – BBO NO: 637406
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

## CERTIFICATE OF SERVICE

I, John C. Barker, attorney for defendant, hereby certify that I have on this 14th day of April 2006, served a copy of the foregoing Notice of Appearance, by mailing a copy of same, postage prepaid, to the following:

Mr. Scott Stern
400 West Main Street
North Adams, MA 01427

Ms. Carol Murchison, Clerk
Commonwealth of Massachusetts
Commission Against Discrimination
436 Dwight Street, Room 220
Springfield, MA 01103

Mr. Robert Sanders
Equal Employment Opportunity Commission
475 J.F.K. Federal Building, Government Center
Boston, MA 02203-0506

_____
John C. Barker