United States District Court
District of Massachusetts
Western Division

FILED
IN CLERK'S OFFICE

2006 APR 24  P 12: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

Springfield, Massachusetts              Civil Action No. 05-30160-MAP

| | |
|---|---|
| Scott Stern, | ) MOTION TO AMEND THE COMPLAINT |
| | ) WITH LEAVE OF COURT |
| Plaintiff, | ) |
| vs. | ) |
| Haddad Dealerships of the Berkshires, | ) |
| et. al. | ) |
| Defendants | ) |

Now comes plaintiff and moves this court for an order for a MOTION TO AMEND THE COMPLAINT WITH LEAVE OF COURT to allow the plaintiff to include the individual, an Attorney, John C. Barker, and the law firm of Michenzie & Sewin, LLC as defendants by and for the foregoing reasons.

By and because of the egregious, wanton, illegal and immoral actions of the defendant, John C. Barker, by and because of false representations to the Massachusetts Commission Against Discrimination that certain known factual and proven documents existed, contrary to the Professional Rules of Conduct and the Federal Rules of Evidence, the defendant, John C. Barker averred falsely to the Massachusetts Commission Against Discrimination that documents did not exist.

Wherein, defendant John C. Barker's clients, Michael Coggins,

MOTION TO AMEND THE COMPLAINT WITH LEAVE OF COURT                    1

James Salvie, and Timothy Cardillo, each, individually, and in their capacity of representing the defendant Haddad Dealerships of the Berkshires, Inc. signed notarized affidavits before a duly authorized Notary Public of the Commonwealth of Massachusetts that averred and stated said a document did exist, and did thereby swore to an oath that said document existed, of which, the defendant, John C. Barker, averred during the initial Massachusetts Commission Against Discrimination Hearing that said document did not exist and was not provided to the defendants, further falsifying and contradicting previous statements and testimony of the defendants, and;

Wherein, plaintiff, your moving party, either through this action, or in a separate action, has a separate and specific cause of action against the defendant John C, Barker and the law firm of Michenzie and Sewin, LLC for averring false statements to the tribunal that was hearing the discrimination claim against the defendants, and;

Wherein, in the interest of justice, and to make better use of the Court's precious time, it would be in the best interest of the Court to allow this Motion to Amend the Complaint to include the defendant John C. Barker and the law firm of Michenzie & Sewin, LLC, and;

Wherein, the defendant, John C. Barker, by and because of the false averments to the tribunal known as the Massachusetts Commission Against Discrimination, plaintiff, your moving party, by excusable neglect, apologizes to this most honorable court for this oversight and

MOTION TO AMEND THE COMPLAINT WITH LEAVE OF COURT    2

prays for this motion that should have named the defendant and defendant's law firm in this instant matter, and;

Wherein, pursuant to Federal Rules of Civil Procedure, the defendant John C. Barker was verbally notified that Scott Stern, the plaintiff, would be submitting a Motion to Amend the complaint on April 18, 2006, and;

Wherein, pursuant to Federal Rules of Civil Procedure, the defendant, John C. Barker, was verbally notified by Scott Stern, the plaintiff, would be submitting a Motion to Amend the Complaint on April 18, 2006, and;

Wherefore, by and for the aforementioned reasons, plaintiff hereby moves this Honorable Court for a Motion to Amend the Complaint to include the defendant John C. Barker and the law firm of Michenzie & Sewin, LLC, and;

Wherefore, by and for the aforementioned reasons, defendant John C. Barker would be sued in his individual and corporate capacity for the law firm of Michenzie & Sewin, LLC, and;

Wherefore, by and because of the egregious, wanton, false averments to the tribunal by the defendant, the plaintiff would assert causes of action against the defendant John C. Barker as those of the defendants David Michael Coggins, James Salvie and Timothy Cardillo, and;

Wherefore, by and for the aforementioned reasons, defendant Michenzie & Sewin, LLC are herein sued in its official corporate capacity.

MOTION TO AMEND THE COMPLAINT WITH LEAVE OF COURT                                    3

As and for grounds and good cause, plaintiff, sui juris, was violated by the defendants actions and denied federal and state rights accorded persons with disabilities; to protect and maintain his civil and legal rights accorded by the United States and the Commonwealth of Massachusetts Constitutions and their respective laws, codes and guidelines, it is necessary and relevant to amend the complaint to include the defendant John C. Barker and the law firm of Michenzie & Sewin, LLC.

Plaintiff, herein, prays for this Motion to Amend the Complaint to be allowed forthwith and expeditiously.

Most respectfully submitted this 19 day of April 2006.

*Scott Stern* (signature)

Scott Stern
All Rights Reserved without Prejudice
Sui Juris
Pro Se Plaintiff
400 West Main Street
North Adams, Massachusetts 01247

## **CERTIFICATE OF SERVICE**

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Dealerships of the Berkshires, et. al, in the United States District Court, Case Number 05-30160-KPN, certify that I have caused a copy of the foregoing document,

COPY OF MOTION TO AMEND THE COMPLAINT

COPY OF THIS CERTIFICATE OF SERVICE

COPY OF PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO AMEND THE COMPLAINT

to be delivered, postage prepaid, to the defendants, at their respective addresses this 19 day of April, 2006.

George Haddad, President
Haddad Dealerships of the Berkshires, Inc.
145 State Road
North Adams, Massachusetts 01247


Haddad Dealerships of the Berkshires, Inc.
David Michael Coggins
Pittsfield/Lenox Road
Pittsfield, Massachusetts 01201

Haddad Dealerships of the Berkshires, Inc.
James Salvie
Pittsfield/Lenox Road
Pittsfield, Massachusetts 01201

Haddad Dealerships of the Berkshires, Inc.
Timothy Cardillo
Pittsfield/Lenox Road
Pittsfield, Massachusetts 01201

Michenzie & Sewin, LLC
Resident Agent or President or designated officer of the Corporation
745 Boylston Street
Boston, Massachusetts 02116-2636

John C. Barker
Michenzie & Sewin, LLC
745 Boylston Street
Boston, Massachusetts 02116-2636

Cynthia Tucker,
Investigating Commissioner
Massachusetts Commission Against Discrimination
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

James Levinsky,
Deputy General Counselor
Massachusetts Commission Against Discrimination
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

Migdalia Rivera
Compliance Officer II
Massachusetts Commission Against Discrimination
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

Crystal Borges,
Investigator
Massachusetts Commission Against Discrimination
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

and delivered, by the United States Postal Service, postage prepaid, this 19 day of April, 2006 to the United States District Court, 550 Main Street, Springfield, Massachusetts 01103

_____          April 19, 2006
Scott Stern                              Date of Mailing/Delivery
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247