IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION
3:05-CV-30160-KPN

FILED
CLERK'S OFFICE

2006 APR 24  P 12: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Scott Stern, | ) |
|   Plaintiff, | ) |
| vs. | ) APPEARANCE OF DEFENSE COUNSEL |
| Haddad Motor Group, Inc.; | ) FOR DEFENDANTS ROBERT SANDERS |
| James Salvie, Michael Coggins, Timothy Cardillo, in their personal and official capacities; | ) AND JOSEPH ALVARADO |
| Cynthia Tucker, James Levinsky, Migdalia Rivera, Crystal Borges, in their personal and official capacities; and | ) |
| Joseph Alvarado and Robert Sanders, in their personal and official capacities, | ) |
|   Defendants. | ) |

## NOTICE OF APPEARANCE

Now comes Erin N. Norris, Office of Legal Counsel, U.S. Equal Employment Opportunity Commission (EEOC), and hereby enters her appearance in the above-captioned matter as counsel of record for named defendants Robert Sanders and Joseph Alvarado, employees of EEOC.[1]  Ms. Norris's email for notices is erin.norris@eeoc.gov.

Respectfully submitted,

PEGGY R. MASTROIANNI
Associate Legal Counsel

THOMAS J. SCHLAGETER
Assistant Legal Counsel

---

[1] The undersigned represents defendants Sanders and Alvarado in their official capacities only.

_____
ERIN N. NORRIS
Attorney for Defendants Sanders and Alvarado
N.C. Bar # 28718
U.S. Equal Employment Opportunity
  Commission
Office of Legal Counsel
1801 L St. NW
Washington, DC  20507
Telephone:  (202) 663-4876
Facsimile:   (202) 663-4639

## CERTIFICATE OF SERVICE

      I certify that the foregoing Notice of Appearance was served on each of the addressees below, on April 20, 2006 by United States Mail, proper postage affixed, and addressed as follows:

Mr. Richard A. Sawin, Jr.
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, Massachusetts 02116

Mr. John C. Barker
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, Massachusetts 02116

Ms. Carol Murchison, Clerk
Commonwealth of Massachusetts
Commission Against Discrimination
436 Dwight Street, Room 220
Springfield, Massachusetts 01103

Mr. Scott Stern
400 West Main Street
North Adams, Massachusetts 01427

                                            Erin N. Norris
                                            Attorney for Defendants Sanders and Alvarado

3