United States District Court
District of Massachusetts
Western Division

Springfield, Massachusetts                    Civil Action No.05-30160-KPN

Scott Stern,                    ) NOTICE OF OBJECTION
                                )
        Plaintiff,               )
                                )
    vs.                          )
                                )
Haddad Motor Group, Inc., et. al.)
                                )
        Defendants               )
                                )
                                )
                                )
_____)

    Now comes plaintiff and hereby submits this NOTICE OF OBJECTION to the United States District Court, Honorable Judge Kenneth P. Neiman, presiding, regarding the recent Third Party Keeper of the Records Subpoena request for documents by the defendant Haddad Motor Group, Inc. from plaintiff's doctor, Dr. Michael Perlman.

    The defendants, and the defense counsel, have brought to light their inconsistent arguments and the court can genuinely question the credibility of the defendants and the defenses counsel for their recent deposition request from plaintiff's doctor.

    The defendant's claimed, inter alia, in affidavits, submitted to the Massachusetts Commission Against Discrimination, and in oral statements before the Massachusetts Commission Against Discrimination that the Doctor, and the Doctor's note, were either illegible or did

SLS NOTICE OF OBJECTION

                                                                    1

not contain the pertinent information to ascertain and describe the doctor's name and address, to wit, the defendants claimed that the doctor did not exist, and that the note that plaintiff had submitted to them for requesting a reasonable accommodation did not disclose the doctor's name and address (See affidavits of the defendants Michael Coggins, James Salvie and Timothy Cardillo.)

Wherein, the defendants and their counsel cannot have it both ways. They cannot tell this court, through MCAD documents, the doctor does not exist, that his office does not exist, that the note which was presented to the MCAD did not exist, and then, by means of a "Third Party Keeper of the Records Subpoena" depose him by mailing a "Third Party Keeper of the Records Subpoena" to his private residence in an effort to violate the confidences and trust plaintiff has had with his doctor and violate the patient-doctor privilege and the Hippocratic oaths, and to use private personal information against the plaintiff in this action, thus depriving plaintiff of his United States and Massachusetts Constitutional and statutory rights, including, but not limited to, the right to privacy.

Wherefore, plaintiff respectfully submits this NOTICE OF OBJECTION, and submits a brief MEMORANDUM OF LAW IN SUPPORT OF THE NOTICE OF OBJECTION.

Most respectfully submitted this 25 day of April, 2006.

_____
Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

SLS NOTICE OF OBJECTION

2

## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Dealerships of the Berkshires, et. al, in the United States District Court, Case Number 05-30160-KPN, certify that I have caused a copy of the foregoing document,

COPY OF MOTION TO AMEND COMPLAINT

COPY OF THIS CERTIFICATE OF SERVICE

COPY OF PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND COMPLAINT

COPY OF PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE ANSWERS OF THE DEFENDANTS

to be delivered, postage prepaid, by United States Postal Service, to the defendants, at their respective addresses this 25 day of April, 2006.


Robert Sanders
Boston Area Regional Director
Erin N. Norris
United States Equal Employment Opportunity Commission
Office of Legal Counsel
1801 L St. NW
Washington, D.C. 20507

Joseph Alvarado
Investigator
Erin N. Norris
United States Equal Employment Opportunity Commission
Office of Legal Counsel
1801 L St NW
Washington, DC 20507

_____          April 25, 2006
Scott Stern                      Date of Mailing/Delivery
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Dealerships of the Berkshires, et. al, in the United States District Court, Case Number 05-30160-KPN, certify that I have caused a copy of the foregoing document,

_Copy of Notice of Objection_
_Copy of Certificate of Service_

to be delivered, postage prepaid, to the defendants, at their respective addresses this 25 day of April, 2006.

Cynthia Tucker,
Investigating Commissioner;
Massachusetts Commission Against Discrimination
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

James Levinsky,
Deputy General Counselor
Massachusetts Commission Against Discrimination
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Migdalia Rivera
Compliance Officer II
Massachusetts Commission Against Discrimination
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Crystal Borges,
Investigator
Massachusetts Commission Against Discrimination
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

_____
Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

April 25 2006
Date of Mailing/Delivery

# CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff in the matter of Stern v. Haddad Motor Group, Inc., et. al. United States District Court docket no. 05-30160-KPN certify that I have caused a copy of the foregoing document:

Copy of Notice of Objection

Copy of Certificate of Service

to be delivered, by hand, to the herein listed defendant(s), at the below listed address on this 25 day of April, 2006.

Defendant Name: George Haddad

Business/Agency: Haddad Motor Group, Inc.

Address: 174 State Road

City: North Adams

State: MA

Zip Code: 01247

Date of Service: April 25, 2006

Signature: Scott Stern

# CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff in the matter of Stern v. Haddad Motor Group, Inc., et. al. United States District Court docket no. 05-30160-KPN certify that I have caused a copy of the foregoing document:

Copy of Notice of Objection
Copy of Certificate of Service

to be delivered, by hand, to the herein listed defendant(s), at the below listed address on this 25 day of April, 2006.

Defendant Name: Resident Agent/Corporate President

Business/Agency: Michienzie & Sawin, LLC

Address: 745 Boylston Street

City: Boston

State: Massachusetts

Zip Code: 02116-2636

April 25, 2006
Date of Service

Scott Stern
Signature

# CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff in the matter of Stern v. Haddad Motor Group, Inc., et. al. United States District Court docket no. 05-30160-KPN certify that I have caused a copy of the foregoing document:

Copy of Notice of Objection
Copy of Certificate of Service

to be delivered, by hand, to the herein listed defendant(s), at the below listed address on this 25 day of April, 2006.

Defendant Name: Joseph Alvarado

Business/Agency: Equal Employment Opportunity Commission

Address: 1801 L St. NW

City: Washington

State: DC

Zip Code: 20507

Date of Service: April 25, 2006

Signature: Scott Stern

# CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff in the matter of Stern v. Haddad Motor Group, Inc., et. al. United States District Court docket no. 05-30160-KPN certify that I have caused a copy of the foregoing document: Notice of Objection (copy of) Certificate of Service (copy of) to be delivered, by hand, to the herein listed defendant(s), at the below listed address on this 25 day of April, 2006.

Defendant Name: Robert Sanders

Business/Agency: Boston Area Office EEOC Equal Employment Opportunity Commission

Address: 1801 L St NW

City: Washington

State: DC

Zip Code: 20507

Date of Service: April 25, 2006

Signature: Scott Stern

# CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff in the matter of Stern v. Haddad Motor Group, Inc., et. al. United States District Court docket no. 05-30160-KPN certify that I have caused a copy of the foregoing document: _Notice of Objection (copy of) copy of Certificate of Service_

to be delivered, by hand, to the herein listed defendant(s), at the below listed address on this _25_ day of _April_, 2006.

Defendant Name _Michael Coggins_

Business/Agency _Haddad Motor Group, Inc_

Address _Pittsfield/Lenox Rd_

City _Pittsfield_

State _MA_

Zip Code _01201_

_April 25, 2006_
Date of Service

_Scott Stern_
Signature

# CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff in the matter of Stern v. Haddad Motor Group, Inc., et. al. United States District Court docket no. 05-30160-KPN certify that I have caused a copy of the foregoing document: _Copy of Notice of Objection_ _Copy of Certificate of Service_ to be delivered, by hand, to the herein listed defendant(s), at the below listed address on this _25_ day of _April_, 2006.

Defendant Name: John Barker

Business/Agency: Michienzie & Sawin, LLC

Address: 745 Boylston Street

City: Boston

State: Massachusetts

Zip Code: 02116-2636

Date of Service: April 25, 2006

Signature: Scott Stern

# CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff in the matter of Stern v. Haddad Motor Group, Inc., et. al. United States District Court docket no. 05-30160-KPN certify that I have caused a copy of the foregoing document:

*Copy of Notice of Objection*

*Copy of Certificate of Service*

to be delivered, by hand, to the herein listed defendant(s), at the below listed address on this 25 day of April, 2006.

Defendant Name: Timothy Cardillo

Business/Agency: Haddad Motor Group, Inc.

Address: Pittsfield Lenox Rd

City: Pittsfield

State: MA

Zip Code: 01201

Date of Service: April 25, 2006

Signature: Scott Stern

# CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff in the matter of Stern v. Haddad Motor Group, Inc., et. al. United States District Court docket no. 05-30160-KPN certify that I have caused a copy of the foregoing document:

_Copy of Notice of Objection_
_Copy of Certificate of Service_

to be delivered, by hand, to the herein listed defendant(s), at the below listed address on this __25__ day of __April__, 2006.

Defendant Name: James Salvie

Business/Agency: Haddad Motorgroup, Inc.

Address: Pittsfield/Lenox Rd

City: Pittsfield

State: MA

Zip Code: 01201

Date of Service: April 25, 2006

Signature: Scott Stern