United States District Court
District of Massachusetts
Western Division

Springfield, Massachusetts                    Civil Action No.05-30160-KPN

Scott Stern,                          ) MOTION FOR EXTENSION OF TIME
                                      )
400 West Main Street,                 )
                                      )
North Adams, Massachusetts 01247,     )
                                      )
        Plaintiff,                    )
                                      )
    vs.                               )
                                      )
Haddad Dealerships of the Berkshires, )
                                      )
et. al.                               )

   Now comes plaintiff and prays for leave of this Honorable Court, Judge Kenneth P. Neiman presiding, for an extension of time, of ninety (90) days with which plaintiff may complete interrogatories propounded by the defendant Haddad Motor Group, Inc.

   Wherein, your moving party is actively seeking counsel to defend his federal and state rights in this instant action, and is awaiting confirmations from prospective attorneys that your moving party has contacted, and;

   Wherein, your moving party, is a person with a known disability, and;

   Wherein, your moving party, is required by the rules of the Supreme Court of the United States to resubmit a Writ of Certiorari

Motion for Extension of Time to Answer Interrogatories                    1

before the Supreme Court of the United States in an unrelated matter,. and;

Wherein, your moving party, by the rules of the First Circuit Court of Appeals, is required to submit documents and memorandum concerning another unrelated matter before the First Circuit Court of Appeals.

Wherefore, as and for good cause aforementioned, plaintiff moves this Honorable Court for a Motion for Extension of Time to answer the interrogatories of the defendants with permission and leave of this Honorable Judge Kenneth P. Neiman, presiding.

No extensions of time have been granted to the plaintiff from this court in order to answer the interrogatories propounded by the defendants.

As and for grounds and good cause, plaintiff, acting pro-se, Sui Juris, has instituted federal actions that are now before the First Circuit Court of Appeals and the United States. Supreme Court and an extension of time in this instant matter would be in the interest of justice and would not prejudice the defendants.

Most respectfully submitted this 26 day of April, 2006.

*/s/ Scott Stern*

Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

Motion for Extension of Time to Answer Interrogatories         2

## **CERTIFICATE OF SERVICE**

I, Scott Stern, Pro-Se Plaintiff, Sui Juris, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al, in the United States District Court, Case Number 05-30160-KPN, certify that I have caused a copy of the foregoing document,

COPY OF MOTION FOR EXTENSION OF TIME

COPY OF THIS CERTIFICATE OF SERVICE

to be delivered, postage prepaid, to the defendants, at their respective addresses this 26 day of April, 2006.

Haddad Motor Group, Inc.
George Haddad
179 State Road
North Adams, Massachusetts 01247

Haddad Motor Group, Inc.
Michael Coggins
130 Pittsfield/Lenox Road
Pittsfield, Massachusetts 01201

Haddad Motor Group, Inc.
James Salvie
130 Pittsfield/Lenox Road
Pittsfield, Massachusetts 01201

Haddad Motor Group, Inc.
Timothy Cardillo
130 Pittsfield/Lenox Road
Pittsfield, Massachusetts 01201

Michienzie & Sawin, LLC
Resident Agent, President or Corporate Officer
745 Boylston Street
Boston, Massachusetts 02116-2636

John C. Barker
Michienzie & Sawin, LLC
745 Boylston Street
Boston, Massachusetts 02116-2636

Massachusetts Commission Against Discrimination
Cynthia Tucker
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
James Levinsky
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220


## **CERTIFICATE OF SERVICE page 2**

Massachusetts Commission Against Discrimination
Migdalia Rivera
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Crystal Borges
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Erin N. Norris
Robert Sanders
United States Equal Employment Opportunity Commission
Office of Legal Counsel
1801 L St. NW
Washington, D.C. 20507

Erin N. Norris
Joseph Alvarado
United States Equal Employment Opportunity Commission
Office of Legal Counsel
1801 L St NW
Washington, DC 20507

_Scott Stern_ (signature)
Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

April 26, 2006
Date of Mailing/Delivery