**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**
**3:05-CV-30160-KPN**

| | |
|---|---|
| Scott Stern, ) | |
| ) | |
| Plaintiff, ) | |
| ) | DEFENDANTS JOSEPH ALVARADO'S |
| v. ) | AND ROBERT SANDERS' |
| ) | <u>MOTION TO DISMISS</u> |
| Haddad Motor Group, Inc.; ) | Fed. R. Civ. P. 12(b)(1), (5), and (6) |
| James Salvie, Michael Coggins, Timothy ) | |
| Cardillo, in their personal and official ) | |
| capacities; ) | |
| Cynthia Tucker, James Levinsky, ) | |
| Migdalia Rivera, Crystal Borges, in their ) | |
| personal and official capacities; ) | |
| and ) | |
| Joseph Alvarado and Robert Sanders, in ) | |
| their personal and official capacities, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Defendants Joseph Alvarado and Robert Sanders respectfully move this Court to dismiss the above-captioned matter under Rule 12(b)(1), Fed. R. Civ. P., for lack of jurisdiction over the subject matter, under Rule 12(b)(5), Fed. R. Civ. P., for insufficient service of process, and under Rule 12(b)(6), Fed. R. Civ. P., for failure to state a claim upon which relief can be granted.  A memorandum in support of the motion is attached.

                    Respectfully submitted,

                    PEGGY R. MASTROIANNI
                    Associate Legal Counsel

                    THOMAS J. SCHLAGETER
                    Assistant Legal Counsel

        /s/ Erin N. Norris_____
        ERIN N. NORRIS
        Attorney for Defendants Alvarado and Sanders
        N.C. Bar # 28718
        Office of Legal Counsel
        U.S. Equal Employment Opportunity
          Commission
        1801 L Street, N.W.
        Washington, D.C.  20507
        (202) 663-4876 (Phone)
        (202) 663-4639 (Facsimile)

This 2d day of May, 2006.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(a)(2), counsel for Defendants conferred with Plaintiff, who stated that he was unrepresented by counsel at the time of the discussion, and counsel for Defendants is authorized to represent that Plaintiff opposes this motion to dismiss.

**Certificate of Service**

I hereby certify that this document filed through the ECF system on May 2, 2006 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 2, 2006 via United States mail.

/s/ Erin N. Norris_____
ERIN N. NORRIS
Attorney for Defendants Alvarado and Sanders