**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**
**3:05-CV-30160-KPN**

| | |
|---|---|
| Scott Stern, ) | |
| ) | |
| Plaintiff, ) | |
| ) | MOTION TO APPEAR |
| v. ) | TELEPHONICALLY BY |
| ) | COUNSEL FOR DEFENDANTS |
| ) | ALVARADO AND SANDERS |
| Haddad Motor Group, Inc.; ) | |
| James Salvie, Michael Coggins, Timothy ) | |
| Cardillo, in their personal and official ) | |
| capacities; ) | |
| Cynthia Tucker, James Levinsky, ) | |
| Migdalia Rivera, Crystal Borges, in their ) | |
| personal and official capacities; ) | |
| and ) | |
| Joseph Alvarado and Robert Sanders, in ) | |
| their personal and official capacities, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Counsel for defendants Joseph Alvarado and Robert Sanders respectfully moves this Court for leave to attend the Scheduling Conference set for May 17, 2006 at 10:30 a.m. via telephone. Counsel is not located in the District of Massachusetts, but is in Washington, DC, and in an effort to conserve the U.S. Equal Employment Opportunity Commission's resources, counsel respectfully requests that leave to appear telephonically at the Scheduling Conference be granted.

Respectfully submitted,

PEGGY R. MASTROIANNI
Associate Legal Counsel

        THOMAS J. SCHLAGETER
        Assistant Legal Counsel

        /s/ Erin N. Norris_____
        ERIN N. NORRIS
        Attorney for Defendants Alvarado and Sanders
        N.C. Bar # 28718
        Office of Legal Counsel
        U.S. Equal Employment Opportunity
          Commission
        1801 L Street, N.W.
        Washington, D.C.  20507
        (202) 663-4876 (Phone)
        (202) 663-4639 (Facsimile)

This 9th day of May, 2006.

**Certificate of Service**

I hereby certify that this document filed through the ECF system on May 9, 2006 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 9, 2006 via United States mail.

    /s/ Erin N. Norris_____
ERIN N. NORRIS
Attorney for Defendants Alvarado and Sanders