UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS         CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN,<br>    Plaintiff<br><br>    v.<br><br>HADDAD DEALERSHIPS OF THE<br>BERKSHIRES, INC.; JAMES SALVIE,<br>GENERAL SALES MANAGER;<br>TIMOTHY CARDILLO, SALES<br>MANAGER; MICHAEL COGGINS,<br>GENERAL MANAGER, IN THEIR<br>PERSONAL AND OFFICIAL<br>CAPACITIES OF HADDAD<br>DEALERSHIPS OF THE BERKSHIRES,<br><br>And<br><br>CYNTHIA TUCKER, INVESTIGATING<br>COMMISSIONER; JAMES LEVINSKY,<br>DEPUTY GENERAL COUNSEL;<br>MIGDALIA RIVERA, COMPLIANCE<br>OFFICER II; CRYSTAL BORGES,<br>INVESTIGATOR, IN THEIR PERSONAL<br>AND OFFICIAL CAPACITIES OF THE<br>MASSACHUSETTS COMMISSION<br>AGAINST DISCRIMINATION,<br><br>And<br>ROBERT SANDERS, BOSTON AREA<br>OFFICE DIRECTOR, IN HIS PERSONAL<br>AND OFFICIAL CAPACITY AS<br>DIRECTOR OF EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br>    Defendants | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**JOINT PROPOSED LITIGATION<br>SCHEDULE** |

Now come Defendants Haddad Dealerships of the Berkshires, Inc., James Salvie,

Michael Coggins, and Timothy Cardillo (collectively, the "Haddad Defendants"), together with

{00084337.DOC}

1

plaintiff Scott Stern ("Plaintiff" or "Stern"), and the Office of Legal Counsel representing defendant Equal Opportunity Commission ("EEOC"), and hereby submit the following proposed Pretrial Schedule and Agenda for Scheduling Conference, pursuant to Fed.R.Civ.P. 26(f) and U.S. District Court Local Rule 16.1.

According to plaintiff, Defendant Massachusetts Commission Against Discrimination ("MCAD") has been served but has not yet appeared. The MCAD Defendants have not had any input into the proposed schedule below.

1.  Pre-discovery disclosures pursuant to Fed.R.Civ.P. 26(a)(1) shall be made by 6/1/06.

2.  Any amendments to pleadings, after motions to amend, shall be made by 7/14/06.

3.  Written discovery requests (interrogatories and document requests) propounded and responded to by 8/15/06.

4.  Factual discovery, including all non-expert depositions, shall be completed by 9/15/06.

5.  Plaintiff shall identify experts and comply with Rule 26(a)(2) by 10/17/06.

6.  Defendants shall identify experts and comply with Rule 26(a)(2) by 11/15/06.

7.  Requests for Admissions propounded and responded to by 12/15/06.

8.  Expert depositions shall be completed by 12/20/06.

9.  Dispositive motions shall be filed by 1/31/07.

10. Oppositions to dispositive motions shall be filed by 2/28/07.

11. The parties would like a final pretrial conference on or by 4/16/07. Deadline for final list of witnesses and exhibits under Rule 26(a)(3) shall be determined at the Pretrial Conference.

12. The case should be ready for trial by June 2007.

### Proposed Agenda to be Discussed at Scheduling Conference

1.  The above litigation schedule.

{00084337.DOC}

2.     Whether the parties will consent to trial by a Magistrate Judge.

3.     Whether the parties will consider Alternative Dispute Resolution.

## Certifications

The undersigned counsel for the parties hereby certify that they have complied with their respective obligations under Local Rule 16.1(D)(3) concerning conferring with their clients with a view towards establishing a budget for the costs of conducting litigation and considering the possibility of resolving the litigation through Alternative Dispute Resolution programs.

| PLAINTIFF, <br> Appearing pro se, | THE HADDAD DEFENDANTS, <br> By Their Attorneys <br> MICHIENZIE & SAWIN LLC |
|---|---|
| *Scott Stern (by JCB)* <br> Mr. Scott Stern <br> 400 West Main Street <br> North Adams, MA 01247 <br> Tel: (413) 664-7805 | *John Barker* <br> Richard A. Sawin, Jr. – BBO NO: 546786 <br> John C. Barker – BBO NO: 637406 <br> 745 Boylston Street, 5th Floor <br> Boston, MA 02116 <br> Tel: (617) 227-5660 |

THE DEFENDANTS ALVARADO
AND SANDERS

*Erin Norris (by JCB)*
Erin N. Norris, N.C. Bar#28718
Office of Legal Counsel
U.S. Equal Employment Opportunity
 Commission
1801 L. Street, N.W.
Washington, D.C. 20507
Tel: (202) 663-4876

{00084337.DOC}