United States District Court
District of Massachusetts
Western Division

Springfield, Massachusetts                                Civil Action No. 05-30160-KPN

Scott Stern,                          )
                                      )  NOTICE OF OBJECTION
         Plaintiff,                   )
                                      )
    vs.                               )
                                      )
Haddad Motor Group, Inc., et. al.     )
                                      )
         Defendants                   )
                                      )
                                      )
                                      )
_____ )


Now comes plaintiff and hereby submits this NOTICE OF OBJECTION to the United States District Court, Honorable Judge Kenneth P. Neiman, presiding, regarding the defendants Haddad Motor Group, Inc and the United States Equal Employment Opportunity Commission's MOTIONS TO DISMISS.

Wherefore, plaintiff respectfully submits this NOTICE OF OBJECTION, and will be submitting PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF NOTICE OF OBJECTION OF MOTION TO DISMISS.

Most respectfully submitted this 6 day of May, 2006.

_____
Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

## **CERTIFICATE OF SERVICE**

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al., in the United States District Court, Case Number 05-30160-KPN, certify that I have caused a copy of the foregoing document,

COPY OF NOTICE OF OBJECTION TO MOTIONS TO DISMISS

COPY OF THIS CERTIFICATE OF SERVICE

to be delivered, postage prepaid, United States Postal Service, to the defendants, at their respective addresses this 6 day of May, 2006.

Michenzie & Sewin, LLC
Ann Brown, Resident Agent, President or Corporate officer
745 Boylston Street
Boston, Massachusetts 02116-2636

John C. Barker
Michenzie & Sewin, LLC
745 Boylston Street
Boston, Massachusetts 02116-2636

Massachusetts Commission Against Discrimination
Cynthia Tucker
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
James Levinsky,
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Migdalia Rivera
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Crystal Borges
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

(By leave of Erin Norris to serve one copy for both defendants)
U.S. Equal Employment Opportunity Commission
Erin Norris
Robert Sanders and Joseph Alvarado, Official Capacities
1801 L. St. N.W.
Washington, D.C. 20507

## **CERTIFICATE OF SERVICE page 2**

Equal Employment Opportunity Commission
Robert Sanders,
Defendant, Personal Capacity
Area Office Director
John F. Kennedy Federal Building
Government Center
Fourth Floor, Room 475
Boston, Massachusetts    02203

Equal Employment Opportunity Commission
Joseph Alvarado,
Defendant, Personal Capacity
State and Local Manager
33 Whitehall Street, 5th floor
New York, New York   10004-2167

_____          May 6, 2006
Scott Stern                        Date of Mailing/Delivery
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247