United States District Court
District of Massachusetts
Western Division

Springfield, Massachusetts

Scott Stern,

                    Plaintiff,

       vs.

Haddad Motor Group, Inc., et. al.

                    Defendants

Civil Action No.05-30160-KPN

)  MOTION FOR EXTENSION OF TIME TO ANSWER
)  DEFENDANTS MOTION TO DISMISS
)
)  MOTION TO STAY PROCEEDINGS
)
)
)
)
)
)
)
)
)

        Now comes plaintiff and moves this court for a MOTION FOR

EXTENSION OF TIME TO ANSWER THE DEFENDANTS MOTION TO DISMISS.

        Wherein, your moving party, an individual with a disability, is

seeking counsel to represent his rights in this instant matter, and;

        Wherein, your moving party, has another unrelated matter pending

before the First Circuit Court of Appeals, and;

        Wherein, your moving party, is defending his rights and liberties

in a state court in the Commonwealth of Massachusetts, and;

        Wherefore, in the interest of justice, your moving party, in this

instant case, prays for an extension of time agreeable to this most

honorable Court to answer the defendants, and, in the alternative, for

a MOTION TO STAY the proceedings, in order that your moving party could

address these other, serious and pending issues that are confronting

Motion for Extension/Motion for Stay                                    1

his person to protect other rights guaranteed by the United States

Constitution and the Massachusetts Declaration of Rights, unrelated to

this instant matter, which would grant an extension of time within

which plaintiff may answer the defendants MOTION TO DISMISS.

No previous extensions of such time have been obtained by the

plaintiff on this issue by this court.

As and for grounds and good cause, your moving party, has a Writ

of Certiorari due before the United States Supreme Court, in another

unrelated matter, and is under time constraints to submit the Writ of

Certiorari before the United States Supreme Court, and;

As and for grounds and good cause, plaintiff, Sui Juris, has

instituted action to protect his rights and liberties in a state court

in an unrelated matter, and;

As and for grounds and good cause, plaintiff, Sui Juris, has

instituted federal action in this honorable court to protect and

maintain his civil rights accorded by the United States Federal and

State Constitutional Rights, and that matter is now before the First

Circuit Court of Appeals.

Most respectfully and humbly prayed for, submitted this 6 day of

May 2006.

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

# CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al., in the United States District Court, Case Number 05-30160-KPN, certify that I have caused a copy of the foregoing document,

COPY OF MOTION FOR EXTENSION OF TIME

COPY OF THIS CERTIFICATE OF SERVICE

to be delivered, postage prepaid, United States Postal Service, to the defendants, at their respective addresses this 6 day of May, 2006.

Michenzie & Sewin, LLC
Ann Brown, Resident Agent, President or Corporate officer
745 Boylston Street
Boston, Massachusetts 02116-2636

John C. Barker
Michenzie & Sewin, LLC
745 Boylston Street
Boston, Massachusetts 02116-2636

Massachusetts Commission Against Discrimination
Cynthia Tucker
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
James Levinsky,
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Migdalia Rivera
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Crystal Borges
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

(By leave of Erin Norris to serve one copy for both defendants)
U.S. Equal Employment Opportunity Commission
Erin Norris
Robert Sanders and Joseph Alvarado, Official Capacities
1801 L. St. N.W.
Washington, D.C. 20507

# CERTIFICATE OF SERVICE page 2

Equal Employment Opportunity Commission
Robert Sanders,
Defendant, Personal Capacity
Area Office Director
John F. Kennedy Federal Building
Government Center
Fourth Floor, Room 475
Boston, Massachusetts    02203

Equal Employment Opportunity Commission
Joseph Alvarado,
Defendant, Personal Capacity
State and Local Manager
33 Whitehall Street, 5th floor
New York, New York    10004-2167

_____          May 6, 2006
Scott Stern                             Date of Mailing/Delivery
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247