United States District Court
District of Massachusetts
Western Division

Springfield, Massachusetts                Civil Action No.05-30160-KPN

Scott Stern,                          ) Motion to Amend Complaint
                                      )
        Plaintiff,                    )
                                      )
    vs.                               )
                                      )
Haddad Motor Group, Inc., et. al.     )
                                      )
        Defendants                    )
                                      )
                                      )
_____ )

Now comes the plaintiff, Sui Juris, your moving party, and prays from this Honorable Court, Kenneth P. Neiman, presiding, the right to add an additional plaintiff that had been wrongfully terminated and discriminated by the defendants, Haddad Motor Group, Inc.

Wherein, your moving party, Sui Juris, a pro-se plaintiff has recently come in contact with another individuals that wishes to file claims against the defendant Haddad Motor Group, Inc., for similar claims and causes of action, including, but not limited to, wrongful termination and discrimination, and;

Wherein, in the interest of justice, allowing this motion would make best use of this court's valuable time, and;

MOTION TO AMEND THE COMPLAINT TO ADD PLAINTIFF                                 1

Wherein, your moving party, in this instant matter, is still waiting a response from several attorney's to represent his rights that were violated by the defendants, and;

Wherein, your moving party, prays that this motion be allowed in order that another plaintiff be rightfully added, in the interest of justice, and;

Wherein, should this Honorable Court allow this motion, it may require that class certification be accorded for the plaintiffs, against the defendant, Haddad Motor Group, Inc.

Wherefore, your moving party, pro-se plaintiff, respectfully prays that this motion be allowed.

Most respectfully submitted this 6 day of May, 2006.

*Scott Stern* (signature)

Scott Stern
Sui Juris
All Rights Reserved Without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

## **CERTIFICATE OF SERVICE**

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al., in the United States District Court, Case Number 05-30160-KPN, certify that I have caused a copy of the foregoing document,

COPY OF MOTION TO AMEND COMPLAINT

COPY OF THIS CERTIFICATE OF SERVICE

to be delivered, postage prepaid, United States Postal Service, to the defendants, at their respective addresses this 6 day of May, 2006.

Michenzie & Sewin, LLC
Ann Brown, Resident Agent, President or Corporate officer
745 Boylston Street
Boston, Massachusetts 02116-2636

John C. Barker
Michenzie & Sewin, LLC
745 Boylston Street
Boston, Massachusetts 02116-2636

Massachusetts Commission Against Discrimination
Cynthia Tucker
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
James Levinsky,
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Migdalia Rivera
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Crystal Borges
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

(By leave of Erin Norris to serve one copy for both defendants)
U.S. Equal Employment Opportunity Commission
Erin Norris
Robert Sanders and Joseph Alvarado, Official Capacities
1801 L. St. N.W.
Washington, D.C. 20507

**CERTIFICATE OF SERVICE page 2**

Equal Employment Opportunity Commission
Robert Sanders,
Defendant, Personal Capacity
Area Office Director
John F. Kennedy Federal Building
Government Center
Fourth Floor, Room 475
Boston, Massachusetts   02203

Equal Employment Opportunity Commission
Joseph Alvarado,
Defendant, Personal Capacity
State and Local Manager
33 Whitehall Street, 5th floor
New York, New York   10004-2167

_[signature: Scott Stern]_                                          _May 6, 2006_
Scott Stern                                                         Date of Mailing/Delivery
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247