United States District Court
District of Massachusetts
Western Division

FILED
IN CLERK'S OFFICE
2006 MAY 16  A 11: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

Springfield, Massachusetts                          Civil Action No. 05-30160-KPN

| | |
|---|---|
| Scott Stern, | ) MOTION FOR LEAVE TO FILE |
| | ) MEMORANDUM IN EXCESS OF 20 PAGES |
| Plaintiff, | ) |
| vs. | ) |
| Haddad Motor Group, Inc., et al. | ) |
| Defendants | ) |

Now comes plaintiff and moves this court for an order for a MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 20 PAGES to allow the plaintiff, Sui Juris, the opportunity to reply to the defendant Haddad Motor Group, Inc., including defendants David Michael Coggins, James Salvie, Timothy Cardillo and George Haddad and the United States Equal Employment Opportunity Commissions defendants Robert Sanders and Joseph Alvarado motions to dismiss.

Plaintiff, not having been educated in the law, an individual with a documented disability, is seeking to overcome the potential dismissal of this action. Your moving party apologizes to this court for not serving this court in a timely fashion prior to the submission of PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF NOTICE OF OBJECTION TO DEFENDANT'S MOTIONS TO DISMISS that is currently en route, via United States Postal Service, to the United States District Court and the defendants at their respective addresses. The aforementioned memorandum was mailed to this Honorable Court on May 11, 2006.

Wherein, your moving party, having learned that the local rules require a MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES, prior to submission of the memorandum, your moving party, herein, humbly requests such motion to be granted and apologizes to this Honorable court for any inconvenience.

Your moving party, plaintiff, has mailed to the United States District Court a memorandum of law that exceeds the limits proscribed by this Honorable Court's local rules in the amount of 96 pages.

Wherein, your moving party, having submitted legal case citations, analysis and arguments to overcome the defendants motions to dismiss and proceeded to expand on the merits of plaintiff's case in the instant matter, plaintiff wrote the memorandum in excess of the proscribed limits.

Wherefore, your moving party, sui juris, prays, humbly, that this Honorable Court will grant the MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES, and, in case the memorandum referenced above arrives prior to this motion, to please accept plaintiff's apology for not knowing the local rules, and plaintiff avers that, as a moving party, or respondent to defendants pleadings, and motions, shall endeavor to follow more closely the rules of this Honorable Court to the best of his ability.

Most respectfully submitted this 12 day of May, 2006.

*[signature]*

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247