May 12, 2006

United States District Court
1550 Main Street
Springfield, Massachusetts 01103
Attention: Clerk of Courts



Re: Case Number 05-30160-KPN

To whom it may concern,

Please find enclosed copies of letters that have been mailed to the proposed defendants regarding a conversation that proposes amending the complaint to include John C. Barker and the law firm of Michienzie & Sawin, LLC.

I certify that I have caused a copy of the proposed amended complaint, to be mailed, postage prepaid, United States Postal Service, to the proposed defendants, on 12 of May, 2006, at the following addresses:

To proposed defendant John C. Barker:

Michenzie & Sawin, LLC
John C. Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

To proposed defendant Michienzie & Sawin, LLC:

Michienzie & Sawin, LLC
Richard A. Sawin, Resident Agent
745 Boylston Street
Boston, Massachusetts 02116-2636

Thank you for your cooperation in this matter.

Sincerely

Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

Cc: defendants
    file

May 12, 2006

Michienzie & Sawin, LLC
Mr. John Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

Mr. Barker,

Pursuant to a conversation that transpired on April 18, 2006, I have, under separate cover, mailed you a proposed amended complaint. The Court and the defendants have already been mailed a copy of this proposed amended complaint.

A proposed amended complaint was also sent to the Resident Agent of Michienzie & Sawin, LLC., Richard Sawin.

The mistake of mailing letters to Anne Brown as resident agent comes from your staff, misinforming me, either through purposeful intent, or by deception, of the true name of the "Resident Agent."

_____
Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

Cc: United States District Court
    File
    defendants

May 12, 2006

Michienzie & Sawin, LLC
Mr. Richard Sawin
745 Boylston Street
Boston, Massachusetts 02116-2636

Dear Mr. Sawin,

Pursuant to a conversation that transpired on April 18, 2006 between Michienzie & Sawin, LLC's manager, John C. Barker, who had represented clients in a MCAD hearing in which Mr. Barker averred false material statements of fact to the tribunal, I have, under separate cover, mailed you a proposed amended complaint. The Court and the defendants have already been mailed a copy of this proposed amended complaint.

A proposed amended complaint was also sent to John C. Barker.

The mistake of mailing letters to Anne Brown as Resident Agent comes from your staff, misinforming me, either through purposeful intent, or by deception, of the true name of the Resident Agent.

_____
Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

Cc: United States District Court