UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS     CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN,<br>　　Plaintiff<br><br>　　v.<br><br>HADDAD DEALERSHIPS OF THE BERKSHIRES, INC.; JAMES SALVIE, GENERAL SALES MANAGER; TIMOTHY CARDILLO, SALES MANAGER; MICHAEL COGGINS, GENERAL MANAGER, IN THEIR PERSONAL AND OFFICIAL CAPACITIES OF HADDAD DEALERSHIPS OF THE BERKSHIRES,<br><br>And<br><br>CYNTHIA TUCKER, INVESTIGATING COMMISSIONER; JAMES LEVINSKY, DEPUTY GENERAL COUNSEL; MIGDALIA RIVERA, COMPLIANCE OFFICER II; CRYSTAL BORGES, INVESTIGATOR, IN THEIR PERSONAL AND OFFICIAL CAPACITIES OF THE MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION,<br><br>And<br>ROBERT SANDERS, BOSTON AREA OFFICE DIRECTOR, IN HIS PERSONAL AND OFFICIAL CAPACITY AS DIRECTOR OF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　Defendants | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**CERTIFICATION OF CONFERENCE<br>UNDER RULE 16.1(D)(3)** |

**CERTIFICATION OF CONFERENCE UNDER RULE 16.1(D)(3)**

Now come Defendants Haddad Dealerships of the Berkshires, Inc., James Salvie, Michael Coggins, and Timothy Cardillo (collectively, the "Haddad Defendants"), and hereby certify that counsel for the Haddad Defendants and an authorized representative of the Haddad Defendants have conferred:

    (a)     with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation; and

    (b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| THE HADDAD DEFENDANTS,<br>By Their Attorneys<br>MICHIENZIE & SAWIN LLC<br><br>*/s/ John Barker*<br>Richard A. Sawin, Jr. – BBO NO: 546786<br>John C. Barker – BBO NO: 637406<br>745 Boylston Street, 5th Floor<br>Boston, MA 02116<br>Tel: (617) 227-5660 | THE HADDAD DEFENDANTS,<br>By Their Authorized Representative:<br><br>*/s/ M Coggins*<br>Name: D M Coggins<br>Title: General Manager |

{00084622.DOC}