May 15, 2006

United States District Court
1550 Main Street
Springfield, Massachusetts 01103
Attention: Clerk of Courts

To whom this may concern,

Please find enclosed original receipt for the mailing of two envelopes to the proposed defendants, John C. Barker, and Michienzie & Sawin, LLC, Resident Agent, Richard A. Sawin. This is a second package, mailed to the proposed defendants, within which are two separate envelopes, one envelope designated for John C. Barker, the second envelope is designated for Resident Agent, Richard Sawin, of Michienzie & Sawin, LLC. This second package is separate from the two individual envelopes mailed separately the other day for these two proposed defendants, that were specifically addressed to each individual. This second package was mailed overnight, return receipt requested, to the proposed defendants address of: Michienzie & Sawin, LLC., 745 Boylston Street, Boston, Massachusetts 02116-2636 on 15 day of May, 2006.

Please file this receipt as part of this action. Enclosed please find certificate of service that this receipt was also mailed to the other defendants at their respective addresses.

I mail this for the Court's review and record in case the first two individual packages that were mailed to these proposed defendants are denied by the proposed defendants as to having received them, and, in the alternative, that the proposed defendants refuse to accept proper service by not signing for the second package on the 16 day of May, 2006.

On April 18, 2006 I informed John C. Barker that I would be amending the complaint for his averring false statements to the tribunal known as the Massachusetts Commission Against Discrimination during a probable cause hearing.

Thank you for your cooperation in this matter.

Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

Cc: Defendants to this Civil Action
     file

## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al., in the United States District Court, Case Number 05-30160-KPN, certify that I have caused a copy of the foregoing document,

COPY OF "RECEIPT" DATED MAY 15, 2006 FOR PACKAGE THAT INCLUDES TWO ENVELOPES FOR COMPLAINTS MAILED TO PROPOSED DEFENDANTS RICHARD A. SAWIN, RESIDENT AGENT OF MICHIENZIE & SAWIN, LLC and JOHN C. BARKER.

COPY OF THIS CERTIFICATE OF SERVICE

to be delivered, postage prepaid, United States Postal Service, to the defendants, at their respective addresses this 15 day of May, 2006.

Michenzie & Sewin, LLC
Richard Sawin, Resident Agent and Manager
745 Boylston Street
Boston, Massachusetts 02116-2636

Michenzie & Sewin, LLC
John C. Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

Massachusetts Commission Against Discrimination
Cynthia Tucker
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

Massachusetts Commission Against Discrimination
James Levinsky,
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

Massachusetts Commission Against Discrimination
Migdalia Rivera
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

Massachusetts Commission Against Discrimination
Crystal Borges
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

## CERTIFICATE OF SERVICE page 2

(By leave of Erin Norris to serve one copy for both defendants)
U.S. Equal Employment Opportunity Commission
Erin Norris
Robert Sanders and Joseph Alvarado, Official Capacities
1801 L. St. N.W.
Washington, D.C. 20507


Equal Employment Opportunity Commission
Robert Sanders,
Defendant, Personal Capacity
Area Office Director
John F. Kennedy Federal Building
Government Center
Fourth Floor, Room 475
Boston, Massachusetts   02203


Equal Employment Opportunity Commission
Joseph Alvarado,
Defendant, Personal Capacity
State and Local Manager
33 Whitehall Street, 5th floor
New York, New York  10004-2167


to be delivered, postage prepaid, by United States Postal Service, this 15 day of May,
2006 to:

United States District Court
1550 Main Street
Springfield, Massachusetts 01103
Attn: Clerk of Courts


_____
Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

_____
Date of Mailing/Delivery

May 15, 2006

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

EQ 783712632 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| PO ZIP Code: 01247 | Day of Delivery: ☑ Next ☐ 2nd ☐ 2nd Del. Day | Postage: $ 18.80 |
| Date Accepted: Mo. 5 Day 15 Year 06 | Scheduled Date of Delivery: Month 5 Day 16 | Return Receipt Fee: $ 1.85 |
| Time Accepted: 1147 ☑ AM ☐ PM | Scheduled Time of Delivery: ☑ Noon ☐ 3 PM | COD Fee: $ / Insurance Fee: $ |
| Flat Rate ☐ or Weight: 1 lbs. 2 ozs. | Military: ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees: $ ~~18.80~~ 20.65 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials |

**FROM:** (PLEASE PRINT) PHONE ( )
Scott Stern
110 West Main St
North Adams, MA 01247

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811
EMS

**DELIVERY (POSTAL USE ONLY)**

| | | | |
|---|---|---|---|
| Delivery Attempt Mo. Day | Time | ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt Mo. Day | Time | ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo. Day | Time | ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** *(Domestic Mail Only)* **Additional merchandise insurance is void if customer requests waiver of signature.** I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY** ☐ Weekend ☐ Holiday

Mailer Signature

**TO:** (PLEASE PRINT) PHONE ( )
Mailed 2 Envelopes - 1 to
Richard Sawing, Resident Agent
John C. Barker
745 Boylston Street
Boston, MA 02116-2636

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
0 2 1 1 6 + 2 6 3 6

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.