UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCOTT STERN,                )
       Plaintiff    )
                    )
v.                          )    Civil Action No. 05-30160-KPN
                    )
                    )
                    )
HADDARD MOTOR GROUP, INC.,  )
et al.,                     )
       Defendants   )

SCHEDULING ORDER
May 17, 2006

NEIMAN, C.M.J.

The following schedule was established at the initial scheduling conference this day:

1. Plaintiff shall respond to Defendants' motion to dismiss by June 16, 2006.

2. Defendants may reply to said oppositions by June 30, 2006.

3. Discovery shall be suspended until the motions are addressed by the court.

IT IS SO ORDERED.

                                   /s/ Kenneth P. Neiman
                                   KENNETH P. NEIMAN
                                   Chief Magistrate Judge