United States District Court
District of Massachusetts
Western Division

FILED
CLERKS OFFICE

Springfield, Massachusetts          Civil Action No.05-30160-KPN   JUN -5  P 4: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

Scott Stern,                              ) MOTION FOR ENTRY OF
                                          ) DEFAULT FINAL JUDGMENT
    Plaintiff,                            )
                                          )
vs.                                       )
                                          )
Haddad Motor Group, Inc. et. al.          )
                                          )
    Defendants                            )
                                          )
                                          )

Now comes plaintiff and moves this court for an order for a MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT AGAINST THE MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION, and the defendants, Cynthia Tucker, James Levinsky, Migdalia Rivera, both in their personal and official capacities.

The undersigned individual, on behalf of himself, Sui Juris, moves this Honorable Court for entry of default judgment as to the defendants Massachusetts Commission Against Discrimination, Cynthia Tucker, James Levinsky, and Migdalia Rivera, upon the complaint heretofore filed and served upon the defendants, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, and in support thereof shows the Court the following.

1. On January 6, 2006, plaintiff filed in the United States District Court, Western Division, District of Massachusetts, an Amended Complaint alleging that the Massachusetts Commission Against Discrimination violated plaintiff's rights

including, but not limited to, the Americans with Disabilities Act, the Rehabilitation Act, and the United States Constitution, the United States Laws, and other judicial decisions. The Complaint dated January 6, 2006 is incorporated herein by reference.

2. On January 14, 2006 a copy of said Complaint and Summons in a Civil Action were served by the United States Marshals Service upon the defendant Cynthia Tucker, Investigative Commissioner, James Levinsky, Deputy Chief Counsel, Migdalia Rivera, Compliance Officer and Crystal Borges, Investigator. A copy of the Process Receipt and Return and Summons is attached as Exhibit 1-4, respectively, and are incorporated herein by reference.

3. The defendant Crystal Borges was not properly served by the United States Marshal Service, by no fault of the plaintiff. The Massachusetts Commission Against Discrimination failed to grant the United States Marshal Service the current address and place of employment of this individual, and informed the United States Marshall Service that the person was an "unknown person."

4. Plaintiff shall seek a Motion to reserve the process upon this defendant, and another defendant (Karen Dome) that had been under the supervision of the Massachusetts Commission Against Discrimination and James Levinsky, Chief Deputy Counsel, during the pendency of the investigatory process regarding complaint for discriminatory conduct by the defendant Haddad Motor Group, Inc.

5. On May 17, 2006, after more than twenty days, excluding holidays had elapsed since the service of said Complaint and Summons upon defendant, and no Answer thereto having been served by defendant upon the plaintiff, the plaintiff informed the Honorable Judge Kenneth P. Neiman of his intention to

petition this Court for entry of default judgment against defendant at the hearing in the United States District Court, Springfield, Massachusetts.

6. Defendant(s) have failed to plead or otherwise defend this action, and the plaintiff is entitled to judgment by default against defendant.

7. Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the defendants for relief sought by plaintiff in its complaint, and written notice of this action as been given to defendant as set forth in the attached affidavit.

## PRAYER

WHEREFORE, plaintiff prays that this Court enter a judgment of default against defendant, and that defendant be enjoined and restrained from violating plaintiff's rights, and be subject to the prayer for relief requested in the Complaint so served upon the defendants in their individual and official capacities.

## AFFIDAVIT

I, Scott Stern, do hereby certify that the statements and allegations set forth in the foregoing Motion and the accompanying Memorandum are true and accurate to the best of my knowledge and belief.

Respectfully submitted this 5 day of June, 2006.

Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT AGAINST MCAD         3

## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al, in the United States District Court, Case Number 05-30160-KPN, certify that I have caused a copy of the foregoing document,

COPY OF "MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT"

COPY OF "MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT"

COPY OF "CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, United States Postal Service, to the defendants, at their respective addresses this 5 day of June, 2006.

Michenzie & Sewin, LLC
Richard A. Sawin, Resident Agent
745 Boylston Street
Boston, Massachusetts 02116-2636

Michenzie & Sewin, LLC
John Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

Massachusetts Commission Against Discrimination
Cynthia Tucker
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

Massachusetts Commission Against Discrimination
James Levinsky
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

Massachusetts Commission Against Discrimination
Migdalia Rivera
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

Crystal Borges,
Investigator
Massachusetts Commission Against Discrimination
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

CERT OF SERVICE/MOTION FOR ENTRY OF DEFAULT JUDGMENT MCAD   1

(By leave of Erin Norris to serve one copy for both defendants)
U.S. Equal Employment Opportunity Commission
Erin Norris
Robert Sanders and Joseph Alvarado
1801 L. St. N.W.
Washington, D.C. 20507

Equal Employment Opportunity Commission
Robert Sanders
John F. Kennedy Federal Building
Government Center
Fourth Floor, Room 475
Boston, Massachusetts   02203

Equal Employment Opportunity Commission
Joseph Alvarado,
State and Local Manager
33 Whitehall Street, 5th floor
New York, New York   10004-2167

to be delivered, postage prepaid, by United States Postal Service, this 5 day of June, 2006 to:

United States District Court
1550 Main Street
Springfield, Massachusetts 01103
Attn: Clerk of Courts

_____
Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

June 5, 2006
_____
Date of Mailing/Delivery

CERT OF SERVICE/MOTION FOR ENTRY OF DEFAULT JUDGMENT MCAD          2

■■■-cv-30160-KPN    Document 17    Filed 04/07/2006    Page 1 of 1

*U.S. GPO: 2000-463-702/25203



**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

PLAINTIFF: Scott Stern

DEFENDANT: Crystal Borges

COURT CASE NUMBER: 05-30160-KPN

TYPE OF PROCESS:

SERVE
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
Massachusetts Commission Against Discrimination (Crystal Borges)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):
436 Dwight St. Suite 220 Springfield, MA. 01103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Scott Stern
400 West Main St
North Adams, MA 01247

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 413-664-7805
DATE: 1/5/2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 4 of 4
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: DG Willis
Date: 1/14/06

☐ I hereby certify and return that I ☐ have personally served. ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 4/6/06    Time: 3:15 pm

Signature of U.S. Marshal or Deputy:

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund

REMARKS: UNKNOWN PERSON NOT EMPLOYED @ LOCATION



*U.S. GPO: 2000-463-702/25203

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF Scott Stern | COURT CASE NUMBER 05-30160-KPN |
|---|---|
| DEFENDANT Migdalia Rivera | TYPE OF PROCESS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Massachusetts Commission Against Discrimination (Migdalia Rivera)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
436 Dwight St., Suite 220 Springfield, MA. 01103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

```
SCOTT STERN
400 WEST MAIN ST
NORTH ADAMS, MA 01247
```

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  Scott Stern   ☑ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER 413-664-7805   DATE 1/5/2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk DG Milas | Date 1/14/200 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
PATTY WOODS, ASSIT TO COMMISSIONER   ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date of Service 4/5/2006   Time 7:15 pm

Signature of U.S. Marshal or Deputy
DG Milas

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

*U.S. GPO: 2000-463-702/25203



| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF Stern | COURT CASE NUMBER 05-30160-KPN |
|---|---|
| DEFENDANT Cynthia Tucker | TYPE OF PROCESS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Massachusetts Commission Against Discrimination (Cynthia Tucker)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
436 Dwight St Suite 220 Springfield, MA 01103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Scott Stern
400 West Main St
North Adams, MA 01247

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Scott Stern   TELEPHONE NUMBER 413-664-7805   DATE 1/5/2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 2 of 4 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk DG MIL US | Date 1/14/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Patty Woods Assist. to Commissioner

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date of Service 4/5/2006   Time 3:15 pm

Signature of U.S. Marshal or Deputy
DG MIL US

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

*U.S. GPO: 2000-463-702/25203

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Scott Stern | COURT CASE NUMBER<br>05-30160-KPN |
|---|---|
| DEFENDANT<br>James Lewinsky | TYPE OF PROCESS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Massachusetts Commission Against Discrimination / James Lewinsky

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 436 Dwight St Suite 220 Springfield MA 01103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Scott Stern
400 West Main St
North Adams MA 01247

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
Scott Stern
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 413-664-7805
DATE: 1/5/2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>3 of 4 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>1/14/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
**Patty Woods, Assit. to Commissioner**

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4/5/2006   Time: 3:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

DISCRIMINATION COMPLAINT
MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION AND EEOC

FEPA: 03-23-01468       FILING DATE: 5/2/03
EEOC NO.: 16CA301828    VIOLATION DATE: February 3, 2003

**RECEIVED**
MAY 02 2003
COMMISSION AGAINST
DISCRIMINATION/SPRINGFIELD

NAME OF AGGRIEVED PERSON OR ORGANIZATION:
Scott Stern                          TELEPHONE NUMBERS:
400 West Main Street                 HOME: (413) 664-7805
North Adams, MA 01247                BUSINESS:

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY OR
STATE/LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:
Haddad Toyota Pontiac Buick.         TELEPHONE NUMBER:
130 Pittsfield-Lenox Road            (413) 445-4535
Pittsfield, MA 01202                 NO. OF EMPLOYEES: 25+

CAUSE OF DISCRIMINATION BASED ON: Handicap
Shortly after being hired in April 2002, continuing on a ongoing basis until February 3, 2003, Haddad Dealership discriminated against me by subjecting me to unequal terms and conditions, denying me of a reasonable accommodation and wrongfully terminating me on the basis of my handicap (Bi-Polar Disorder) in violation of M.G.L. c.151B §4, ¶(16), and Americans with Disabilities Act (ADA).

THE PARTICULARS ARE:
1. Haddad Dealership hired me on or about the last week of April 2002 as a sales/ leasing representative. I have received high scores in customer service and my work performance has always been satisfactory.
2. During the time I worked at Haddad I was also subjected to very unfair and unequal treatment. When I would call and let them know I was running late or showed up late, David Michael Coggins and /or James Salvie would tell me to return home or not show up at all and I would be suspended for the weekend. Other co-workers would show up late or forget to clock in at all and not be penalized or reprimanded for it. There were also several occasions were my commission on the sell of a vehicle or even my customers were given to other salesmen by James Salvie. I believe he purposely did this to effect my sales and work flow production and create another possible excuse to terminate me. This also affected me financially as it detrimentally affected my wages.
3. David Micheal Coggins would also refer to me as "crazy" in Saturday sale meetings and occasionally around other employees.
4. Because of my disability (Bi-Polar Disorder) I frequently had difficulties arriving to work on time. On or about November 26, 2002 a meeting was held to discuss my tardiness. Present at the meeting were David Michael Coggins (General Manager), James Salvie (General Sales Manager), Tim Cardillo (Sales Manager), Joseph Scibelli (Used Car Manager), and myself. I notified them of my condition, and it was at this time I was asked to disclose exactly what my condition was to all the managers present. Although I felt pressured, and was hesitant to tell them, I did so. At this time I presented my managers with a note from my doctor that stated that 'my employer should work with me being the fact that I was showing signs of improvement.'
5. I informed David Michael Coggins that under the American with Disabilities Act I was entitled to receive reasonable accommodations from my employer. All I requested was a

few minutes of flextime incase I ran late at the start of my shifts. David Michael Coggins refused to make any accommodations what so ever.

6. On or about the last week of February 2003, James Salvie and Tim Cardillo had a meeting with me in which James Salvie acknowledged and stated that although it was against his better judgment, he would allow me to up to fifteen minutes to be late to work.

7. A week later, on February 3, 2003, I arrived at work 6 minutes late. I was getting a car ready to deliver to a customer. This particular customer was unwilling to pay the $160 fee Haddad charges as a documentation fee. James Salvie is always upset when a customer refuses to pay this fee, and I believe he became infuriated with this, and after learning I was 6 minutes late, he used that excuse to terminate me.

8. I believe Haddad dealership subject me to unequal terms and conditions, denied me reasonable accommodation and wrongfully terminated my employment based on my disability (Bi-Polar Disorder).

I ALSO WANT THIS CHARGE FILED WITH EEOC: XX
I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURES.

I SWEAR OR AFFIRM THAT I HAVE READ THIS COMPLAINT AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_Scott Stern_
Scott Stern

SWORN TO AND SUBSCRIBED BEFORE ME THIS DAY OF May 1, 2003.

NOTARY PUBLIC: _Cynthia J. Jones_

My Commission Expires: 10/2/09

**RECEIVED**

MAY 02 2003

COMMISSION AGAINST
DISCRIMINATION/SPRINGFIELD