


# THE COMMONWEALTH OF MASSACHUSETTS
## COMMISSION AGAINST DISCRIMINATION
### 436 DWIGHT STREET, SUITE 220
### SPRINGFIELD, MA 01103



**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Thomas H. Trimarco**
Secretary

**Dorca I. Gómez**
Chairwoman

**Cynthia A. Tucker**
Commissioner

**Walter J. Sullivan, Jr.**
Commissioner

June 8, 2006

Clerk of Court
Federal District Court
Western Mass Division
Main Street
Springfield, Massachusetts 01103

    Re:    <u>Stern v. Massachusetts Commission Against Discrimination et al</u>
              C.A. No. 05-30160-KPN

Dear Sir/Madam:

    Please accept this letter as my Notice of Appearance on behalf of Defendants Massachusetts Commission Against Discrimination, as well as the individually named Defendants; Cynthia Tucker, Crystal Borges, "James" (Jerrold) Levinsky and Migdalia Rivera. Enclosed, please find the Defendants <u>Motion to Dismiss the Complaint for Failure to State a Claim upon which Relief can be Granted</u>, and Memorandum of Law in support of Defendant's Motion, together with a Certificate of Service.

                      Very truly yours,

                      Jerrold S. Levinsky,
                      Deputy General Counsel,
                      Commonwealth of Massachusetts
                      Commission Against Discrimination
                      436 Dwight Street, Suite 220
                      Springfield MA 01103
                      (413) 739 2145
                      BBO # 551902

cc:    Scott Stern, Michenzie and Sewin, LLC, and Mr. Robert Sanders, U.S. Equal Employment Opportunity Commission