UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-30160-KPN

SCOTT STERN,
   Plaintiff,

v.

MASSACHUSETTS COMMISSION
AGAINST DISCRIMINATION ET AL,
   Defendant

## DEFENDANTS MOTION TO DISMISS THE COMPLAINT
## FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants, Massachusetts Commission Against Discrimination, Cynthia Tucker, Crystal Borges, "James" (Jerrold) Levinsky and Migdalia Rivera moves this Honorable Court dismiss the above-captioned matter for failure to state a claim upon which relief can be granted.

In support of this Motion, Defendants states that a Lack of Probable Cause determination under M.G.L. c. 151B is not a judicially reviewable agency action. Defendant makes reference and incorporates wholly herein its *Memorandum in Support*, filed herewith.

WHEREFORE, this Court should dismiss the Plaintiff's complaint.

RESPECTFULLY SUBMITTED this ___ day of June, 2006.

Jerrold S. Levinsky,
Deputy General Counsel,
Commonwealth of Massachusetts
Commission Against Discrimination
436 Dwight Street, Suite 220
Springfield MA 01103
(413) 739 2145
BBO # 551902

1