UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS      CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN,<br>   Plaintiff<br><br>v.<br><br>HADDAD DEALERSHIPS OF THE BERKSHIRES, INC.; JAMES SALVIE, GENERAL SALES MANAGER; TIMOTHY CARDILLO, SALES MANAGER; MICHAEL COGGINS, GENERAL MANAGER, IN THEIR PERSONAL AND OFFICIAL CAPACITIES OF HADDAD DEALERSHIPS OF THE BERKSHIRES,<br><br>And<br><br>CYNTHIA TUCKER, INVESTIGATING COMMISSIONER; JAMES LEVINSKY, DEPUTY GENERAL COUNSEL; MIGDALIA RIVERA, COMPLIANCE OFFICER II; CRYSTAL BORGES, INVESTIGATOR, IN THEIR PERSONAL AND OFFICIAL CAPACITIES OF THE MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION,<br><br>And<br>ROBERT SANDERS, BOSTON AREA OFFICE DIRECTOR, IN HIS PERSONAL AND OFFICIAL CAPACITY AS DIRECTOR OF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>   Defendants | **THE HADDAD DEFENDANTS' MOTION TO WITHDRAW THEIR MOTION ON THE PLEADINGS** |

{00086778.DOC}

1

## THE HADDAD DEFENDANTS' MOTION TO WITHRAW
## THEIR MOTION ON THE PLEADINGS

Now come Defendants Haddad Dealerships of the Berkshires, Inc.,[1] James Salvie, Michael Coggins, and Timothy Cardillo (collectively, the "Haddad Defendants"), through their counsel of record, and hereby move to withdraw their Motion on the Pleadings pursuant to Rule 12(c), effective immediately, and without prejudice to its later refiling.[2]

On or about 4/18/06, the Haddad Defendants filed a Motion on the Pleadings pursuant to Rule 12(c) [at Docket No. 22], to dismiss certain counts of plaintiff's Amended Complaint. The Haddad Defendants moved to dismiss Counts I, II, III, VI, VII, VIII, IX.A, IX.B, and X. Plaintiff has not yet filed any Opposition papers to this Motion on the Pleadings, and pursuant to this Court's 5/17/06 Order, plaintiff's deadline for his Opposition papers is 6/16/06.[3] Nor has this Court entertained oral argument or made any ruling on the Haddad Defendants' Motion on the Pleadings.

For various reasons, the Haddad Defendants wish now to withdraw voluntarily this Motion on the Pleadings [Docket No. 22], and to engage in some discovery before filing any dispositive motion(s). The Haddad Defendants do not waive any right to refile this (or any) Motion on the Pleadings or any dispositive motion, in the future, in this case.

---

[1] The correct name for this party is Haddad Motor Group, Inc.

[2] The effect of granting this Motion to Withdraw is to render the Haddad Defendants' Motion on the Pleadings "a legal nonentity," as if the original motion had never been filed. *See, e.g.,* Cordero-Hernandez v. Hernandez-Ballesteros, __ F.3d __, 2006 WL 1514289, *13 (1st Cir. 2006).

[3] Plaintiff did originally file a 116-page combined Opposition Memorandum, including his purported Opposition to Haddad Defendants' Motion on the Pleadings. However, at the 5/17/06 hearing, this Court did not accept this filing because of the excessive number of pages.

{00086778.DOC}

2

```
                                        THE HADDAD DEFENDANTS,
                                        By Their Attorneys
                                        MICHIENZIE & SAWIN LLC
```

Dated: __6/9/06__          BY: ___/s/ John Barker___
                                        Richard A. Sawin, Jr. – BBO NO: 546786
                                        John C. Barker – BBO NO: 637406
                                        745 Boylston Street, 5th Floor
                                        Boston, MA 02116
                                        Tel: (617) 227-5660

## CERTIFICATE OF SERVICE

I, John C. Barker, attorney for defendant, hereby certify that I have on this 9th day of June 2006, served a copy of the foregoing Motion, by electronic filing or by mailing a copy of same, postage prepaid, to the following:

Mr. Scott Stern
400 West Main Street
North Adams, MA 01427

Jerrold Levinsky, Esq.
Commonwealth of Massachusetts
Commission Against Discrimination
436 Dwight Street, Room 220
Springfield, MA 01103

Erin Norris, Esq.
Equal Employment Opportunity Commission
Office of Legal Counsel
1801 L Street Northwest
Washington, DC 20507

___/s/ John Barker___
John C. Barker

{00086778.DOC}

3