FILED
CLERK'S OFFICE

2006 JUN 16  P 5: 02

U.S.
Springfield, Massachusetts

United States District Court
District of Massachusetts
Western Division

Civil Action No.05-30160-KPN

| | |
|---|---|
| Scott Stern, | ) MOTION FOR LEAVE TO FILE |
| | ) MEMORANDUM IN EXCESS OF 20 PAGES |
| Plaintiff, | ) |
| vs. | ) |
| Haddad Motor Group, Inc., et al. | ) |
| Defendants | ) |

Now comes plaintiff and moves this court for an order for a MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 20 PAGES to allow the plaintiff, Sui Juris, the opportunity to reply to the defendant Haddad Motor Group, Inc., including defendants David Michael Coggins, James Salvie, Timothy Cardillo and George Haddad and the United States Equal Employment Opportunity Commissions defendants Robert Sanders and Joseph Alvarado motions to dismiss.

Plaintiff, an individual with a documented disability, is seeking to overcome the potential dismissal of this action. Your moving party apologizes to this court for not serving this court in a timely fashion prior to the submission of PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF OPPOSITION TO DEFENDANT HADDAD MOTOR GROUP, INC'S MOTION TO DISMISS and PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF OPPOSITION TO DEFENDANT EEOC, ROBERT L. SANDERS AND JOSEPH ALVARADO MOTIONS TO DISMISS that has been filed at the United States District Court and the defendants at their

respective addresses. The aforementioned memorandum was submitted to this Honorable Court on June 16, 2006.

Wherein, your moving party, having learned that the local rules require a MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES, prior to submission of the memorandum, your moving party, herein, humbly requests such motion to be granted and apologizes to this Honorable court for any inconvenience. Your moving party, plaintiff, has submitted two MEMORANDUMS OF LAW IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS, one of which exceed the limits proscribed by the Rules of this Honorable Court by five pages and the other by three pages.

Wherein, your moving party, having submitted legal case citations, analysis and arguments to overcome the defendants motions to dismiss and proceeded to expand on the merits of plaintiff's case in the instant matter, plaintiff wrote the memorandum in excess of the proscribed limits.

Wherefore, your moving party, sui juris, prays, humbly, that this Honorable Court will grant the MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES and prays to accept plaintiff's apology for doing his best to not exceed the request of the Honorable Judge Kenneth P. Neiman of May 17, 2006.

Most respectfully submitted this 16 day of June, 2006.

_____
Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247