

FILED
CLERK'S OFFICE

2006 JUN 16  P 5:03

## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al., in the United States District Court, Case Number 05-30160-KPN, certify that I have caused a copy of the foregoing document,

Copy of "PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF OPPOSITION TO MOTIONS TO DISMISS BY DEFENDANT EEOC, ROBERT SANDERS AND JOSEPH ALVARADO"

Copy of "PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS BY DEFENDANT HADDAD MOTOR GROUP, INC"

Copy of "MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 20 PAGES"

Copy of "CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, United States Postal Service, to the defendants, at their respective addresses this 16 day of June, 2006.

Michenzie & Sewin, LLC
Richard Sawin, Resident Agent and Manager
745 Boylston Street
Boston, Massachusetts 02116-2636

Michenzie & Sewin, LLC
John C. Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

Massachusetts Commission Against Discrimination
Cynthia Tucker
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
James Levinsky,
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Migdalia Rivera
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

## CERTIFICATE OF SERVICE page 2

Massachusetts Commission Against Discrimination
Crystal Borges
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

(By leave of Erin Norris to serve one copy for both defendants)
U.S. Equal Employment Opportunity Commission
Erin Norris
Robert Sanders and Joseph Alvarado, Official Capacities
1801 L. St. N.W.
Washington, D.C. 20507

Equal Employment Opportunity Commission
Robert Sanders,
Defendant, Personal Capacity
Area Office Director
John F. Kennedy Federal Building
Government Center
Fourth Floor, Room 475
Boston, Massachusetts 02203

Equal Employment Opportunity Commission
Joseph Alvarado,
Defendant, Personal Capacity
State and Local Manager
33 Whitehall Street, 5th floor
New York, New York 10004-2167

to be delivered, postage prepaid, by United States Postal Service, this 16 day of June, 2006 to:

United States District Court
1550 Main Street
Springfield, Massachusetts 01103
Attn: Clerk of Courts

_Scott Stern_ (signature)

Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

June 16, 2006
Date of Mailing/Delivery