UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS      CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN,<br>   Plaintiff<br><br>v.<br><br>HADDAD DEALERSHIPS OF THE BERKSHIRES, INC.; JAMES SALVIE, GENERAL SALES MANAGER; TIMOTHY CARDILLO, SALES MANAGER; MICHAEL COGGINS, GENERAL MANAGER, IN THEIR PERSONAL AND OFFICIAL CAPACITIES OF HADDAD DEALERSHIPS OF THE BERKSHIRES,<br><br>And<br><br>CYNTHIA TUCKER, INVESTIGATING COMMISSIONER; JAMES LEVINSKY, DEPUTY GENERAL COUNSEL; MIGDALIA RIVERA, COMPLIANCE OFFICER II; CRYSTAL BORGES, INVESTIGATOR, IN THEIR PERSONAL AND OFFICIAL CAPACITIES OF THE MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION,<br><br>And<br><br>ROBERT SANDERS, BOSTON AREA OFFICE DIRECTOR, IN HIS PERSONAL AND OFFICIAL CAPACITY AS DIRECTOR OF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>   Defendants | **THE HADDAD DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE MEMORANDA IN EXCESS OF 20 PAGES** |

{00087363.DOC}

1

# THE HADDAD DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE MEMORANDA IN EXCESS OF 20 PAGES

Now come Defendants Haddad Dealerships of the Berkshires, Inc.,[1] James Salvie, Michael Coggins, and Timothy Cardillo (collectively, the "Haddad Defendants"), through their counsel of record, and hereby oppose plaintiff's Motion for Leave to File Memoranda in Excess of 20 Pages [Docket No. 51], filed on 6/16 or 6/19/06. For the following reasons, the Haddad Defendants oppose the plaintiff's motion seeking permission to file briefs in excess of the 20-page limit from U.S. District Court Local Rule 7.1(B)(4).

First, the Haddad Defendants have withdrawn their pending Motion to Dismiss (Motion on the Pleadings, pursuant to F.R.C.P. 12(c)). Therefore, as to the Haddad Defendants' motion, plaintiff's motion concerning any opposition memorandum is moot. This Honorable Court granted [Docket No. 50] the Haddads' Defendant Motion to Withdraw its Motion on the Pleadings, in this Court's 6/14/06 ruling. *See* Exhibit A hereto.

Second, this Court's ruling of 5/17/06 already addressed plaintiff Stern's request to file briefs of more than 20 pages, and denied plaintiff's request to do so. *See* Exhibit B hereto. During the status conference/scheduling hearing in this case on 5/17/06, Judge Neiman indicated that the plaintiff should adhere to the 20-page limit for his briefs opposing the pending motions to dismiss. Plaintiff's first opposition to these motions was 116 pages long. As one example of its excessive and unnecessary content, the first approximately four pages set forth a history of the American for Disabilities Act (ADA), a history and policy background that no party in this case is likely to deny in general terms. However, it is patently unfair and unnecessary to force defense counsel to read and respond to cases, legislative history, and arguments that are only

---

[1] The correct name for this party is Haddad Motor Group, Inc.

{00087363.DOC}

2

marginally or tangentially related to the arguments at issue in each motion. This unnecessarily drives up defense legal costs and is a poor use of the resources of all counsel and this Court.

WHEREFORE, the Haddad Defendants ask this Court to limit plaintiff's briefs to the 20-page limit set forth in the Local Rule 7.1(B)(4) in this case, absent extraordinary circumstances.

THE HADDAD DEFENDANTS,
By Their Attorneys
MICHIENZIE & SAWIN LLC

Dated: 6/20/06

BY: /s/ John Barker
Richard A. Sawin, Jr. – BBO NO: 546786
John C. Barker – BBO NO: 637406
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

## CERTIFICATE OF SERVICE

I, John C. Barker, attorney for defendant, hereby certify that I have on this 20th day of June 2006, served a copy of the foregoing Motion, by electronic filing or by mailing a copy of same, postage prepaid, to the following:

Mr. Scott Stern
400 West Main Street
North Adams, MA 01427

Jerrold Levinsky, Esq.
Commonwealth of Massachusetts
Commission Against Discrimination
436 Dwight Street, Room 220
Springfield, MA 01103

Erin Norris, Esq.
Equal Employment Opportunity Commission
Office of Legal Counsel
1801 L Street Northwest
Washington, DC 20507

/s/ John Barker
John C. Barker

{00087363.DOC}

3

Exh. A

**John Barker**

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Wednesday, June 14, 2006 12:27 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 3:05-cv-30160-KPN Stern v. Haddad Dealerships of the Berkshires, Inc. et al "Order on Motion for Default Judgment"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Neiman, Kenneth entered on 6/14/2006 at 12:26 PM EDT and filed on 6/14/2006
**Case Name:**      Stern v. Haddad Dealerships of the Berkshires, Inc. et al
**Case Number:**    3:05-cv-30160
**Filer:**
**WARNING: CASE CLOSED on 06/14/2006**
**Document Number:**

**Docket Text:**
Judge Kenneth P. Neiman : Electronic ORDER entered finding as moot [44] Plaintiff's Motion for Default Judgment, the defendants targeted by said motion having filed a responsive pleading; granting [50] Haddad Dealerships' Motion to Withdraw Motion to Dismiss; and withdrawing said [22] Motion to Dismiss. So ordered. (Neiman, Kenneth)

The following document(s) are associated with this transaction:

**3:05-cv-30160 Notice will be electronically mailed to:**

John C. Barker      jb@masatlaw.com

Paul Michienzie     pm@masatlaw.com

Erin N. Norris      erin.norris@eeoc.gov

Richard A. Sawin , Jr   rs@masatlaw.com

**3:05-cv-30160 Notice will not be electronically mailed to:**

Jerrold S. Levinsky
Massachusetts Commission Against Discrimination

6/20/2006

436 Dwight Street
Springfield, MA 01103

Scott Stern
400 West Main Street
North Adams, MA 01247

6/20/2006

**John Barker**

From: ECFnotice@mad.uscourts.gov
Sent: Wednesday, May 17, 2006 12:31 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 3:05-cv-30160-KPN Stern v. Haddad Dealerships of the Berkshires, Inc. et al "Order on Motion to Amend"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Neiman, Kenneth entered on 5/17/2006 at 12:30 PM EDT and filed on 5/17/2006
**Case Name:** Stern v. Haddad Dealerships of the Berkshires, Inc. et al
**Case Number:** 3:05-cv-30160
**Filer:**
**Document Number:**

**Docket Text:**
Judge Kenneth P. Neiman : Electronic ORDER entered denying [36] Plaintiff's Motion to Amend for the reasons stated in court this day, namely, that Plaintiff, as a non-attorney, does not have the right to represent another individual; and denying as well [37] Plaintiff's Motion for Leave to File a Memorandum in Excess of Twenty Pages, the court finding the ninety-plus page memorandum to be excessive. So ordered. (Neiman, Kenneth)

The following document(s) are associated with this transaction:

**3:05-cv-30160 Notice will be electronically mailed to:**

John C. Barker    jb@masatlaw.com

Paul Michienzie    pm@masatlaw.com

Erin N. Norris    erin.norris@eeoc.gov

Richard A. Sawin , Jr    rs@masatlaw.com

**3:05-cv-30160 Notice will not be electronically mailed to:**

Scott Stern
400 West Main Street
North Adams, MA 01247

6/20/2006