United States District Court
District of Massachusetts
Western Division

FILED
IN CLERK'S OFFICE

2006 JUN 30  A 10: 11

Springfield, Massachusetts                Civil Action No.05-30160-KPN

U.S. DISTRICT COURT
DISTRICT OF MASS.

Scott Stern,                              ) MOTION FOR EXTENSION OF TIME
                                          )
    Plaintiff,                           )
                                          )
vs.                                       )
                                          )
Haddad Motor Group, Inc., et. al.         )
                                          )
    Defendants                           )
                                          )
                                          )
                                          )

    Now comes plaintiff and respectfully moves this court for a MOTION FOR EXTENSION OF TIME TO ANSWER THE DEFENDANT Massachusetts Commission Against Discrimination's MOTION TO DISMISS.

    Wherein, your moving party, an individual with a disability, is seeking counsel to represent his rights in this instant matter, and;

    Wherein, your moving party, has another unrelated matter pending before the First Circuit Court of Appeals, and;

    Wherein, your moving party, is defending his rights and liberties in a state court in the Commonwealth of Massachusetts, and;

    Wherefore, in the interest of justice, your moving party, in this instant case, prays for an extension of time agreeable to this most honorable Court to answer the defendants, Massachusetts Commission Against Discrimination and, to be GRANTED additional

time to respond to the Opposition briefs of the Defendant Haddad Motor Group, Inc., and Defendants the Equal Employment Opportunity Commission.

As and for grounds and good cause, plaintiff, Sui Juris, has instituted action to protect his rights and liberties in a state court in an unrelated matter, and;

As and for grounds and good cause, plaintiff, Sui Juris, has instituted federal action in this honorable court to protect and maintain his civil rights accorded by the United States Federal and State Constitutional Rights, and that matter is now before the First Circuit Court of Appeals.

Most respectfully and humbly prayed for and submitted this 27 day of June 2006.

*[signature]*

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

Motion for Extension of Time for Responding to MCAD Motion to Dismiss

## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al., in the United States District Court, Case Number 05-30160-MAP, certify that I have caused a copy of the foregoing document,

Copy of "MOTION FOR EXTENSION OF TIME"

Copy of "THIS CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, United States Postal Service, to the defendants, at their respective addresses this 27 day of June, 2006.

Michenzie & Sewin, LLC
Richard Sawin, Resident Agent
745 Boylston Street
Boston, Massachusetts 02116-2636

Michenzie & Sewin, LLC
John C. Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

Massachusetts Commission Against Discrimination
Cynthia Tucker
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Jerrold "James" Levinsky,
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Migdalia Rivera
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Crystal Borges
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

## CERTIFICATE OF SERVICE page 2

(By leave of Erin Norris to serve one copy for both defendants)
U.S. Equal Employment Opportunity Commission
Erin Norris
Robert Sanders and Joseph Alvarado
1801 L. St. N.W.
Washington, D.C. 20507

Equal Employment Opportunity Commission
Robert Sanders,
John F. Kennedy Federal Building
Government Center
Fourth Floor, Room 475
Boston, Massachusetts  02203

Equal Employment Opportunity Commission
Joseph Alvarado,
33 Whitehall Street, 5th floor
New York, New York  10004-2167


_____
Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

June 27, 2006
_____
Date of Mailing/Delivery