

FILED
CLERK'S OFFICE

2006 JUL 11  P 5:55

U.S.
Springfield, Massachusetts

United States District Court
District of Massachusetts
Western Division

Civil Action No.05-30160-MAP

Scott Stern,   ) MOTION FOR LEAVE TO FILE
　　　　　　　　) MEMORANDUM IN EXCESS OF 20 PAGES
　　Plaintiff,   )
　　　　　　　　)
　　vs.   )
　　　　　　　　)
Haddad Motor Group, Inc., et al.   )
　　　　　　　　)
　　Defendants   )

　　Now comes plaintiff and moves this court for an order for a MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 20 PAGES to allow the plaintiff, Sui Juris, to submit PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION MOTION TO DISMISS

　　Plaintiff, an individual with a documented disability, is praying to overcome the possibility of dismissal of this action.

　　Wherein, your moving party, having submitted legal case citations, analysis and arguments to overcome the defendants motions to dismiss and proceeded to expand on the merits of plaintiff's case in the instant matter, plaintiff wrote the memorandum in excess of the proscribed limits.

　　Wherefore, your moving party, sui juris, prays, humbly, that this Honorable Court will grant the MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES.

MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES JULY 11

1

Most respectfully submitted this 11 day of July, 2006.

*[signature: Scott Stern]*

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247