UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS          CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>HADDAD DEALERSHIPS OF THE )<br>BERKSHIRES, INC.; JAMES SALVIE, )<br>GENERAL SALES MANAGER; )<br>TIMOTHY CARDILLO, SALES )<br>MANAGER; MICHAEL COGGINS, )<br>GENERAL MANAGER, IN THEIR )<br>PERSONAL AND OFFICIAL )<br>CAPACITIES OF HADDAD )<br>DEALERSHIPS OF THE BERKSHIRES, )<br>)<br>And )<br>)<br>CYNTHIA TUCKER, INVESTIGATING )<br>COMMISSIONER; JAMES LEVINSKY, )<br>DEPUTY GENERAL COUNSEL; )<br>MIGDALIA RIVERA, COMPLIANCE )<br>OFFICER II; CRYSTAL BORGES, )<br>INVESTIGATOR, IN THEIR PERSONAL )<br>AND OFFICIAL CAPACITIES OF THE )<br>MASSACHUSETTS COMMISSION )<br>AGAINST DISCRIMINATION, )<br>)<br>And )<br>ROBERT SANDERS, BOSTON AREA )<br>OFFICE DIRECTOR, IN HIS PERSONAL )<br>AND OFFICIAL CAPACITY AS )<br>DIRECTOR OF EQUAL EMPLOYMENT )<br>OPPORTUNITY COMMISSION, )<br>    Defendants ) | **COUNSEL'S AFFIDAVIT OF COMPLIANCE WITH RULE 11, FOR MOTION FOR SANCTIONS AGAINST PLAINTIFF** |

{00088725.DOC}

1

**COUNSEL'S AFFIDAVIT OF COMPLIANCE WITH RULE 11,
FOR MOTION FOR SANCTIONS AGAINST PLAINTIFF**

I, John C. Barker, hereby declare under oath as follows:

1.  I am currently a partner at the law firm of Michienzie & Sawin LLC, 745 Boylston Street, Boston, MA 02116, which law firm represents named defendants Haddad Dealerships of the Berkshires, Inc., James Salvie, Michael Coggins, and Timothy Cardillo (collectively, the "Haddad Defendants"), against actions by plaintiff Scott Stern ("plaintiff" or "Stern"). The correct name of the defendant named as Haddad Dealerships of the Berkshires, Inc. is Haddad Motor Group, Inc.

2.  Except where stated otherwise, I have personal knowledge of the facts set forth herein, and if called and sworn to testify, could competently testify thereto.

3.  On or about 6/22/06, I caused to be served on plaintiff, the Haddad Defendants' Motion for Sanctions, by regular U.S. mail. I served this Motion for Sanctions on plaintiff directly, without yet filing it, pursuant to F.R.C.P. 11(c)(1)(A), which requires that such a motion be served on its recipient 21 days before its filing.

4.  I have waited for 21 days from 6/22/06, plus three days for mailing, and have not received any opposition to the Haddad Defendants' Motion for Sanction. Nor have I received any notification from plaintiff that plaintiff intends to withdraw his Motion to Amend, which motion is the basis for Haddad Defendants' Motion for Sanctions. Therefore, in filing the Motion for Sanctions, I believe I have complied with the requirements in Rule 11(c)(1)(A).

Signed under the pains and penalties of perjury this 17th day of July 2006.

*/s/ John Barker*
John C. Barker

{00088725.DOC}