United States District Court
District of Massachusetts
Western Division

FILED
IN CLERK'S OFFICE

2006 JUL 28 P 1:28

U.S. DISTRICT COURT
DISTRICT OF MASS.

Springfield, Massachusetts              Civil Action No.05-30160-MAP

Scott Stern,                        ) MOTION TO DISQUALIFY DEFENSE COUNSEL
                                    ) John Barker and the law firm of Michienzie & Sawin,
        Plaintiff,                  ) LLC.
                                    )
    vs.                             ) MOTION TO DISQUALIFY DEFENSE COUNSEL
                                    ) Jerrold "James" Levinsky
Haddad Motor Group, Inc., et. al.   )
                                    )
        Defendants                  )
                                    )
                                    )
                                    )
                                    )

    Now comes plaintiff and hereby submits this MOTION TO DISQUALIFY DEFENSE COUNSEL John Barker and MOTION TO DISQUALIFY JERROLD "James" LEVINSKY before the United States District Court, Honorable Judge Michael A. Ponsor, presiding.

    As and for good grounds plaintiff herein submits that the defense counsel for the defendants Haddad Motor Group, Inc., and the defense counsel for the defendant Massachusetts Commission Against Discrimination, in their capacity as defense counsel shall be called as witnesses and it would deprive plaintiff of constitutionally guaranteed rights to secure testimony from these lawyers that are intimately involved in this case.

    As and for good grounds plaintiff herein submits that the defense counsel representing the defendants will deprive plaintiff of rights secured by the Constitution of the United States, laws of the United States, rights secured by standing laws of the

Commonwealth of Massachusetts and the Declaration of Rights of the Constitution of the Commonwealth of Massachusetts.

As and for good grounds the plaintiff has motioned this Honorable Court to amend the complaint to include the defendants named John Barker, Michienzie & Sawin, LLC and Jerrold "James" Levinsky and the defense counsel should be not allowed to defend defendants Haddad Motor Group, Inc, and Massachusetts Commission Against Discrimination while at the same time be defendants themselves to this action.

The need for disqualification is greatest where the lawyer is most intimately involved in the events at issue. *Black v. Black*, 376 Mass. at 929, 381 N.E.2d 1304. Cf. *MacArthur v. Bank of New York*, 524 F.Supp. 1205, 1209 (S.D.N.Y.1981). That is when prejudice to the client from the lawyer's testimony is most likely, perhaps even apparent. In such circumstances it is appropriate for the trial judge to require the withdrawal of counsel. See *Black v. Black, supra* ; *Borman v. Borman*, 378 Mass. at 788, 792, 393 N.E.2d 847. Sizing up the potential for prejudice in a particular case and the degree of that prejudice involves exercise of discretion by the trial judge. We find no fault with the manner in which the judge exercised his discretion in this case. Compare *Holbrook v. Seagrave*, 228 Mass. 26, 29, 116 N.E. 889 (1917), with *Black v. Black, supra*, and *W.T. Grant Co. v. Haines*, 531 F.2d 671, 676 (2d Cir.1976). (Quoting from Serody v. Serody 19 Mass.App.Ct. 411, *415, 474 N.E.2d 1171, **1174 (Mass.App.,1985)

Wherefore, plaintiff respectfully submits this MOTION TO DISQUALIFY and submits a brief MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISQUALIFY DEFENSE COUNSEL John Barker and the law firm of Michienzie & Sawin, LLC and Jerrold "James" Levinsky.

Most respectfully submitted this 27 day of July 2006.

*[signature: Scott Stern]*

Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al., in the United States District Court, Case Number 05-30160-MAP, certify that I have caused a copy of the foregoing document,

Copy of "MOTION TO DISQUALIFY DEFENSE COUNSEL JOHN BARKER, & LAW FIRM OF MICHIENZIE & SAWIN, LLC and JERROLD "JAMES" LEVINSKY"

Copy of "CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, United States Postal Service, to the defendants, at their respective addresses this 27 day of July, 2006.

Michenzie & Sawin, LLC
Richard Sawin, Resident Agent and Manager
745 Boylston Street
Boston, Massachusetts 02116-2636

Michenzie & Sewin, LLC
John C. Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

Massachusetts Commission Against Discrimination
Cynthia Tucker
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Jerrold "James" Levinsky,
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Migdalia Rivera
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

## CERTIFICATE OF SERVICE page 2

Massachusetts Commission Against Discrimination
Crystal Borges
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

(By leave of Erin Norris to serve one copy for both defendants)
U.S. Equal Employment Opportunity Commission
Erin Norris
Robert Sanders and Joseph Alvarado, Official Capacities
1801 L. St. N.W.
Washington, D.C. 20507

Equal Employment Opportunity Commission
Robert Sanders,
John F. Kennedy Federal Building
Government Center
Fourth Floor, Room 475
Boston, Massachusetts  02203

Equal Employment Opportunity Commission
Joseph Alvarado,
33 Whitehall Street, 5th floor
New York, New York  10004-2167

to be delivered, postage prepaid, by United States Postal Service, this 27 day of July, 2006 to:

United States District Court
1550 Main Street
Springfield, Massachusetts 01103
Attn: Clerk of Courts

_Scott Stern_ (signature)

Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

July 27, 2006
Date of Mailing/Delivery