United States District Court
District of Massachusetts
Western Division

FILED
IN CLERK'S OFFICE

2006 JUL 28  P 1: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

Springfield, Massachusetts                Civil Action No. 05-30160-MAP

Scott Stern,                      )   MOTION TO FILE LATE ANSWER
                                  )
    Plaintiff,                    )
                                  )
vs.                               )
                                  )
Haddad Motor Group, Inc., et. al. )
                                  )
    Defendants                    )
                                  )
                                  )
                                  )

    Now comes plaintiff and hereby moves this Honorable Court, Honorable Judge Michael A. Ponsor, presiding, regarding the recent MOTION FOR SANCTIONS against the plaintiff by the defendant Haddad Motor Group, Inc. from defendant's counsel, and moves for a MOTION TO FILE LATE ANSWER.

    Wherein your moving party is an individual that has a documented disability and has had personal issues that have complicated his attention to the frivolous MOTION FOR SANCTIONS by the defendants, and;

    Wherein, your moving party is defending his rights, liberties and privileges in other venues, including, but not limited to, the United States District Court, and;

    Wherein your moving party apologizes to the Honorable Judge Michael A. Ponsor for not replying in a timely manner to the frivolous motion by the defendants, Haddad Motor Group, Inc.

Wherefore plaintiff moves that the Honorable Court allow plaintiff to submit a NOTICE OF OBJECTION and a MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR SANCTIONS and to supplement the OPPOSITION in a timely manner by and through plaintiff's MOTION TO FILE LATE ANSWER.

Most humbly and respectfully submitted this 27 day of July 2006

*/s/ Scott Stern*

Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al., in the United States District Court, Case Number 05-30160-MAP, certify that I have caused a copy of the foregoing document,

Copy of "MOTION TO FILE LATE ANSWER"

Copy of "CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, United States Postal Service, to the defendants, at their respective addresses this 28 day of July, 2006.

Michenzie & Sawin, LLC
Richard Sawin, Resident Agent and Manager
745 Boylston Street
Boston, Massachusetts 02116-2636

Michenzie & Sewin, LLC
John C. Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

Massachusetts Commission Against Discrimination
Cynthia Tucker
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Jerrold "James" Levinsky,
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Migdalia Rivera
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

## CERTIFICATE OF SERVICE page 2

Massachusetts Commission Against Discrimination
Crystal Borges
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

(By leave of Erin Norris to serve one copy for both defendants)
U.S. Equal Employment Opportunity Commission
Erin Norris
Robert Sanders and Joseph Alvarado, Official Capacities
1801 L. St. N.W.
Washington, D.C. 20507

Equal Employment Opportunity Commission
Robert Sanders,
John F. Kennedy Federal Building
Government Center
Fourth Floor, Room 475
Boston, Massachusetts 02203

Equal Employment Opportunity Commission
Joseph Alvarado,
33 Whitehall Street, 5th floor
New York, New York 10004-2167

to be delivered, postage prepaid, by United States Postal Service, this 28 day of July, 2006 to:

United States District Court
1550 Main Street
Springfield, Massachusetts 01103
Attn: Clerk of Courts

_____
Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

July 28, 2006
Date of Mailing/Delivery