United States District Court
District of Massachusetts
Western Division

Springfield, Massachusetts                                    Civil Action No.05-30160-MAP

| | |
|---|---|
| Scott Stern, | ) NOTICE OF OBJECTION |
| Plaintiff, | ) |
| vs. | ) |
| Haddad Motor Group, Inc., et. al. | ) |
| Defendants | ) |

Now comes plaintiff and hereby submits this NOTICE OF OBJECTION to the United States District Court, Honorable Judge Michael A. Ponsor, presiding, regarding the recent MOTION FOR SANCTIONS against the plaintiff by the defendant Haddad Motor Group, Inc. from defendant's counsel, defendant John Barker.

The defendants, and the defense counsel, have brought to light their inconsistent arguments and the court can genuinely question the defendants wasteful use of the court's time by their MOTION FOR SANCTIONS and the MOTION should be denied, forthwith and expeditiously.

The defendant's claimed, inter alia, in affidavits, submitted to the Massachusetts Commission Against Discrimination, and in oral statements before the Massachusetts Commission Against Discrimination that the Doctor, and the Doctor's note, were either illegible or did not contain the pertinent information to ascertain and describe the doctor's

name and address, to wit; the defendants claimed that the doctor did not exist, and that the note that plaintiff had submitted to them for requesting a reasonable accommodation did not disclose the doctor's name and address (See affidavits of the defendants Michael Coggins, James Salvie and Timothy Cardillo.)

Wherein, the defendants and their counsel cannot have it both ways. They cannot tell this court, through MCAD documents, the doctor does not exist, that his office does not exist, that the note which was presented to the MCAD did not exist, and then, by means of a "Third Party Keeper of the Records Subpoena" depose him by mailing a "Third Party Keeper of the Records Subpoena" to his private residence in an effort to violate the confidences and trust plaintiff has had with his doctor and violate the patient-doctor privilege and the Hippocratic oaths, and to use private personal information against the plaintiff in this action, thus depriving plaintiff of his United States and Massachusetts Constitutional and statutory rights, including, but not limited to, the right to privacy.

Wherein, plaintiff, submitted affidavit regarding statement spoken before the tribunal, in his personal presence, by the defense counsel, John Barker, whom has been named and served as a defendant in this proceeding.

Wherefore, plaintiff respectfully submits this NOTICE OF OBJECTION, and submits a brief MEMORANDUM OF LAW IN SUPPORT OF OPPOSITION TO MOTION FOR SANCTIONS to this Honorable Court for its judicious review.

Most respectfully submitted this 27 day of July, 2006.

_____
Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247