UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS    CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN,<br>   Plaintiff<br><br>v.<br><br>HADDAD DEALERSHIPS OF THE BERKSHIRES, INC.; JAMES SALVIE, GENERAL SALES MANAGER; TIMOTHY CARDILLO, SALES MANAGER; MICHAEL COGGINS, GENERAL MANAGER, IN THEIR PERSONAL AND OFFICIAL CAPACITIES OF HADDAD DEALERSHIPS OF THE BERKSHIRES,<br><br>And<br><br>CYNTHIA TUCKER, INVESTIGATING COMMISSIONER; JAMES LEVINSKY, DEPUTY GENERAL COUNSEL; MIGDALIA RIVERA, COMPLIANCE OFFICER II; CRYSTAL BORGES, INVESTIGATOR, IN THEIR PERSONAL AND OFFICIAL CAPACITIES OF THE MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION,<br><br>And<br><br>ROBERT SANDERS, BOSTON AREA OFFICE DIRECTOR, IN HIS PERSONAL AND OFFICIAL CAPACITY AS DIRECTOR OF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>   Defendants | **THE HADDAD DEFENDANTS'<br>MOTION TO STRIKE REFERENCES<br>TO "DEFENDANT" BARKER** |

{00090203.DOC}

1

# THE HADDAD DEFENDANTS' MOTION TO STRIKE REFERENCES TO "DEFENDANT" BARKER

Now come Defendants Haddad Dealerships of the Berkshires, Inc.,[1] James Salvie, Michael Coggins, and Timothy Cardillo (collectively, the "Haddad Defendants"), through their counsel of record, and hereby moves to strike the improper and inaccurate reference to "Defendant John Barker" in the recent "Memorandum of Law in Support of Opposition to Motion for Sanctions" filed by plaintiff Scott Stern ("plaintiff" or "Stern").

In his brief [Docket No. 72] opposing the Haddad Defendants' Motion for Sanctions [Docket No. 67], Stern refers to "Defendant John Barker" (*e.g.*, pp.2, 6, 9, 10, 12, 13). This reference is improper and misleading, as Attorney Barker has not yet been added as a defendant in this case. Stern's Motion to Amend, to add Attorney Barker and his law firm as defendants [Docket No. 46] is currently pending before this Court. Plaintiff cannot add another defendant at this stage of the litigation without leave of court. F.R.C.P. 15(a). The Haddad Defendants and their counsel expect plaintiff's Motion to Amend to be denied on its merits, because of counsel's absolute litigation privilege. But the merits of Stern's motion to add Attorney Barker and his firm as defendants, are argued in other pleadings [Docket Nos. 56 and 67].

Regardless of the merits of Stern's Motion to Amend, he should not be permitted to refer to opposing counsel as "Defendant" until he has successfully added counsel as a defendant. Therefore, the Haddad Defendants respectfully request this Court to strike the improper and premature reference to "Defendant John Barker" and to enjoin plaintiff from referring to opposing counsel as "Defendant" until such time as Attorney Barker has been added as a defendant in this case.

---

[1] The correct name for this party is Haddad Motor Group, Inc.

{00090203.DOC}

|  |  |
|---|---|
| Dated: 8/8/2006 | THE HADDAD DEFENDANTS,<br>By Their Attorneys<br>MICHIENZIE & SAWIN LLC<br>BY: _____<br>Richard A. Sawin, Jr. – BBO NO: 546786<br>John C. Barker – BBO NO: 637406<br>745 Boylston Street, 5th Floor<br>Boston, MA 02116<br>Tel: (617) 227-5660 |

### CERTIFICATE OF SERVICE

I, Richard A. Sawin, Jr., attorney for defendant, hereby certify that I have on this 8th day of August 2006, served a copy of the foregoing Motion, by electronic filing or by mailing a copy of same, postage prepaid, to the following:

Mr. Scott Stern
400 West Main Street
North Adams, MA 01427

Jerrold Levinsky, Esq.
Commonwealth of Massachusetts
Commission Against Discrimination
436 Dwight Street, Room 220
Springfield, MA 01103

Erin Norris, Esq.
Equal Employment Opportunity Commission
Office of Legal Counsel
1801 L Street Northwest
Washington, DC 20507

_____
Richard A. Sawin, Jr.

{00090203.DOC}