United States District Court
District of Massachusetts
Western Division

FILED
[...]'S OFFICE

2006 SEP -7  P 5:41

Springfield, Massachusetts                    Civil Action No.05-30160-MAP

Scott Stern,                          ) MOTION FOR LEAVE TO FILE
                                      ) LATE MEMORANDUM OF LAW
     Plaintiff,                     ) IN OPPOSITION TO DEFENDANT MCAD
                                      )
  vs.                                 )
                                      )
Haddad Motor Group, Inc., et al.      )
                                      )
     Defendants                     )

Now comes plaintiff and respectfully moves this court for an order for a MOTION FOR LEAVE TO FILE LATE MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION which would grant this plaintiff, Sui Juris, to submit PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION MOTION TO DISMISS.

Plaintiff, an individual with a documented disability, an individual that has recently experienced some personal issues, including, but not limited to the destruction of his personal motor vehicle and his friends motor vehicle, and herein apologizes to the Honorable Judge Kenneth P. Neiman for his oversight due to the excusable neglect of his disability, and is praying to overcome the dismissal of this action against the defendants Massachusetts Commission Against Discrimination in their conspiratorial role to deny rights, privileges and liberties accorded individuals such as the plaintiff, by means of, including, but not limited to, the United States Congress, and the United States

MOTION FOR LEAVE TO FILE LATE MEMORANDUM OF LAW IN OPP TO MCAD    1

Constitution. In essence, plaintiff would like to see DISCOVERY ordered by this Honorable Court at the earliest possible consideration, and to appoint a competent Attorney to represent the interests of this Plaintiff in these matters.

Wherein, your moving party, having submitted legal case citations, analysis and arguments to overcome the defendant's motions to dismiss and proceeded to expand on the merits of plaintiff's case in the instant matter, plaintiff wrote the memorandum in excess of the proscribed limits. The Honorable Judge Kenneth P. Neiman, whom your moving party had requested not to preside over these substantive and legal issues, declined to accept a brief in excess of the proscribed limits by approximately ten pages, thus causing plaintiff the need to file this motion and its accompanying memorandum of law.

Wherefore, your moving party, sui juris, prays, humbly, that this Honorable Court will GRANT the MOTION FOR LEAVE TO FILE LATE MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT MASSACHUSETT COMMISSION AGAINST DISCRIMINATION Motion to Dismiss.

Most respectfully submitted this 6 day of September, 2006.

_____
Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247