## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al., in the United States District Court, Case Number 05-30160-MAP, certify that I have caused a copy of the foregoing documents:

Copy of "MOTION FOR LEAVE TO FILE LATE MEMORANDUM OF LAW IN OPPOSITION TO MCAD MOTION TO DISMISS"

Copy OF "MEMORANDUM OF LAW IN OPPOSITION TO MCAD MOTION TO DISMISS", "PLAINTIFFS
COPY OF "SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S NOTICE OF OBJECTION TO MCAD'S MOTION TO DISMISS"
Copy of "CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, United States Postal Service, to the defendants, at their respective addresses this 6 day of September, 2006.

Michenzie & Sewin, LLC
Richard Sawin, Resident Agent and Manager
745 Boylston Street
Boston, Massachusetts 02116-2636

Michenzie & Sewin, LLC
John C. Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

Massachusetts Commission Against Discrimination
Cynthia Tucker
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

Massachusetts Commission Against Discrimination
James Levinsky,
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

Massachusetts Commission Against Discrimination
Migdalia Rivera
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

Massachusetts Commission Against Discrimination
Crystal Borges
436 Dwight Street, Suite 220
Springfield, Massachusetts 01103

## CERTIFICATE OF SERVICE page 2

(By leave of Erin Norris to serve one copy for both defendants)
U.S. Equal Employment Opportunity Commission
Erin Norris
Robert Sanders and Joseph Alvarado
1801 L. St. N.W.
Washington, D.C. 20507


Equal Employment Opportunity Commission
Robert Sanders
John F. Kennedy Federal Building
Government Center
Fourth Floor, Room 475
Boston, Massachusetts  02203

Equal Employment Opportunity Commission
Joseph Alvarado,
State and Local Manager
33 Whitehall Street, 5th floor
New York, New York  10004-2167

to be delivered, postage prepaid, by United States Postal Service, this 14th day of September, 2006 to:

United States District Court
1550 Main Street
Springfield, Massachusetts 01103
Attn: Clerk of Courts


_____          _____
Scott Stern                                               Date of Mailing/Delivery
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247