United States District Court
District of Massachusetts
Western Division

Springfield, Massachusetts                    Civil Action No.05-30160-MAP

Scott Stern,                          ) NOTICE OF OBJECTION
                                      )
        Plaintiff,                    )
                                      )
    vs.                               )
                                      )
Haddad Motor Group, Inc., et. al.     )
                                      )
        Defendants                    )

Now comes plaintiff and hereby serves NOTICE OF OBJECTION to this Honorable Court, Honorable Judge Kenneth P. Neiman, presiding, regarding the recent MEMORANDUM, ORDER and RECOMMENDATION of Judge Neiman's dated October 27, 2006.

Wherein, your moving party, and individual with a documented disability, is defending his rights, liberties and privileges in other venues, including, but not limited to, the United States District Court, and;

Wherefore plaintiff moves that the Honorable Court allow hereby ACCEPT plaintiff's NOTICE OF OBJECTION and GRANT PLAINTIFF'S MOTION FOR LEAVE TO FILE A LATE ANSWER AND MEMORANDUM OF LAW IN OBJECTION TO THE ORDER AND RECOMMENDATION OF OCTOBER 27, 2006.

Most humbly and respectfully submitted this 9 day of November 2006

_____
Scott Stern
Sui Juris, All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

NOTICE OF OBJECTION TO HONORABLE MAGISTRATE KPN ORDER & RECOMMENDATIONS

i