United States District Court
District of Massachusetts
Western Division



FILED
IN CLERK'S OFFICE

2006 NOV -9  P 1:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

Springfield, Massachusetts                    Civil Action No. 05-30160-MAP

Scott Stern,                    ) MOTION FOR LEAVE TO FILE A LATE
                                ) ANSWER AND MEMORANDUM OF LAW IN
        Plaintiff,              ) OBJECTION TO THE ORDER AND
                                ) RECOMMENDATION DATED OCTOBER 27,
    vs.                         ) 2006.
                                )
Haddad Motor Group, Inc., et. al.)
                                )
        Defendants              )
                                )

Now comes plaintiff and hereby moves this Honorable Court, Honorable Judge Kenneth P. Neiman, presiding, for MOTION FOR LEAVE TO FILE A LATE ANSWER AND MEMORANDUM IN OBJECTION TO THE ORDER AND RECOMMENDATION DATED OCTOBER 27, 2006.

Wherein, your moving party, an individual with a documented disability, has had personal issues that have complicated his attention to these proceedings, including, but not limited to, the deprivation of rights, liberties and privileges guaranteed by the United States and Massachusetts Constitutions, by and from other venues, and;

Wherein, by and because of the necessary and compounding affect of defending plaintiff's rights, liberties and privileges, plaintiff's mental and physical abilities in having to defend his rights, liberties and privileges in other venues, including, but not limited to, the United States District Court, have placed plaintiff under a unconscionable amount of strain and stress, and;

MOTION TO FILE A LATE ANSWER AND MEMORANDUM OF LAW IN OBJECTION TO THE ORDER AND RECOMMENDATION DATED OCTOBER 27, 2006

i

Wherein your moving party apologizes to the Honorable Judge Kenneth P. Neiman for not replying in a timely manner to the report from the Honorable Judge Kenneth P. Neiman, and;

Wherein, plaintiff, received, to his residence, on or about October 27, 2006, an envelope mailed from the defendant Haddad Motor Group, Inc., which plaintiff has not yet opened, contrary to the rules and procedures of this Honorable Court which have caused plaintiff an inordinate degree of mental anguish, strain and stress, and;

Wherein, plaintiff, has a brief due on or before November 17, 2006 before the First Circuit Court of Appeals relative to the defending of rights, liberties and privileges guaranteed by the United States Constitution for other causes of action, and;

Wherefore, plaintiff MOVES the Honorable Kenneth P. Neiman to GRANT plaintiff's MOTION FOR LEAVE TO FILE A LATE ANSWER AND MEMORANDUM OF LAW IN OBJECTION TO THE ORDER AND RECOMMENDATION OF OCTOBER 27, 2006.

Plaintiff humbly requests an additional thirty (30) days to file said Memorandum of Law. No other extensions have been filed by plaintiff. Granting this MOTION would not prejudice the defendants whereas a denial of this MOTION FOR LEAVE TO FILE LATE ANSWER AND MEMORANDUM OF LAW IN OBJECTION TO THE ORDER AND RECOMMENDATION OF OCTOBER 27, 2006 could prejudice the plaintiff.

Most humbly and respectfully submitted this 9 November 2006

Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

MOTION TO FILE A LATE ANSWER AND MEMORANDUM OF LAW IN OBJECTION TO THE ORDER AND RECOMMENDATION DATED OCTOBER 27, 2006

2