United States District Court
District of Massachusetts
Western Division

Springfield, Massachusetts                Civil Action No.05-30160-MAP

Scott Stern,                    ) MOTION FOR LEAVE TO ALLOW PLAINTIFF
                                ) TO FILE PLEADINGS AND PAPERS
    Plaintiff,              ) ELECTRONICALLY
                                )
    vs.                     )
                                )
Haddad Motor Group, Inc., et. al. )
                                )
    Defendants              )
_____)

    Now comes plaintiff and hereby moves this Honorable Court, Honorable Judge Kenneth P. Neiman, presiding, for MOTION FOR LEAVE TO ALLOW PLAINTIFF TO FILE PLEADINGS AND PAPERS ELECTRONICALLY in the United States District Court.

    Wherein, your moving party, an individual with a documented disability, has had personal issues that have complicated his attention to these proceedings, including, but not limited to, the deprivation of rights, liberties and privileges guaranteed by the United States and Massachusetts Constitutions, by and from other venues, and;

    Wherein, your moving party, does maintain a PACER account, in good standing, and;

    Wherein, defendants Counsel, in this action, have the right to electronically file documents with this Honorable Court, and;

Wherein, GRANTING this MOTION FOR LEAVE TO ALLOW PLAINTIFF TO FILE PLEADINGS AND PAPERS ELECTRONICALLY in the United States District Court would not prejudice the defendants, and;

Wherein, plaintiff, an individual with a documented disability, has had to travel to Springfield, Massachusetts in order to file documents with this Honorable Court, sometimes, at the last possible filing date and time, at much inconvenience to himself and to others, by and because of plaintiff's documented disability, and;

Wherein, plaintiff may be unable to file documents in hand, or by mail, or by facsimile transmission, with the United States District Court or the First Circuit Court of Appeals, and other Courts in the Commonwealth of Massachusetts, and;

Wherein, such deprivation may be orchestrated and perpetrated in order to further deprive plaintiff of rights, liberties and privileges guaranteed and accorded to all Citizens of the United States of America, including, but not limited to, due process rights, equal protection rights under the law, and plaintiff's right to a redress of grievances for various causes of action, in multiple venues, within the Commonwealth of Massachusetts, as guaranteed by the United States and Massachusetts Declaration of Rights, and;

Wherein, plaintiff, has a brief due on or before November 17, 2006 before the First Circuit Court of Appeals relative to the defending of rights, liberties and privileges guaranteed by the United States Constitution for other causes of action, and;

Wherein, plaintiff may be, under color of state law, deprived of the ability to file papers and pleadings by United States Postal Service, or by facsimile machine, and;

Wherein, allowing said MOTION TO ALLOW PLAINTIFF TO FILE PLEADINGS AND PAPERS ELECTRONICALLY would benefit the plaintiff, benefit the Courts, make better use of the Court's time and resources, and guarantee plaintiff is

entitled to access to continue actions within the jurisdiction of the United States District Courts,

Wherefore, plaintiff hereby MOVES this Honorable Court, the Honorable Judge Kenneth P. Neiman for MOTION FOR LEAVE TO ALLOW PLAINTIFF TO FILE PLEADINGS AND PAPERS ELECTRONICALLY IN THE UNITED STATES DISTRICT COURT and FIRST CIRCUIT COURT OF APPEALS.

Plaintiff's motion would not prejudice the parties. This motion should be allowed. Plaintiff would be required to attend an instructional class, and, in the event plaintiff is unable to attend such class through deprivation of his liberty, to allow plaintiff the ability to participate via teleconference, or telephone or through a third party designated by the plaintiff.

Most humbly and respectfully submitted this 9 November 2006

_____
Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

MOTION FOR LEAVE TO ALLOW PLAINTIFF TO FILE PLEADINGS AND PAPERS ELECTRONICALLY