## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, Sui Juris, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al, in the United States District Court, Case Number 05-30160-MAP, certify that I have caused a copy of the foregoing documents:

Copy of "NOTICE OF APPEAL"

Copy of "MOTION FOR LEAVE TO FILE A LATE ANSWER AND MEMORANDUM OF LAW IN OBJECTION TO THE ORDER AND RECOMMENDATION DATED OCTOBER 27, 2006"

Copy of "MOTION FOR LEAVE TO ALLOW PLAINTIFF TO FILE PLEADINGS AND PAPERS ELECTRONICALLY IN THE UNITED STATES DISTRICT COURT"

Copy of "CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, United States Postal Service, to the defendants, at their respective addresses this 9 day of November, 2006.

Michienzie & Sawin, LLC
Richard Sawin, Resident Agent
745 Boylston Street
Boston, Massachusetts 02116-2636

Michienzie & Sawin, LLC
John C. Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

Massachusetts Commission Against Discrimination
Cynthia Tucker
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
James Levinsky
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

## CERTIFICATE OF SERVICE page 2

Massachusetts Commission Against Discrimination
Migdalia Rivera
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

Massachusetts Commission Against Discrimination
Crystal Borges
436 Dwight Street, Suite 220
Springfield, Massachusetts 01220

United States Equal Employment Opportunity Commission
Office of Legal Counsel
Erin N. Norris
Robert Sanders, Joseph Alvarado
1801 L St NW
Washington, DC 20507

_Scott Stern_                                         Nov. 9, 2006
Scott Stern                                           Date of Mailing/Delivery
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247