UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS    CIVIL ACTION NO. 3/05-CV-30160-MAP

| | |
|---|---|
| SCOTT STERN,<br>   Plaintiff<br><br>v.<br><br>HADDAD DEALERSHIPS OF THE BERKSHIRES, INC.; JAMES SALVIE, GENERAL SALES MANAGER; TIMOTHY CARDILLO, SALES MANAGER; MICHAEL COGGINS, GENERAL MANAGER, IN THEIR PERSONAL AND OFFICIAL CAPACITIES OF HADDAD DEALERSHIPS OF THE BERKSHIRES,<br><br>And<br><br>CYNTHIA TUCKER, INVESTIGATING COMMISSIONER; JAMES LEVINSKY, DEPUTY GENERAL COUNSEL; MIGDALIA RIVERA, COMPLIANCE OFFICER II; CRYSTAL BORGES, INVESTIGATOR, IN THEIR PERSONAL AND OFFICIAL CAPACITIES OF THE MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION,<br><br>And<br><br>ROBERT SANDERS, BOSTON AREA OFFICE DIRECTOR, IN HIS PERSONAL AND OFFICIAL CAPACITY AS DIRECTOR OF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **THE HADDAD DEFENDANTS' JOINDER WITH PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY** |

## THE HADDAD DEFENDANTS' JOINDER WITH PLAINTIFF'S
## MOTION FOR LEAVE TO FILE ELECTRONICALLY

Now come Defendants Haddad Dealerships of the Berkshires, Inc.,[1] James Salvie, Michael Coggins, and Timothy Cardillo (collectively, the "Haddad Defendants"), through their counsel of record, and hereby join with the Motion for Leave to Allow Plaintiff to File Pleadings and Papers Electronically [Docket No. 85], filed and served by plaintiff Scott Stern ("plaintiff" or "Stern") on 11/9/06. The Haddad Defendants enthusiastically support plaintiff's request to file his documents and papers electronically with the Court.

The Haddad Defendants and their counsel further request that this Court include in its Order, instructions to plaintiff *not* to send any hard copy filings to the undersigned defense counsel's firm. Currently, plaintiff serves up to four copies of his filings, which filings defense counsel has already received through electronic filing, by hard copy on defense counsel by regular mail. Defense counsel has requested that plaintiff discontinue this practice, because defense counsel only needs the copies that are served electronically, but plaintiff has continued to serve the extra hard copies.

Dated: 11/15/06

THE HADDAD DEFENDANTS,
By Their Attorneys
MICHIENZIE & SAWIN LLC

BY: *John Barker*
Richard A. Sawin, Jr. – BBO NO: 546786
John C. Barker – BBO NO: 637406
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

---

[1] The correct name for this party is Haddad Motor Group, Inc.

{00097336.DOC}

2

## CERTIFICATE OF SERVICE

I, John C. Barker, attorney for defendant, hereby certify that I have on this 15th day of November 2006, served a copy of the foregoing Motion, by electronic filing or by mailing a copy of same, postage prepaid, to the following:

Mr. Scott Stern
400 West Main Street
North Adams, MA 01427

Jerrold Levinsky, Esq.
Commonwealth of Massachusetts
Commission Against Discrimination
436 Dwight Street, Room 220
Springfield, MA 01103

Erin Norris, Esq.
Equal Employment Opportunity Commission
Office of Legal Counsel
1801 L Street Northwest
Washington, DC 20507

_____
John C. Barker