UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
SCOTT STERN,                   )
     Plaintiff                 )
                               )
          v.                   )  C.A. NO. 05-30160-MAP
                               )
HADDAD DEALERSHIPS OF THE      )
BERKSHIRES, INC., ET AL,       )
     Defendants                )
```

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION WITH REGARD TO
DEFENDANTS' MOTIONS TO DISMISS
(Docket Nos. 28, 48 & 82)

February 26, 2007

PONSOR, D.J.

In this employment discrimination case, Plaintiff has named as Defendants two employees of the EEOC, Alvarado and Sanders, ("the EEOC Defendants"), as well as the Massachusetts Commission Against Discrimination ("MCAD"), and its employees, Tucker, Borges, Levinsky, and Rivera (the "MCAD Defendants"). The EEOC and MCAD Defendants filed separate Motions to Dismiss, which were referred to Chief Magistrate Judge Kenneth P. Neiman for report and recommendation.

On October 27, 2006, Judge Neiman issued his Report and Recommendation, to the effect that both Motions to Dismiss be allowed. Plaintiff filed no objection to the Report and Recommendation.

Upon de novo review, the court hereby ADOPTS the Report

and Recommendation of Chief Magistrate Judge Kenneth P. Neiman based both upon its obvious merit and the fact that Plaintiff has failed to file any opposition to it.

Having adopted the Magistrate's Judge's Report and Recommendation, the court hereby ALLOWS Defendants' Motions to Dismiss (Dkt. Nos. 28 & 48).  The case will proceed only against Haddad Motor Group, Inc. and individual Defendants Cardillo, Salvie and Coggins.

This case is hereby referred to Chief Magistrate Judge Kenneth P. Neiman for a status conference regarding the schedule for the remaining defendants leading to trial or other final disposition.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge