FILED

United States District Court
Western Division

Scott Stern
v.
Haddad Dealerships
of the Berkshires, Inc et al

Motion to prevent EEOC and MCAD from removing weblinks from the internet. (TRO) and other sources.

Now comes your moving party, Plaintiff, Scott Stern and Moves this Honorable Court to order a Motion to Prevent EEOC and MCAD from removing weblinks from the internet.

Wherein the EEOC and MCAD web pages provide documentary evidence in this action, it is necessary to allow Plaintiff the right to search for documents on their respective websites and other sources.

Wherefore your movant prays for the allowance of this motion to prevent EEOC and MCAD from removing weblinks from the Internet (TRO).

Most Respectfully submitted
Scott Stern, 400 West Main St. North Adams, MA 01247

Certificate of Service

I, Scott Stern, do hereby state that I have served a copy of the following:

Copy of "Motion to Prevent EEOC and MCAD from removing weblinks from the internet (TRO)"

Copy of "Certificate of Service"

to the defendants, and their counsels of record this 14th day of March 2007.

Scott Stern
400 West Main St.
North Adams, Massachusetts 01247
(413) 664-7805