UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS        CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN,<br>    Plaintiff<br><br>v.<br><br>HADDAD DEALERSHIPS OF THE<br>BERKSHIRES, INC.; JAMES SALVIE,<br>GENERAL SALES MANAGER;<br>TIMOTHY CARDILLO, SALES<br>MANAGER; MICHAEL COGGINS,<br>GENERAL MANAGER, IN THEIR<br>PERSONAL AND OFFICIAL<br>CAPACITIES OF HADDAD<br>DEALERSHIPS OF THE BERKSHIRES,<br><br>And<br><br>CYNTHIA TUCKER, INVESTIGATING<br>COMMISSIONER; JAMES LEVINSKY,<br>DEPUTY GENERAL COUNSEL;<br>MIGDALIA RIVERA, COMPLIANCE<br>OFFICER II; CRYSTAL BORGES,<br>INVESTIGATOR, IN THEIR PERSONAL<br>AND OFFICIAL CAPACITIES OF THE<br>MASSACHUSETTS COMMISSION<br>AGAINST DISCRIMINATION,<br><br>And<br>ROBERT SANDERS, BOSTON AREA<br>OFFICE DIRECTOR, IN HIS PERSONAL<br>AND OFFICIAL CAPACITY AS<br>DIRECTOR OF EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br>    Defendants | **PROPOSED LITIGATION**<br>**SCHEDULE** |

Now come Defendants Haddad Dealerships of the Berkshires, Inc., James Salvie,

Michael Coggins, and Timothy Cardillo (collectively, the "Haddad Defendants"), and hereby

00112017.DOC

1

submit the following proposed Pretrial Schedule and Agenda for Scheduling Conference, pursuant to Fed.R.Civ.P. 26(f) and U.S. District Court Local Rule 16.1. The Haddad Defendants sent this draft to Plaintiff Scott Stern for comment, but he did not respond.

1. Pre-discovery disclosures pursuant to Fed.R.Civ.P. 26(a)(1) shall be made by 6/22/07.
2. Any amendments to pleadings, after motions to amend, shall be made by 7/2/07.
3. Written discovery requests (interrogatories and document requests) propounded and responded to by 7/23/07.
4. Factual discovery, including all non-expert depositions, shall be completed by 9/7/07.
5. Plaintiff shall identify experts and comply with Rule 26(a)(2) by 9/28/07.
6. Defendants shall identify experts and comply with Rule 26(a)(2) by 10/31/07.
7. Requests for Admissions propounded and responded to by 11/30/07.
8. Expert depositions shall be completed by 11/30/07.
9. Dispositive motions shall be filed by 1/11/08.
10. Oppositions to dispositive motions shall be filed by 2/11/08.
11. The parties would like a final pretrial conference on or by 4/7/08. Deadline for final list of witnesses and exhibits under Rule 26(a)(3) shall be determined at the Pretrial Conference.
12. The case should be ready for trial by May 2008.

### Proposed Agenda to be Discussed at Scheduling Conference

1. The above litigation schedule.
2. Whether the parties will consent to trial by a Magistrate Judge.
3. Whether the parties will consider Alternative Dispute Resolution.

## Certifications

The undersigned counsel for the parties hereby certify that they have complied with their respective obligations under Local Rule 16.1(D)(3) concerning conferring with their clients with a view towards establishing a budget for the costs of conducting litigation and considering the possibility of resolving the litigation through Alternative Dispute Resolution programs.

THE HADDAD DEFENDANTS,
By Their Attorneys
MICHIENZIE & SAWIN LLC

/s/ John Barker
Richard A. Sawin, Jr. – BBO NO: 546786
John C. Barker – BBO NO: 637406
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660