UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Springfield, Massachusetts | Civil Action No.05-30160-MAP |

| | |
|---|---|
| Scott Stern, ) | EMERGENCY MOTION FOR |
|     Plaintiff, ) | APPOINTMENT OF COUNSEL |
| vs. ) | |
| ) | |
| Haddad Motor Group, Inc., et. al. ) | |
| ) | |
|     Defendants ) | |

    Now Comes PLAINTIFF and hereby moves the Honorable United States District Judge Michael A. Ponsor to assign counsel to the plaintiff in this EMERGENCY MOTION FOR APPOINTMENT OF COUNSEL by and through the Federal Rules of Civil Procedure governing application and acceptance of plaintiff's application to proceed in Forma Pauperis.

    Wherein, your movant, an individual with a documented disability, sought rights and privileges through his Americans with Disabilities Act rights, including, but not limited to, the appointment of counsel by either a Federal or State agency that has been created and mandated to protect the rights of disabled persons such as plaintiff under the laws of the United States and the Commonwealth of Massachusetts, and;

    Wherein, the Honorable Michael A. Ponsor, United States District Court Judge adjudicated and decided that the Commonwealth of Massachusetts in a landmark and historic decision in Rosie D. has failed to provide services for certain individuals of the Commonwealth of Massachusetts, and;

    Wherein, the case at bar is similar to Rosie D, in that the Commonwealth's

obligation to protect plaintiff's rights was in contravention due to its conflict of interest in closing discrimination cases, in which the Commonwealth has a financial interest to receive federal grants, rather than protect the rights of its citizens, and;

Wherein by and because the defendants did thereby discriminate against the plaintiff, the plaintiff does not have counsel, nor the means by which to afford counsel, and;

Wherein, plaintiff's rights, liberties and privileges have been violated but are guaranteed by, including, but not limited to, the United States Constitution, United States Code 42 U.S.C. §2000e-2; 20002-3; Americans with Disabilities Act of 1973, and 1990; Provisions of a reasonable accommodation pursuant to section 102(b)(5) of the Americans with Disabilities Act of 1990 or regulations implementing section 501 of the Rehabilitation Act of 1973. Title VII of the Civil Rights Act of 1863, 1964, 1971 and 1991 et seq., United States Supreme Court Judicial decisions, and including, but not limited to, the Declaration of Rights of the Commonwealth of Massachusetts and Massachusetts General Law, chapter 151B §4.

Wherein, plaintiff firmly believes that the defendant Massachusetts Commission Against Discrimination had an affirmative duty to protect plaintiff's rights, liberties and privileges and failed because of their federal incentives to close out discrimination cases and charges, and;

Wherein, your moving party, an individual with a documented disability, is defending his rights, liberties and privileges in other venues within the Commonwealth of Massachusetts, under color of state law, by known and unknown individuals, in order to preclude and prevent plaintiff from defending his rights, liberties and privileges

guaranteed by the United States Constitution and the Massachusetts Declaration of Rights, and;

Wherein, by and for the good cause that your moving party has prayed for this EMERGENCY MOTION FOR APPOINTMENT OF COUNSEL be appointed counsel by and because plaintiff's government, through agencies including, but not limited to, the Equal Employment Opportunity Commission, and the Massachusetts Commission Against Discrimination, on both federal and state level, have miserably failed in their mandate to protect and serve the plaintiff, and;

Wherein under the Federal Rules of Civil Procedure for forma pauperis, this Court has an affirmative duty to protect, safeguard, insure and assure plaintiff's rights, liberties and privileges guaranteed by the United States Constitution, the laws of the United States and the Constitution and Declaration of Rights for the Commonwealth of Massachusetts and the laws of the Commonwealth of Massachusetts.

Most Respectfully submitted this 20 day of April, 2007.

*[signature]*

Scott Stern
Pro-Se Plaintiff
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, Sui Juris, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al, in the United States District Court, Case Number 05-30160-MAP, certify that I have caused a copy of the foregoing documents:

Copy of "EMERGENCY MOTION FOR APPOINTMENT OF COUNSEL"

Copy of "CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, United States Postal Service, to the defendants, at their respective addresses this 20 day of April, 2007.

Michienzie & Sawin, LLC
Richard Sawin, Resident Agent
745 Boylston Street
Boston, Massachusetts 02116-2636

Michienzie & Sawin, LLC
John C. Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

_____
Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

April 20, 2007
_____
Date of Mailing/Delivery