UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT STERN,                                )<br>         Plaintiff     )<br>                                 )<br>v.                                   )<br>                                 )<br>HADDAD DEALERSHIPS OF THE   )<br>BERKSHIRES, INC.; JAMES SALVIE, )<br>GENERAL SALES MANAGER;        )<br>TIMOTHY CARDILLO, SALES        )<br>MANAGER; MICHAEL COGGINS,    )<br>GENERAL MANAGER, IN THEIR    )<br>PERSONAL AND OFFICIAL           )<br>CAPACITIES OF HADDAD             )<br>DEALERSHIPS OF THE BERKSHIRES,)<br>        Defendants   ) | Civil Action No. 05-30160-KPN |

SCHEDULING ORDER
April 20, 2007

NEIMAN, C.M.J.

      The following schedule was established at the initial scheduling conference this day:

      1.     The parties shall complete their automatic disclosures by May 18, 2007.

      2.     All written discovery shall be served by June 29, 2007.

      3.     Non-expert depositions shall be completed by September 18, 2007.

      4.     Counsel shall appear for a case management conference on September 24, 2007, at 12:00 p.m. in Courtroom Three.

      IT IS SO ORDERED.

                                                   /s/ Kenneth P. Neiman
                                                 KENNETH P. NEIMAN
                                                 Chief Magistrate Judge