District of Massachusetts
Western Division

05-30160-MAP

Scott Stern        )   Motion for Time
                   )   Extension
v.                 )
                   )
Haddad Motors, Inc et al )
                   )
                   )

Now comes plaintiff Scott Stern and moves this Honorable Court for a Motion for Time extension for Automatic Disclosure. Plaintiff herein asks and prays for an additional 30 days. This motion would not prejudice either party.

Most Respectfully submitted this 21 of May, 2007

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
460 West Main St.
North Adams, MA 01247

Certificate of Service

I, Scott Stein hereby certify that, I, this day, served a copy of the within documents by USPS first class mail, postage prepaid to counsel of record.

Scott Stein

May 21, 2007