United States District Court
District of Massachusetts
Western Division

FILED
CLERK'S OFFICE

Springfield, Massachusetts          Civil Action No.05-30160-KPN

Scott Stern,                    ) MOTION TO AMEND SCHEDULING ORDER
                                )
         Plaintiff,             ) MOTION FOR RECONSIDERATION OF
                                ) MOTION FOR APPOINTMENT OF COUNSEL
  vs.                           )
                                )
Haddad Motor Group, Inc., et. al.  )
                                )
         Defendants             )

    Now comes plaintiff and respectfully moves this court for a MOTION TO AMEND SCHEDULING ORDER and MOTION FOR RECONSIDERATION OF MOTION FOR APPOINTMENT OF COUNSEL by and for the following reasons.

    Plaintiff is an individual with a documented disability. Plaintiff has placed numerous telephone calls on numerous occasions in order to obtain counsel on and for his behalf to protect his rights, liberties and privileges in this civil litigation.

    Wherein, by and because of the Commonwealth of Massachusetts, through it's political subdivisions, various agencies, and officers, these government officials have obstructed and interfered with plaintiff's rights to actively defend his rights including, but not limited to, this action, and other litigation in various courts of the Commonwealth of Massachusetts, and;

    Wherein, by and because of the false and fraudulent prosecution of your movant, has purposefully interfered with movant's ability to prosecute this and other actions to defend his rights, and;

Wherein, your moving party, an individual with a documented disability, is seeking counsel to represent his rights in this instant matter, and it is highly unlikely any law firm will take over this litigation, or enter into this litigation, by and because this litigation has already begun, and because your movant is unable to provide some form of a retainer and is without a substantial down payment for said law firm, and;

Wherein, your movant has actively sought counsel, by placing numerous phone calls, to law firms, on numerous occasions, recently as June 7, 2007, including, but not limited to, the law offices of Michael Shea, whom declined to represent your movant, and;

Wherein, your movant contacted a former local prosecutor, Attorney Charles J. Slafani, Jr., of Johnson & Sclafani, and spoke directly to this lawyer whom has yet to get back to your moving party, and;

Wherein, your movant contacted Attorney Dawn D. McDonald on June 7, 2007, of Cooley & Shrair, and was informed there is a conflict of interest by and between the parties and the law firm is declining to represent your movant, and, this lawyer did not advise your movant of the conflict of interest until your movant telephoned again on June 8, 2007, and;

Wherein, your moving party, has been appointed counsel, in a Court of the Commonwealth of Massachusetts that one is not usually appointed counsel, by and because the City of North Adams violated your movant's rights, including, but not limited to, movant's First Amendment, Fourth Amendment, Fifth Amendment and Civil Rights, under color of state law, and is defending his rights and liberties in a state court in the Commonwealth of Massachusetts, again, by and from individuals that are acting in concert and in conspiracy with each other to deprive your moving party of his rights, liberties and privileges as aforementioned, and;

Wherein, by and because of the actions of the City of North Adams, your moving party has been depressed, unable to focus, concentrate or diligently attend to the issues of, from and about this litigation in the United States District Court as ordered by the Honorable Judge Kenneth P. Neiman, and;

Wherein, your moving party, apologizes to the Honorable Judge Kenneth P. Neiman that he has been unable to attend to the litigation and answer and respond according to the scheduling order that the Honorable Judge Kenneth P. Neiman ordered, and;

Wherein, the Federal Rules of Procedure allow for individuals that are indigent to obtain counsel under the rules of In Forma Pauperis, your movant prays that the Honorable Judge Kenneth P. Neiman will enter an order accordingly to allow movant counsel for this instant action in order to protect your movant's rights under the Americans with Disabilities Act, the Civil Rights Act, and the United States and Massachusetts Constitutions, including, but not limited to, the Equal Protection clause of the United States Constitution.

Wherefore, in the interest to protect your movant's rights, liberties and privileges, no less than three courts of the Commonwealth of Massachusetts have assigned Counsel to protect your movant, under the Americans with Disabilities Act,

Wherefore, in the interest of justice, your moving party, in this instant case, prays for an Amended Scheduling Order by this MOTION TO AMEND SCHEDULING ORDER and a MOTION FOR RECONSIDERATION OF THE MOTION FOR APPOINTMENT OF COUNSEL in order to defend plaintiff's United States Constitutional Rights that have been egregiously violated by the defendants in the instant action.

Most sincerely, respectfully and humbly prayed for and submitted this 8 day of June 2007.

_____
Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, Sui Juris, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al, in the United States District Court, Case Number 05-30160-MAP, certify that I have caused a copy of the foregoing documents:

Copy of "MOTION TO AMEND SCHEDULING ORDER and MOTION FOR RECONSIDERATION OF MOTION FOR APPOINTMENT OF COUNSEL"

Copy of "CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, United States Postal Service, to the defendants, at their respective counsel address this 8 day of June, 2007.

Michienzie & Sawin, LLC
John C. Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

_____
Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

_____
Date of Mailing