UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
IN CLERK'S OFFICE

Springfield, Massachusetts          Civil Action No. 05-30160-MAP

JUL 26 P 4:04

U.S. DISTRICT COURT

| | |
|---|---|
| Scott Stern, | ) MOTION TO QUASH SUBPOENA OF |
| | ) DEFENDANT TO DR. MICHAEL PERLMAN |
| Plaintiff, | ) |
| vs. | ) |
| Haddad Motor Group, Inc., et. al. | ) |
| Defendants | ) |

Now comes plaintiff and respectfully moves this court for a MOTION TO QUASH SUBPOENA OF DEFENDANT'S TO DR. MICHAEL PERLMAN.

Wherefore, your movant refers to the Honorable Judge Michael A. Ponsor to refer to plaintiff's MEMORANDUM OF LAW IN SUPPORT OF MOTION TO QUASH SUBPOENA OF DEFENDANT'S TO DR. MICHAEL PERLMAN in the above captioned matter.

Respectfully and humbly prayed for this 26 day of July 2007.

*/s/ Scott Stern*

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247