UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS           CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| HADDAD DEALERSHIPS OF THE<br>BERKSHIRES, INC.; JAMES SALVIE,<br>GENERAL SALES MANAGER;<br>TIMOTHY CARDILLO, SALES<br>MANAGER; MICHAEL COGGINS,<br>GENERAL MANAGER, IN THEIR<br>PERSONAL AND OFFICIAL<br>CAPACITIES OF HADDAD<br>DEALERSHIPS OF THE BERKSHIRES,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THE HADDAD DEFENDANTS' MOTION TO COMPEL
PLAITIFF'S RESPONSES TO INTERROGATORIES
AND DOCUMENT REQUESTS**

Now come defendants Haddad Dealerships of the Berkshires, Inc.,[1] James Salvie, Michael Coggins, and Timothy Cardillo (collectively the "Haddad Defendants"), through their counsel of record and hereby move this Honorable Court for its Order compelling plaintiff Scott Stern ("plaintiff" or "Stern") to respond to the first set of Interrogatories and the first set of Requests for Production of Documents from the Haddad Defendants.

The grounds for this Motion to Compel Plaintiff's Responses to Interrogatories and Document Requests are set forth more fully in the accompanying Memorandum of Law, served and filed herewith. In summary, the Haddad Defendants served Interrogatories and Document Requests on 5/18/07, as permitted by this Court's Order of

---

[1] The correct name for this party is Haddad Motor Group, Inc.

{00123302.DOC}

4/23/07 [Docket No. 95]. Plaintiff has neither responded nor sought any extension of time for his responses. These responses are now overdue.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE CONCERNING CONFERENCES CONCERNING DISCOVERY DISPUTES

The undersigned counsel has complied with Local Rule 37.1(B). Counsel for the Haddad Defendants wrote to plaintiff on 7/25/07 requesting a discovery conference and demanding responses to Interrogatories and Document Requests. Plaintiff did not respond to this request within 7 days.

WHEREFORE, the Haddad Defendants respectfully request an Order from this Honorable Court compelling plaintiff to respond to the Haddad Defendants' Interrogatories and Document Requests.

THE HADDAD DEFENDANTS,
By Their Attorneys
MICHIENZIE & SAWIN LLC

Dated: 8/2/07      BY: /s/ John Barker
Richard A. Sawin, Jr. – BBO NO: 546786
John C. Barker – BBO NO: 637406
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

{00123302.DOC}

## CERTIFICATE OF SERVICE

I, John C. Barker, attorney for defendant, hereby certify that I have on this 3d day of August 2007, served a copy of the foregoing Motion to Compel Plaintiff's Responses to Interrogatories and Document Requests, and the supporting Memorandum of Law, by mailing a copy of same, postage prepaid, to the following:

Mr. Scott Stern
400 West Main Street
North Adams, MA 01427

*John Barker*
_____
John C. Barker

{00123302.DOC}