UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS        CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN,<br>    Plaintiff<br><br>v.<br><br>HADDAD DEALERSHIPS OF THE<br>BERKSHIRES, INC.; JAMES SALVIE,<br>GENERAL SALES MANAGER;<br>TIMOTHY CARDILLO, SALES<br>MANAGER; MICHAEL COGGINS,<br>GENERAL MANAGER, IN THEIR<br>PERSONAL AND OFFICIAL<br>CAPACITIES OF HADDAD<br>DEALERSHIPS OF THE BERKSHIRES,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THE HADDAD DEFENDANTS' MOTION FOR A
LIMITED EXTENSION OF THE DISCOVERY DEADLINE**

Now come defendants Haddad Dealerships of the Berkshires, Inc.,[1] James Salvie, Michael Coggins, and Timothy Cardillo (collectively the "Haddad Defendants"), through their counsel of record, and hereby move for a limited extension (as described below) of the discovery deadline in the above-captioned case of 9/18/07. More specifically, defendants were unable to finish the deposition of plaintiff Scott Stern ("plaintiff" or "Stern"), which went forward on 8/30/07, because plaintiff had not yet responded to any of the Haddad Defendants' written discovery requests and plaintiff had not produced any documents. As described more fully in the Memorandum of Law and supporting Affidavit of John Barker, served and filed herewith, defense counsel suspended the

---

[1] The correct name for this party is Haddad Motor Group, Inc.

00130612.DOC

1

plaintiff's deposition after about four hours, in order to leave a portion of the seven hours dictated by F.R.C.P. 30(d)(1).

Plaintiff has not yet responded to the Haddad Defendants' written discovery requests (Interrogatories, Document Requests, and Requests for Admissions). Plaintiff moved for an extension of time within which to respond to the Haddad Defendants' Interrogatories and Document Requests [Docket No. 104]. This Court extended plaintiff's deadline to respond to these Interrogatories and Document Requests, until 9/18/07 [Order of 8/31/07]. The continuation of the discovery would not have been necessary if plaintiff had complied with pending discovery deadlines in the first place, such that plaintiff will not be unfairly prejudiced by allowance of this Motion to Extend.

WHEREFORE, the Haddad Defendants respectfully request that this Court allow the continuation of plaintiff's deposition for some day to be scheduled, after the current discovery deadline of 9/18/07, and after plaintiff has responded to the Haddad Defendants' written discovery requests.

THE HADDAD DEFENDANTS,
By Their Attorneys
MICHIENZIE & SAWIN LLC

Dated: 9/13/07    BY: /s/ John Barker
Richard A. Sawin, Jr. – BBO NO: 546786
John C. Barker – BBO NO: 637406
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

## CERTIFICATE OF SERVICE

I, John C. Barker, attorney for defendant, hereby certify that I have on this 13th day of September 2007, served a copy of the foregoing Motion for Limited Extension of Discovery Deadlines; Memorandum of Law in Support of Motion to Extend Deadline; and supporting Barker Affidavit, by mailing a copy of same, postage prepaid, to the following:

Mr. Scott Stern
400 West Main Street
North Adams, MA 01427

_____
John C. Barker