1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS          CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| HADDAD DEALERSHIPS OF THE<br>BERKSHIRES, INC.; JAMES SALVIE,<br>GENERAL SALES MANAGER;<br>TIMOTHY CARDILLO, SALES<br>MANAGER; MICHAEL COGGINS,<br>GENERAL MANAGER, IN THEIR<br>PERSONAL AND OFFICIAL<br>CAPACITIES OF HADDAD<br>DEALERSHIPS OF THE BERKSHIRES,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THE HADDAD DEFENDANTS' MEMORANDUM OF LAW
IN SUPPORT OF THEIR MOTION FOR A
LIMITED EXTENSION OF THE DISCOVERY DEADLINE**

Now come defendants Haddad Dealerships of the Berkshires, Inc.,[1] James Salvie,

Michael Coggins, and Timothy Cardillo (collectively the "Haddad Defendants"), through

their counsel of record, and hereby move for a limited extension (as described below) of

the discovery deadline in the above-captioned case of 9/18/07.  As also described in the

Affidavit of John Barker, served and filed herewith, defendants were unable to finish the

deposition of plaintiff Scott Stern ("plaintiff" or "Stern"), which went forward on

8/30/07, because plaintiff had not yet responded to any of the Haddad Defendants'

written discovery requests and plaintiff had not produced any documents.  Defense

counsel intentionally stopped the plaintiff's deposition after about four hours, in order to

---

[1]   The correct name for this party is Haddad Motor Group, Inc.

1

leave a portion of the seven hours dictated by F.R.C.P. 30(d)(1). The first portion of plaintiff's deposition on 8/30/07 was suspended on the record.

Plaintiff has not yet responded to the Haddad Defendants' written discovery requests (Interrogatories, Document Requests, and Requests for Admissions). The Haddad Defendants served their first set of Interrogatories and their first set of Document Requests on plaintiff Stern on 5/18/07. To date, plaintiff has not responded. Responses to the Haddad Defendants' Interrogatories and Document Requests were due within 30 days after service, or on 6/18/07. F.R.C.P. 33(b)(3), and 34(b). The Haddad Defendants moved to compel responses to these discovery requests under F.R.C.P. 37(a)(2)(b). In their Motion to Compel, the Haddad Defendants requested an Order mandating responses to their written discovery and production of documents *before* plaintiff's deposition, scheduled for 8/30/07, and cited Poole v. Textron, Inc., 192 F.R.D. 494, 507 (D. Md. 2000) (court recognizes the "unquantifiable but real prejudice" to a party forced to conduct depositions and other discovery without the benefit of discovery responses). This Court granted the Haddad Defendants' Motion to Compel by Order of 8/27/07, and set a response date of 9/6/07. Subsequently, plaintiff moved for another extension for these responses [Docket No. 104], and by Order of 8/31/07, this Court granted plaintiff a further extension until the discovery cut-off date of 9/18/07. Barker Affidavit ¶¶3-7.

Rule 30(d)(1) permits "additional time," in the Court's discretion, "if needed to fairly examine the deponent or if the deponent… or any other circumstance impedes or delays the examination." *See* F.R.C.P. 26(b)(2)(A). As noted, the continuation of the discovery would not have been necessary if plaintiff had complied with pending discovery deadlines in the first place, such that plaintiff will not be unfairly prejudiced by

00130621.DOC

2

allowance of this Motion for a Limited Extension.  And defendants would be unfairly

prejudiced by not being able to complete plaintiff's deposition after receiving plaintiff's

documents and written discovery responses, because defendants would not have all of the

information for trial.  *See, e.g.,* Harlem River Consumers Cooperative, Inc. v. Associated

Grocers of Harlem, Inc., 64 F.R.D. 459, 462-63 (S.D.N.Y. 1974) ("Discovery serves to

specify and frame the issues more concretely.  Its aim is 'to focus the fundamental issues

between the parties and to enable the parties to learn what the facts are and when they

may be found before trial, to the end that the parties may prepare their case in the light of

all the available facts'"), *quoting* U.S. v. A.B. Dick Co., 7 F.R.D. 442 (N.D. Ohio 1947);

Strom v. American Honda Motor Co., Inc., 423 Mass. 330, 335-36, 667 N.E.2d 1137

(1996).

WHEREFORE, the Haddad Defendants respectfully request that this Court allow

the continuation of plaintiff's deposition for some day to be scheduled, after the current

discovery deadline of 9/18/07, and after plaintiff has responded to the Haddad

Defendants' written discovery requests.

THE HADDAD DEFENDANTS,
By Their Attorneys
MICHIENZIE & SAWIN LLC

Dated: 9/13/07          BY: _____
                             Richard A. Sawin, Jr. – BBO NO: 546786
                             John C. Barker – BBO NO: 637406
                             745 Boylston Street, 5th Floor
                             Boston, MA 02116
                             Tel: (617) 227-5660

00130621.DOC

3

## CERTIFICATE OF SERVICE

I, John C. Barker, attorney for defendant, hereby certify that I have on this 13th day of September 2007, served a copy of the foregoing Motion for Limited Extension of Discovery Deadlines; Memorandum of Law in Support of Motion to Extend Deadline; and supporting Barker Affidavit, by mailing a copy of same, postage prepaid, to the following:

Mr. Scott Stern
400 West Main Street
North Adams, MA 01427

_____
John C. Barker

00130621.DOC

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS          CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN, | ) |
|     Plaintiff | ) |
| | ) |
|     v. | ) |
| | ) |
| HADDAD DEALERSHIPS OF THE | ) |
| BERKSHIRES, INC.; JAMES SALVIE, | ) |
| GENERAL SALES MANAGER; | ) |
| TIMOTHY CARDILLO, SALES | ) |
| MANAGER; MICHAEL COGGINS, | ) |
| GENERAL MANAGER, IN THEIR | ) |
| PERSONAL AND OFFICIAL | ) |
| CAPACITIES OF HADDAD | ) |
| DEALERSHIPS OF THE BERKSHIRES, | ) |
|     Defendants | ) |

**AFFIDAVIT OF JOHN C. BARKER IN SUPPORT OF THE
HADDAD DEFENDANTS' MOTION TO EXTEND
DISCOVERY DEADLINES FOR A LIMITED PURPOSE**

I, John C. Barker, hereby do declare under oath as follows:

1.      I am currently a partner at the law firm of Michienzie & Sawin LLC, 745

Boylston Street, Boston, MA 02116, which law firm represents named defendants

Haddad Dealerships of the Berkshires, Inc., James Salvie, Michael Coggins, and Timothy

Cardillo (collectively, the "Haddad Defendants"), against actions by plaintiff Scott Stern

("plaintiff" or "Stern"). The correct name of the defendant named as Haddad Dealerships

of the Berkshires, Inc. is Haddad Motor Group, Inc. ("Haddad").

2.      Except where stated otherwise, I have personal knowledge of the facts set

forth herein, and if called and sworn to testify, could competently testify thereto.

00130622.DOC

1

3.      The Haddad Defendants served their first set of Interrogatories and their first set of Document Requests on plaintiff Stern on 5/18/07.  Responses to the Haddad Defendants' Interrogatories and Document Requests were due within 30 days after service, or on 6/18/07.  F.R.C.P. 33(b)(3), and 34(b).  To date, plaintiff has not responded.

4.      The Haddad Defendants moved to compel responses to these discovery requests under F.R.C.P. 37(a)(2)(b).  In their Motion to Compel, the Haddad Defendants requested an Order mandating responses to their written discovery and production of documents *before* plaintiff's deposition, scheduled for 8/30/07.  This Court granted the Haddad Defendants' Motion to Compel by Order of 8/27/07, and set a response date of 9/6/07.  A true and accurate copy of this docket entry (printout of the electronic entry) is attached hereto.

5.      Subsequently, plaintiff moved for another extension for these responses [Docket No. 104], and by Order of 8/31/07, this Court granted plaintiff a further extension until the discovery cut-off date of 9/18/07.  True and accurate copies of these docket entries (printouts of the electronic entries) are attached hereto.

6.      Plaintiff's deposition went forward on 8/30/07 in Springfield, MA.  When we ended the deposition for the day, we suspended the deposition pending receipt of plaintiff's written discovery responses and production of documents, and also pending receipt of the document production of psychiatric records from plaintiff's psychiatrist, Dr. Michael Perlman.  These documents had not been received before the deposition on 8/30/07.

00130622.DOC

7.      I intentionally limited the deposition to about four hours, in order to stay within the seven hours dictated by F.R.C.P. 30(d)(1).  I explained this to plaintiff Stern in advance of the deposition.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13th DAY OF SEPTEMBER 2007.

_____
John C. Barker

00130622.DOC

3

## John Barker

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Monday, August 27, 2007 2:42 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 3:05-cv-30160-MAP Stern v. Haddad Dealerships of the Berkshires, Inc. et al Order on Motion to Compel |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 8/27/2007 at 2:42 PM EDT and filed on 8/27/2007
**Case Name:**         Stern v. Haddad Dealerships of the Berkshires, Inc. et al
**Case Number:**      3:05-cv-30160
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Judge Kenneth P. Neiman : Electronic ORDER entered granting without timely opposition [100] Defendant's Motion to Compel Responses to Interrogatories and Document Requests. Plaintiff shall respond no later than September 6, 2007. So ordered. (Neiman, Kenneth)


**3:05-cv-30160 Notice will be electronically mailed to:**
Paul Michienzie pm@masatlaw.com
Richard A. Sawin, Jr rs@masatlaw.com
John C. Barker jb@masatlaw.com

**3:05-cv-30160 Notice will not be electronically mailed to:**

Scott Stern
400 West Main Street
North Adams, MA 01247

9/12/2007

**John Barker**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Thursday, August 30, 2007 4:46 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 3:05-cv-30160-MAP Stern v. Haddad Dealerships of the Berkshires, Inc. et al Motion for Extension of Time |

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**United States District Court**

**District of Massachusetts**

**Notice of Electronic Filing**

The following transaction was entered on 8/30/2007 at 4:46 PM EDT and filed on 8/30/2007
**Case Name:**        Stern v. Haddad Dealerships of the Berkshires, Inc. et al
**Case Number:**    3:05-cv-30160
**Filer:**                Scott Stern
**Document Number:** 104

**Docket Text:**
Emergency MOTION for Extension of Time for Defendants Motion to Compel and Motion to file Answers late to defendants, by Scott Stern. (Attachments: # (1) Exhibit)(Lindsay, Maurice)

**3:05-cv-30160 Notice will be electronically mailed to:**
Paul Michienzie pm@masatlaw.com
Richard A. Sawin, Jr rs@masatlaw.com
John C. Barker jb@masatlaw.com

**3:05-cv-30160 Notice will not be electronically mailed to:**

Scott Stern
400 West Main Street
North Adams, MA 01247

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=8/30/2007] [FileNumber=2026939-0
] [06a1a072d47ad443b9ad91519c6337a898da29f8d9083957ecb2a6d29904bf36171
1e612b04fd8f388a81dfcb969a216cf7dad70eb57fef8f0c6b8a7dc0f2466]]

9/12/2007

## John Barker

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Friday, August 31, 2007 10:39 AM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 3:05-cv-30160-MAP Stern v. Haddad Dealerships of the Berkshires, Inc. et al Order on Motion for Extension of Time |

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 8/31/2007 at 10:38 AM EDT and filed on 8/31/2007
**Case Name:**        Stern v. Haddad Dealerships of the Berkshires, Inc. et al
**Case Number:**      3:05-cv-30160
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Judge Kenneth P. Neiman : Electronic ORDER entered granting in part [104] Plaintiff's Motion for Extension of Time as follows: Plaintiff shall respond to Defendant's outstanding interrogatories and request for production of documents no later than September 18, 2007. There shall be no further extensions. The September 24th case management conference shall go forward as scheduled. So ordered. (Neiman, Kenneth)


**3:05-cv-30160 Notice will be electronically mailed to:**
Paul Michienzie pm@masatlaw.com
Richard A. Sawin, Jr rs@masatlaw.com
John C. Barker jb@masatlaw.com

**3:05-cv-30160 Notice will not be electronically mailed to:**

Scott Stern
400 West Main Street
North Adams, MA 01247

8/31/2007