FILED
CLERK'S OFFICE

United States District Court
District of Massachusetts
Western Division

U.S. DISTRICT COURT

Springfield, Massachusetts                Docket No.05-30160-MAP/KPN

| | |
|---|---|
| Scott Stern, | ) EMERGENCY MOTION FOR |
| | ) ADDITIONAL TIME TO FILE LATE |
| Plaintiff, | ) ANSWERS |
| | ) |
| | ) EMERGENCY MOTION FOR ASSIGNMENT |
| vs. | ) OF A THIRD PARTY MEDIATOR |
| | ) |
| Haddad Motor Group, Inc., et. al. | ) EMERGENCY MOTION FOR ADDITIONAL |
| | ) TIME TO REQUEST INTERROGATORIES OF THE |
| Defendants | ) DEFENDANTS |
| | ) |

Now comes plaintiff and hereby moves this Honorable Court, Honorable Judge Kenneth P. Neiman, presiding, for three separate MOTIONS in this document, for judicial economy, submitted by fax, the first an EMERGENCY MOTION FOR ADDITIONAL TIME TO FILE LATE ANSWERS, EMERGENCY MOTION FOR A ASSIGNMENT OF A THIRD PARTY MEDIATOR and an EMERGENCY MOTION FOR ADDITIONAL TIME TO REQUEST INTERROGATORIES OF THE DEFENDANTS for good cause herein cited.

Wherein, your movant suffers from depression, anxiety, attention deficit disorder, and;

Wherein your movant has not had ample time to address, read, or study, the requests of the defendants because of the egregious actions of the City of North Adams, and;

Wherein your movant has been having a difficult time concentrating and focusing on the issues of this case because of the other mitigating factors, and movant is unsure of

SLS THREE EMERGENCY MOTIONS TO HONORABLE JUDGE KENNETH P. NEIMAN

1

the process, by and because your movant is not an Attorney, practiced and skilled in prosecuting or defending an action, and;

Wherein the American Civil Liberties Union has contacted your movant today, September 18, 2007, after responding to movants plea for help, regarding the deprivation of movants First Amendment rights by the City of North Adams, and;

Wherein the State Ethics Commission has contacted your movant today, after responding to movants plea for help regarding the unlawful seizure of movant's property in December of 2006, this 18th day of September, 2007, and;

Wherein the Commonwealth of Massachusetts Secretary of State, Public Records Division is investigating deprivations of your movants rights under Federal Code and State law by the City of North Adams, and;

Wherein the State Board of Building Regulations is investigating other of movants rights under State law, and;

Wherein a vehicle movant utilized and owned ceased to operate yesterday, after movant attended the deposition of Dr. Michael Perlman, and movant was stranded in West Springfield until a friend came to pick up movant, at or around 12:00 midnight, and;

Wherein defense Counsel John Barker hand-delivered an additional Subpoena request of the plaintiff, for further depositions scheduled on October 25, 2007, and;

Wherein defense Counsel John Barker further stated, in front of Dr. Michael Perlman, at the close of the deposition, at the Office of Bacon & Wilson, Springfield, Massachusetts, that this case is worth around $50,000 to $100,000 dollars,

Wherefore, plaintiff moves the Honorable Kenneth P. Neiman to grant plaintiff's EMERGENCY MOTION FOR LEAVE TO FILE LATE ANSWERS and movant

apologizes to the Honorable Judge Kenneth P. Neiman for not being able to comply with his previous Order designating September 18, 2007 as an extended deadline..

Plaintiff further moves this Honorable Court to appoint by this EMERGENCY MOTION TO APPOINT A THIRD PARTY MEDIATOR a third-party mediator, to resolve this matter between the parties, and plaintiff prays for this request for personal reasons and for better usage of the Court's time and judicial economy and to explore the possibility of a resolution and closure to this matter that is causing your movant an incredible amount of stress, anxiety and depression.

Wherefore, in the alternative, if a Third Party mediator is not appointed, your movant asks that this Honorable Court allow movant additional time, until the new Deposition dated October 25, 2007 to produce the paperwork defendants have requested.

Your moving party further motions and prays that this Honorable Court by this EMERGENCY MOTION FOR ADDITIONAL TIME TO REQUEST INTERROGATORIES OF THE DEFENDANTS will grant movant additional time to serve the defendants with interrogatories, under the rules, which he has not been able to do, by and because of the aforementioned mitigating factors and your movants documented disability.

Most humbly and respectfully prayed for and submitted this 18 September 2007

Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, Sui Juris, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al, in the United States District Court, Case Number 05-30160-MAP/KPN, certify that I have caused a copy of the foregoing documents:

Copy of "EMERGENCY MOTION FOR ADDITIONA TIME TO FILE LATE ANSWERS/EMERGENCY MOTION FOR ASSIGNMENT OF A THIRD PARTY MEDIATOR/EMERGENCY MOTION FOR ADDITIONAL TIME TO REQUEST INTERROGATORIES OF THE DEFENDANTS"

Copy of "CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, United States Postal Service, to the defendants, at their respective counsel address this 18 day of September, 2007.

Michienzie & Sawin, LLC
John C. Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

_____    September 18, 2007
Scott Stern                        Date
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247