UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCOTT STERN,                        )
        Plaintiff       )
                                    )
v.                                  )    Civil Action No.  05-30160-MAP
                                    )
                                    )
                                    )
                                    )
HADDAD MOTOR GROUP, INC.,           )
ET AL.,                             )
        Defendants    )

REVISED SCHEDULING ORDER
September 24, 2007

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. By October 12, 2007, Plaintiff shall provide Defendants with his automatic disclosures, his answers to Defendants' interrogatories, and his responses to Defendants' request for production of documents.

2. If Plaintiff fulfills all of his obligations pursuant to Paragraph 1, he shall have the right to propound interrogatories and requests for production of documents to Defendants by no later than October 26, 2007.

3. If Plaintiff fails to fulfill his obligations pursuant to Paragraph 1, he shall be barred from relying on any unproduced documents at trial or in opposition to Defendants' motion for summary judgment.

4. Defendants' continued deposition of Plaintiff shall go forward on October 25, 2007, for no more than four hours.

5. Defendants shall file their motion for summary judgment no later than December 21, 2007, or inform the court in writing by that date that no such motion will be filed.

6. Plaintiff shall respond to Defendants' motion for summary judgment, if any, within 21 days of its filing with this court.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED:  September 24, 2007

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
Chief Magistrate Judge