Commonwealth of Massachusetts
District of Massachusetts

05-30160-MAP/KP

Springfield, MA

Scott Stern
                    Plaintiff
v.

Haddad Motor Group, Inc et al
            Defendants

Motion to allow
plaintiff to have the right
serve interrogatories
upon defendants until 11/30/200
moves this court to
waive cost of transcripts
and video deposition in and
by In Forma Pauperis.

Now comes you movant and moves
this Honorable court to grant plaintiff right
to serve interrogatories upon defendants
and prays this Honorable court will
grant the waiver of fees and costs
relative to depositions of plaintiff by
defendants by Accurate Transcription Services
Accurate Court Reporting.

Most respectfully submitted,

Scott Stern

All Rights Reserved without Prejudice
400 West Main St.
North Adams, MA. 01247

Certificate of Service

I, Scott Stern, have mailed a copy of this Motion, as
written above, by First Class mail, United Postal Service, postage prepai
at defendants' counsel's last and usual address this 10-25-0
Scott Stern  400 West Main St. North Adams, MA. 01247