October 26, 2007

United States District Court
Honorable Judge Michael A. Ponsor
Honorable Judge Kenneth P. Neiman
Mr. John Stuckenbruck,
Ms. Bethany Healy
1550 Main Street
Springfield, Massachusetts

FILED
IN CLERK'S OFFICE

2007 OCT 26  P 2: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Mr. Stuckenbruck,

Yesterday, when I came in to the United States District Court, I was attempting to extend the time to answer the interrogatories of the defendants and produce any documents that they have requested, as well as extend the time I seek documents and interrogatories from them to be answered. It was my understanding, as I was under a great deal of stress during the telephonic hearing, that I had til the 30th of October to respond to their requests and, I tried to write down as much as I could during the hearing, but I did not see the order until I came in to the court. Depression deprives me of opening mail, I fear it, I fear so much of it, and I wish I could just get over it, but it's very hard, and, very depressing.

Today, October 26, 2007, I found out from Martin Ebel, Commissioner of the Springfield Massachusetts Commission Against Discrimination Office, and after waiting 25 days and having no response, after requesting access to the public record, that, they don't have a copy of my request, and further, that the Springfield Office has a "Serious issue with regard to the handling of case files." In such a way, that my case file, and any documents relating thereto, may be gone, or unaccounted for and he is now trying to figure out what happened to the case files and many, many others. Attorney Levinsky, whom I spoke to today, for the first time in several years, has no idea what happened to the case file. He was the Attorney that represented himself and others, and he has no idea what happened to the case file?

As I was preparing to write this letter, Steven Breslow, from the United States Attorney's Office, called me, whom I have never spoken to before, and called me regarding the act and actions of the City of North Adams stealing my car, and the on-going actions of depriving me public records and all that they have done to interfere with me and, what I believe, has been purposefully in this case, because Haddad Motors has a dealership in North Adams. He said that he is going to forward a letter to the FBI to take a closer look at what I have been going through, and, while no guarantees, that he would suggest that they contact me and set up an interview.

There are two thoughts I have, One, when I was seeking counsel, I gave my initial brief to the law firm of Freedman, DeRosa and Rondeau, in December of 2005. While they did not take the case, recently, in the Western Division Housing Court, Attorney Richard Dohoney of "FDR" averred Judge Dina Fein that there was "a contract" between their law firm (Freedman, DeRosa and Rondeau) and the City of North Adams, to which, I,

SLS letter to United States District Court                                                                 1

and the Secretary of State's Public Records Office, were informed that there is no contract with the City of North Adams and "FDR". Secondly, I also stated to Judge Fein, that they were doing this to interfere with this case. The Attorney, Richard Dohoney, did not object to my statement. He did not counter the statement or say anything.

I am very sorry that I have burdened the court with so much, there are times that I think if I had representation, and a good one at that, I would never been subjected to so much against me.

Having a disability is not fair in itself, let alone not being able to acquire someone to assist me to protect my rights.

Thank you for taking a moment to read this letter.

I hope you have a good day.

*[signature]*
Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

SLS letter to United States District Court                                              2