UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| SPRINGFIELD, MASSACHUSETTS | CIVIL ACTION NO. 3/05-CV-30160-KPN |

SCOTT STERN, )
    Plaintiff )
     )
    v. )
     )
HADDAD DEALERSHIPS OF THE )
BERKSHIRES, INC.; JAMES SALVIE, )
GENERAL SALES MANAGER; )
TIMOTHY CARDILLO, SALES )
MANAGER; MICHAEL COGGINS, )
GENERAL MANAGER, IN THEIR )
PERSONAL AND OFFICIAL )
CAPACITIES OF HADDAD )
DEALERSHIPS OF THE BERKSHIRES, )
    Defendants )

## THE HADDAD DEFENDANTS' MOTION FOR SUMMARY JUDMGENT

Now come defendants Haddad Dealerships of the Berkshires, Inc.,[1] James Salvie, Michael Coggins, and Timothy Cardillo (collectively the "Haddad Defendants"), through their counsel of record, and hereby file and serve the following Motion for Summary Judgment, pursuant to F.R.C.P. 56(c) and U.S. District Court Local Rule 56.1.

As grounds for their Motion for Summary Judgment, the Haddad Defendants state (as set forth more fully in the Haddad Defendants' Memorandum of Law) that defendants are entitled to summary judgment on all claims remaining herein, because plaintiff was not capable of performing the essential functions of his job at Haddad, and because -- even assuming that plaintiff was capable of performing his job despite his alleged

---

[1] The correct name for this party is Haddad Motor Group, Inc.

00142768.DOC      1

disability -- Haddad afforded him the reasonable accommodation that plaintiff asked for in the first place.

Further, the Haddad Defendants submit that plaintiff's only evidence of conduct sufficient to violate the Massachusetts Civil Rights Act ("MCRA") is one rather minor allegation concerning defendant James Salvie. Thus, all *other* defendants are entitled to summary judgment on defendant's MCRA claims against them, and the Haddad Defendants submit that defendant Salvie's alleged physical contact with plaintiff was not sufficient to permit this case to go forward to trial as the sole remaining claim. In the alternative, the Haddad Defendants request partial summary judgment on all claims except for the MCRA claim against defendant James Salvie.

Haddad Defendants are also filing and serving the following papers in support of their Motion for Summary judgment: their Memorandum of Law in Support of the Haddad Defendants' Motion for Summary Judgment; the Haddad Defendants' Concise Statement of Undisputed Facts; the supporting Affidavit of John Barker; the supporting Affidavit of George Haddad; Exhibits 1-6; the Haddad Defendants' Proposed Order granting them summary judgment; and the Haddad Defendants' Certificate of Service of their Summary Judgment Papers.

## REQUEST FOR ORAL ARGUMENT

The Haddad Defendants respectfully request a hearing on their Motion for Summary Judgment, pursuant to U.S. District Court Local Rule 7.1(D), should this Court deem it necessary.

THE HADDAD DEFENDANTS,
By Their Attorneys
MICHIENZIE & SAWIN LLC

Dated: 12/20/07          BY: _____
                              Richard A. Sawin, Jr. – BBO NO: 546786
                              John C. Barker – BBO NO: 637406
                              745 Boylston Street, 5th Floor
                              Boston, MA 02116
                              Tel: (617) 227-5660

00142768.DOC                                                            3