UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| SPRINGFIELD, MASSACHUSETTS | CIVIL ACTION NO. 3/05-CV-30160-KPN |

SCOTT STERN, )
    Plaintiff )
  )
v. )
  )
HADDAD DEALERSHIPS OF THE )
BERKSHIRES, INC.; JAMES SALVIE, )
GENERAL SALES MANAGER; )
TIMOTHY CARDILLO, SALES )
MANAGER; MICHAEL COGGINS, )
GENERAL MANAGER, IN THEIR )
PERSONAL AND OFFICIAL )
CAPACITIES OF HADDAD )
DEALERSHIPS OF THE BERKSHIRES, )
    Defendants )

**AFFIDAVIT OF JOHN BARKER IN SUPPORT OF THE HADDAD
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, John Barker, do hereby depose under oath as follows:

1. I am currently a partner at the law firm of Michienzie & Sawin LLC, 745 Boylston Street, Boston, MA 02116, which law firm represents named defendants Haddad Dealerships of the Berkshires, Inc., James Salvie, Michael Coggins, and Timothy Cardillo (collectively, the "Haddad Defendants"), against actions by plaintiff Scott Stern ("plaintiff" or "Stern"). The correct name of the defendant named as Haddad Dealerships of the Berkshires, Inc. is Haddad Motor Group, Inc. ("Haddad").

2. Except where stated otherwise, I have personal knowledge of the facts set forth herein, and if called and sworn to testify, could competently testify thereto.

3. I served on plaintiff, via certified mail with return receipt requested, the Haddad Defendants' Requests for Admissions. A true and accurate copy of these Requests for Admissions is at Exhibit 2. I caused these Requests for Admission to be served on plaintiff twice, on 8/3/07, and again on 8/8/07, both times via certified mail with return receipt requested. True and accurate copies of the cover letters serving these Requests for Admissions with other documents, along with the certified mail slips, are at Exhibit 3.

4. Plaintiff signed for the packages containing these Requests for Admissions (Exhibit 2) on 8/10/07, as shown by the certified mail receipt at Exhibit 3. Thirty days after 8/10/07 was 9/10/07. As of the date of this Motion for Summary Judgment (12/20/07), plaintiff has not responded at all to this set of Requests for Admissions from the Haddad Defendants. Plaintiff has not sought any extensions for responding to defendants' Requests for Admissions, despite his repeated requests for extensions on other pleadings and discovery matters in this case.

5. On 8/30/07, I took the first day of plaintiff's deposition. True and accurate copies of cited excerpts from this deposition are at Exhibit 4. On 10/25/07, my partner Richard Sawin and I took the second day of plaintiff's deposition. We were permitted to take this second day by the Court's Order of 9/24/07 [Docket No. 108]. True and accurate copies of cited excerpts from this second day of plaintiff's deposition are at Exhibit 5. I also caused copies of transcripts of both days of plaintiff's deposition to be sent to plaintiff, free of charge, pursuant to this Court's Order of 10/26/07.

6. On 9/17/07, I deposed plaintiff's psychiatrist, Dr. Michael Perlman. True and accurate copies of cited excerpts of Dr. Perlman's deposition are at Exhibit 6. I am

also causing a copy of the transcript of the Perlman deposition to be sent to Plaintiff, free of charge (although not specified in this Court's Order of 10/26/07).

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 21st DAY OF DECEMBER 2007.

_____
John C. Barker