UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS     CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN,<br>    Plaintiff<br><br>v.<br><br>HADDAD DEALERSHIPS OF THE<br>BERKSHIRES, INC.; JAMES SALVIE,<br>GENERAL SALES MANAGER;<br>TIMOTHY CARDILLO, SALES<br>MANAGER; MICHAEL COGGINS,<br>GENERAL MANAGER, IN THEIR<br>PERSONAL AND OFFICIAL<br>CAPACITIES OF HADDAD<br>DEALERSHIPS OF THE BERKSHIRES,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE OF THE HADDAD DEFENDANTS'
SUMMARY JUDGMENT PAPERS**

Now come defendants Haddad Dealerships of the Berkshires, Inc.,[1] James Salvie, Michael Coggins, and Timothy Cardillo (collectively the "Haddad Defendants"), through their counsel of record, and hereby file and serve the following summary judgment papers, pursuant to F.R.C.P. 56(c) and U.S. District Court Local Rule 56.1:

1.     The Haddad Defendants' Motion for Summary Judgment;

2.     The Haddad Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment;

3.     The Haddad Defendants' Concise Statement of Undisputed Facts, in Support of Their Motion for Summary Judgment, with Exhibits 1-6;

4.     Affidavit of John Barker in Support of the Haddad Defendants' Motion for Summary Judgment;

---
[1] The correct name for this party is Haddad Motor Group, Inc.

5. Affidavit of George Haddad in Support of the Haddad Defendants' Motion for Summary Judgment;

6. Proposed Order, granting the Haddad Defendants' Motion for Summary Judgment; and

7. This Certificate of Service of the Haddad Defendants' Summary Judgment Papers.

Counsel for the Haddad Defendants are filing the above-listed papers electronically on or about 12/21/07. Counsel for the Haddad Defendants also served copies of these papers by certified mail, with postage prepaid, to plaintiff Scott Stern, who is appearing pro se in this matter, at the following address: 400 West Main Street, North Adams, MA 01427.

THE HADDAD DEFENDANTS,
By Their Attorneys
MICHIENZIE & SAWIN LLC

Dated: 12/21/07        BY: *John Barker*
Richard A. Sawin, Jr. – BBO NO: 546786
John C. Barker – BBO NO: 637406
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660