UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Springfield, Massachusetts                    Docket No.05-30160-MAP/KPN

|  |  |
|---|---|
| Scott Stern, | ) PLAINTIFF'S EMERGENCY MOTION FOR<br>) EXTENSION OF TIME TO OPPOSE<br>) SUMMARY JUDGMENT<br>) DOCUMENTS BY THE DEFENDANTS |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Haddad Motor Group, Inc., et. al. | ) |
| | ) |
| Defendants | ) |

Now comes plaintiff and hereby prays from this Honorable Court, Honorable

Judge Kenneth P. Neiman, presiding, an order granting PLAINTIFF'S EMERGENCY

MOTION FOR EXTENSION OF TIME TO OPPOSE SUMMARY JUDGMENT

DOCUMENTS BY THE DEFENDANTS, by and for good reason herein stated.

Wherein, due to reasons that are know and unknown, the North Adams Post

Office, a division of the United States Postal Service, failed to deliver movants mail,

including, but not limited to, the summary judgment documents to the plaintiff until

December 29, 2007, and;

Wherein, your movant has learned, and has reason to believe, that some of the

mail carriers that deliver mail to plaintiff, also deliver mail to the defendants, and;

Wherein, your movants steps to his residence were not obstructed in such a way

that would preclude the mail from being delivered to his resident, during the time that the

mail was not delivered to his residence, between December 24, 2007 and December 29,

2007 and;

Wherein, due to the holidays, including, Christmas, and New Years, the

documents were delayed, in addition to the aforementioned reasons, and;

PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME TO OPPOSE SUMMARY
JUDGMENT DOCUMENTS BY THE DEFENDANTS

Wherein, your movant telephoned the North Adams Post Office, in order to track down his mail, and, in one conversation, was informed that the delivery drivers had all the mail and no mail was being held at the North Adams Post Office, and;

Wherein, on the following day, after said mail was not delivered to movant, the previous day, movant telephoned the North Adams Post Office to discover that the mail was being held, and was not en route to his residence, and;

Wherein, your movant finally received the documents from the defendants on December 29, 2007,

Wherein, plaintiff herein submits a copy of the actual received date of said package of documents which were mailed by defendants on December 21, 2007, in support of plaintiff's motion, and;

Wherein, plaintiff, having received the documents on December 29, 2007, would only allow movant ten (10) days to oppose the summary judgment documents by the defendants, and movant believes he would be in need of a reasonable additional time of twenty (20) days,

Wherein, defendants counsel purposely have written incorrectly plaintiff's zip code in order to hinder, delay and obstruct the timely service of documents, including, but not limited to, that of the "Summary Judgment" documents by incorrectly writing plaintiff's zip code as 01427,  when plaintiff has always signed and written plaintiff's zip code as 01247, and

Wherefore, your movant, respectfully prays for an order granting PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME TO OPPOSE SUMMARY JUDGMENT BY THE DEFENDANTS by and for the good reason herein averred to this Honorable Court.

PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME TO OPPOSE SUMMARY
JUDGMENT DOCUMENTS BY THE DEFENDANTS

Most respectfully prayed for 2nd day of January, 2008.

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

NH State Prison
600 Dyein Street
(South Patriot) MA
04420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Scott Stein                    □ Agent
                                 □ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Received 12-24-2007

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)
   7007 0220 0004 6327 2239

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

All Islah Skin
Life Ocean Street
(Brook) Peterms, MD
CH 25

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent / ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Received    12-24-2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

**2. Article Number**
(Transfer from service label)
7007 0220 0004 6327 2239

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



7007 0220 0004 6327 2239

| FIRST NOTICE | 12-29 |
| SECOND NOTICE | 1-8 |
| RETURN | |

Michienzie & Sawin LLC

745 Boylston Street
Boston, Massachusetts
02116

Mr. Scott Stern
400 West Main Street
North Adams, MA 01427

## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al., in the United States District Court, Case Number 05-30160-MAP, certify that I have caused a copy of the foregoing documents:

Copy of "PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME TO OPPOSE SUMMARY JUDGMENT DOCUMENTS BY THE DEFENDANTS"

Copy of "PLAINTIFF'S SIGNED RECEIPT OF DOCUMENT USPS#7007- 0220 – 0004 – 6327-2239"

Copy of "COVER OF ENVELOPE THAT CONTAINED SUMMARY JUDGMENT DOCUMENT USPS #7007 – 0220 – 0004 – 6327 - 2239"

Copy of "CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, first class mailing, United States Postal Service, to the defendants, at their respective counsel's address this 2nd day of January 2008.

Michenzie & Sawin, LLC
Richard Sawin, Resident Agent and Manager
John Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

to be delivered, by hand to:

United States District Court
1550 Main Street
Springfield, Massachusetts 01103
Attn: Clerk of Courts

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

Date: January 2, 2008