UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Springfield, Massachusetts      Docket No.05-30160-MAP/KPN

|  |  |
|---|---|
| Scott Stern,<br><br>    Plaintiff,<br><br>vs.<br><br>Haddad Motor Group, Inc., et. al.<br><br>    Defendants | ) MOTION TO IMPOUND DR. MICHAEL<br>) PERLMAN'S MEDICAL RECORDS<br>) OF PLAINTIFF AND OTHER<br>) DOCUMENTARY EVIDENCE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    Now comes plaintiff and hereby prays from this Honorable Court, Honorable Judge Kenneth P. Neiman, presiding, an order granting MOTION TO IMPOUND DR. MICHAEL PERLMAN'S MEDICAL RECORDS OF PLAINTIFF, AND OTHER DOCUMENTARY EVIDENCE, by and for good reason herein stated.

    Wherein, plaintiff's medical records of Dr. Michael Perlman which defendants have submitted to this Honorable Court, are private and personal, and should not be for the consumption of the general public, and;

    Wherein, at the deposition of Doctor Michael Perlman, plaintiff requested from defendants Counsel, Attorney John Barker, whom agreed, but failed to do as he said he would do, to impound or file under seal, the medical records of plaintiff from Dr. Michael Perlman in order to protect the privacy rights of plaintiff, your movant, and;

    Wherein, the records of Dr. Michael Perlman relative to your movant are sensitive and personal, and regardless of the issues relative to this case, and regardless of whether plaintiff is successful or not in this litigation, your movant respectfully prays for an order

MOTION TO IMPOUND DR. MICHAEL PERLMAN'S MEDICAL RECORDS OF PLAINTIFF AND OTHER DOCUMENTARY EVIDENCE

sealing the medical records in such a way that they are only available to the litigants, the Court, and its personnel, and not the general public, and;

Wherein, your movant herein also prays that the records, if scanned into the PACER system, are forthwith and expeditiously removed from said service, or any other service the United States District Court utilizes in the processing of documentary files, and;

Wherein, in order to prove certain facts, your movant has submitted certain medical records to this Honorable Court, herein referred to as "OTHER DOCUMENTARY EVIDENCE" that is relative and responsive to the issues of this litigation, and which are from Dr. Michael Perlman, and prays for an order sealing, impounding this "other documentary evidence" in order to protect the privacy rights of your movant,

Wherefore your movant prays for an order sealing, impounding the personal and private medical records of your movant, an individual with a documented disability, that defendants counsel, egregiously, maliciously and purposely submitted to this Honorable Court, contrary to their verbal agreement with plaintiff, in order to deny your movant privacy with his treating physician and does hereby move this Honorable Court for a MOTION TO IMPOUND DOCTOR MICHAEL PERLMAN'S MEDICAL RECORDS OF PLAINTIFF AND OTHER DOCUMENTARY EVIDENCE, forthwith and expeditiously.

This motion would not prejudice either party in this litigation.

MOTION TO IMPOUND DR. MICHAEL PERLMAN'S MEDICAL RECORDS OF PLAINTIFF AND OTHER DOCUMENTARY EVIDENCE

Most respectfully prayed for 2nd day of January 2008.

*[signature: Scott Stern]*

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

MOTION TO IMPOUND DR. MICHAEL PERLMAN'S MEDICAL RECORDS OF PLAINTIFF AND OTHER DOCUMENTARY EVIDENCE

## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al., in the United States District Court, Case Number 05-30160-MAP, certify that I have caused a copy of the foregoing documents:

Copy of "MOTION TO IMPOUND DR. MICHAEL PERLMAN'S MEDICAL RECORDS OF PLAINTIFF AND OTHER DOCUMENTARY EVIDENCE"

Copy of "CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, first class mailing, United States Postal Service, to the defendants, at their respective counsel's address this 2nd day of January 2008.

Michenzie & Sewin, LLC
Richard Sawin, Resident Agent and Manager
John Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

to be delivered, by hand to:

United States District Court
1550 Main Street
Springfield, Massachusetts 01103
Attn: Clerk of Courts

_____                    January 2, 2008
Scott Stern                                              Date
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247