United States District Court
District of Massachusetts
Western Division

Springfield, Massachusetts    Docket No.05-30160-MAP/KPN

Scott Stern,                         ) MOTION TO STRIKE
                                     ) AFFIDAVIT OF JAMES SALVIE
    Plaintiff,                   )
                                     )
vs.                                  )
                                     )
Haddad Motor Group, Inc., et. al.    )
                                     )
    Defendants                   )

    Now comes plaintiff and hereby moves this Honorable Court, Honorable Judge Kenneth P. Neiman, presiding, for a MOTION TO STRIKE THE AFFIDAVIT OF JAMES SALVIE dated "June 2006" by and for good reason herein stated.

    Wherein, the Affidavit of James Salvie does not have a date designating what date it was signed in June of 2006, and;

    Wherein, the Affidavit of James Salvie is not signed before a Notary Public and was not signed and sworn thereto before a Notary Public of the Commonwealth of Massachusetts, and;

    Wherein, the Affidavit of James Salvie is signed for the month of June 2006, and, by and because James Salvie engaged in the act of opening a dealership located in Pittsfield, Massachusetts on or about July [handwritten] of 2006, the signature of this Affidavit could be questioned, along with its authenticity and veracity,

MOTION TO STRIKE THE AFFIDAVIT OF JAMES SALVIE, dated "June 2006"

      Wherefore, your movant, does hereby move this Honorable Court, by means of this MOTION TO STRIKE THE AFFIDAVIT OF JAMES SALVIE, dated "June 2006" by and for the good reason herein cited and averred.

Most humbly and respectfully prayed for this 2nd day of January, 2008.

*[signature]*

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al., in the United States District Court, Case Number 05-30160-MAP, certify that I have caused a copy of the foregoing documents:

Copy of "MOTION TO STRIKE AFFIDAVIT OF JAMES SALVIE"

Copy of "CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, first class mailing, United States Postal Service, to the defendants, at their respective counsel's address this 2nd day of January 2008.

Michenzie & Sewin, LLC
Richard Sawin, Resident Agent and Manager
John Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

to be delivered, by hand to:

United States District Court
1550 Main Street
Springfield, Massachusetts 01103
Attn: Clerk of Courts

_____          January 2, 2008
Scott Stern                         Date
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247