UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Springfield, Massachusetts | Docket No. 05-30160-MAP/KPN |

Scott Stern, ) DECLARATION OF SCOTT STERN
           Plaintiff,
vs.
Haddad Motor Group, Inc., et. al.
           Defendants

Now comes plaintiff and hereby aver to this Honorable Court, Honorable Judge Kenneth P. Neiman, presiding, and Michael A. Ponsor, United States District Court Judge the following DECLARATION OF SCOTT STERN relative to the meetings by and between the plaintiff, Scott Stern, and defendants, Haddad Motor Group, Inc, David Michael Coggins, James Salvie, and Timothy Cardillo, that transpired on November 26, 2002 and November 27, 2002.

1. I am Scott Stern, plaintiff in this action of Stern v Haddad Motor Group, Inc, et al. Civil Action No. 05-30160.

2. I, Scott Stern, if called to testify, can accurately describe the events that transpired on November 26, 2002 and November 27, 2002 and have personal knowledge of the facts set forth herein, and if called and sworn to testify, could competently testify thereto.

3. I, Scott Stern, do hereby declare and aver that George Haddad, President of

DECLARATION OF SCOTT STERN with Attachment SLS v HADDAD MOTOR GROUP, INC. et al

1

Haddad Motor Group, Inc. the herein named defendant was not present, at, or within, the office of David Michael Coggins, during the November 26, 2002 and November 27, 2002 meetings between Scott Stern and the named defendants held at the Haddad Motor Group, Inc. Pittsfield Location on Pittsfield-Lenox Road, Pittsfield, Massachusetts.

4. I, Scott Stern, do hereby, declare and aver, by and through this DECLARATION OF SCOTT STERN, that George Haddad has submitted a false and fraudulent affidavit that attempts to aver, falsely, that he was a participant of said meeting by and between the named defendants and plaintiff.

5. I, Scott Stern, do hereby, declare and aver, that George Haddad was not present before my person during a meeting with the named defendants and has no personal knowledge of what was spoken, at said meetings.

6. I, Scott Stern, do hereby, declare and aver, that I had originally submitted the following "true and accurate copy" of the document to the defendants on November 26, 2002 relative to my disability and my request for a reasonable accommodation.

7. I, Scott Stern, do hereby, declare and aver, that upon the showing of the attached "true and accurate" document, Attachment "A", of a diagnosis by my Doctor, Doctor Michael Perlman, the defendants behavior, attitude, and treatment of my person became and was, a "hostile work environment" and continued, egregiously, maliciously and unlawfully, until my wrongful termination from employment with Haddad Motor Group, Inc on February 3, 2003.

8. I, Scott Stern, do hereby, declare and aver, that upon the showing of the attached "true and accurate" document, Attachment "A", that the defendants sought further documentation from my person, and my doctor, and having done so, the defendants continued to engage in a "hostile work environment" by their various practices, policies and procedures, including, but not limited to, deprivation of leads,

DECLARATION OF SCOTT STERN with Attachment   SLS v HADDAD MOTOR GROUP, INC. et al

threats of bodily harm, threats of employment termination, forms of intimidation, including, screaming, yelling and abusive language to my person and other acts, actions and inactions on the part of the management of Haddad Motor Group, Inc, that sought to interfere, impede and obstruct my right to earn a living at the defendants place of employment.

9. I, Scott Stern, do hereby, declare and aver, that the defendants by their practice, policy and procedure as aforementioned in paragraph eight (8) did thereby engage in the unlawful act of discrimination to my person.

I have stated all of the above based upon my own information, knowledge and belief, and so far as upon my information and belief, I believe this information to be true.

Signed under the pains and penalties of perjury this 2nd day of January, 2008.

*/s/ Scott Stern*
Scott Stern
All Rights Reserved without Prejudice
Sui Juris
400 West Main Street
North Adams, Massachusetts 01247

"TRUE AND ACCURATE"
COLOR COPY OF
THE "DOCTOR'S NOTE"
SLS HANDED TO
DEFENDANTS ON
11-26-02

TELEPHONE (413) 584-6186    DEA No. AP4510827

MICHAEL S. PERLMAN, M. D.

57 GOTHIC STREET    NORTHAMPTON, MASS. 01060

NAME  Scott Stern    AGE  3/28/000

ADDRESS _____ DATE _____

℞

CBC and diff
Liver Profile
(includes SGOT,
SGPT, Bilirubin)

Diagnosis: b [signature] M.D.
Bilirubin
Diabetes

INTERCHANGE IS MANDATED UNLESS
THE PRACTITIONER WRITES THE WORDS
"NO SUBSTITUTION" IN THIS SPACE.

## ACKNOWLEDGEMENT CERTIFICATE

On this _3rd_ day of _Jan_, 2008, before me, the undersigned Notary Public, personally appeared _Scott Stern_ proved to me through satisfactory evidence of identification, which were Massachusetts Operators License, to be the person whose name is signed on the preceding or attached document and acknowledged to me that he signed it voluntarily for its stated purpose.

_____  My Commission Expires:
Signature of Notary Public

_9-12-14_



CAROL J. RAPISARDA
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
September 12, 2014

# CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al., in the United States District Court, Case Number 05-30160-MAP, certify that I have caused a copy of the foregoing documents:

Copy of "DECLARATION OF SCOTT STERN"

Copy of "TRUE AND ACCURATE COPY OF NOTE FROM DR. MICHAEL PERLMAN DATED 3-28-2000" (PLAINTIFF PRESENTED TO DEFENDANTS ON NOVEMBER 26, 2002)

Copy of "CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, first class mailing, United States Postal Service, to the defendants, at their respective counsel's address this 2nd day of January 2008.

Michenzie & Sewin, LLC
Richard Sawin, Resident Agent and Manager
John Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

to be delivered, by hand to:

United States District Court
1550 Main Street
Springfield, Massachusetts 01103
Attn: Clerk of Courts

_____
Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

Date: January 2, 2008

CAROL J. RAPISARDA
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
September 12, 2014