UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS          CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN,<br>　　Plaintiff | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| HADDAD DEALERSHIPS OF THE | ) |
| BERKSHIRES, INC.; JAMES SALVIE, | ) |
| GENERAL SALES MANAGER; | ) |
| TIMOTHY CARDILLO, SALES | ) |
| MANAGER; MICHAEL COGGINS, | ) |
| GENERAL MANAGER, IN THEIR | ) |
| PERSONAL AND OFFICIAL | ) |
| CAPACITIES OF HADDAD | ) |
| DEALERSHIPS OF THE BERKSHIRES, | ) |
| 　　Defendants | ) |

**THE HADDAD DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR EXTENSION OF TIME TO OPPOSE THE HADDAD
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come defendants Haddad Dealerships of the Berkshires, Inc.,[1] James Salvie,

Michael Coggins, and Timothy Cardillo (collectively the "Haddad Defendants"), through

their counsel of record, and hereby opposes the Motion for Extension of Time to Oppose

the Defendants' Motion for Summary Judgment filed by plaintiff Scott Stern ("plaintiff"

or "Stern") at Docket No. 118.  As grounds for the Haddad Defendants' Opposition to

Stern's Motion to Extend, the Haddad Defendants state as follows:

　　　　1.　　　　In this Court's Order of 9/24/07 [Docket No. 108], this Court

unequivocally stated that "THERE SHALL BE NO FURTHER EXTENSIONS." *See*

Exhibit 1 hereto.

---

[1]　The correct name for this party is Haddad Motor Group, Inc.

00144028.DOC

2.      Plaintiff has had numerous extensions in this case, as evidenced by looking at the docket for the case. While there may be some justification for permitting a pro se plaintiff a degree of latitude as to deadlines, there comes a point where the endless extensions are unfair to the defendants. The Haddad Defendants submit that this point has been reached in this case. They have been defending against what they consider a meritless lawsuit for three years, expending endless attorneys' fees -- sometimes to oppose frivolous motions [*see, e.g.,* Docket No. 46]. The Haddad Defendants submit that allowing plaintiff a further extension here would be unfairly prejudicial to defendants.

3.      Plaintiff claims in his Motion [Docket No. 118] that the North Adams Post Office failed to deliver his mail for several days. First of all, these allegations smack of the unfounded conspiracy theories that plaintiff has advanced in previous pleadings (such as the purported conspiracy between Haddad Motors and the North Adams Police, *see* Docket Nos. 104 and 110, at Exhibit 2 hereto). Second, even if true, such alleged third-party failure should not redound to the detriment of the Haddad Defendants. Third, plaintiff *knew* that the Haddad Defendants were moving for summary judgment, because he was so informed by their counsel over the phone on 12/21/07 (*see* confirming letter of 12/27/07, at Exhibit 3 hereto). Plaintiff could have written or called defense counsel, or could have contacted the court, to request an additional copy of defendants' summary judgment papers.

4.      Plaintiff contends that his correct zip code is 01247, and the Haddad Defendants have been using the zip code 01427. It is true that defense counsel's office has used the zip code 01427, since their first letter to Stern. Since that letter, defense counsel has sent dozens of letters to Stern, and he has never once corrected the incorrect

00144028.DOC

2

zip code; nor has he failed to receive the letters with the zip code 01427.  In fact, he

concedes that he *did* receive the summary judgment papers from the Haddad Defendants,

despite the apparently incorrect zip code.

For all of the foregoing reasons, the Haddad Defendants respectfully request that

this Court deny plaintiff's Motion for Extension of Time [Docket No. 118] and follow its

9/24/07 Order.

THE HADDAD DEFENDANTS,
By Their Attorneys
MICHIENZIE & SAWIN LLC

Dated: 1/4/08                    BY: *John Barker*

Richard A. Sawin, Jr. – BBO NO: 546786
John C. Barker – BBO NO: 637406
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

## CERTIFICATE OF SERVICE

I, John C. Barker, attorney for defendants, hereby certify that I have on

this 4th day of January 2008, served a copy of the foregoing Opposition, by mailing a

copy of same, postage prepaid, to plaintiff Scott Stern, who is appearing pro se in this

matter, at the following address:  400 West Main Street, North Adams, MA 01247.

*John Barker*

John C. Barker

# EXHIBIT 1

## John Barker

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Monday, September 24, 2007 4:24 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 3:05-cv-30160-MAP Stern v. Haddad Dealerships of the Berkshires, Inc. et al Scheduling Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 9/24/2007 at 4:23 PM EDT and filed on 9/24/2007
**Case Name:** Stern v. Haddad Dealerships of the Berkshires, Inc. et al
**Case Number:** 3:05-cv-30160
**Filer:**
**Document Number:** 108

**Docket Text:**
Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER ENTERED, cc:cl. By 10/12/07, Pltf shall provide Defts' with auto discl, answers to ints, and resp. to req for prod. of docs; If Pltf fulfills all obligations pursuant to Para 1, then he has the right to propound ints and req. for prod of docs to Defts by 10/26/07; If Pltf fails to fulfill his obligations pursuant to Para. 1, he shall be barred from relying on any unproduced docs. at trial or in opp. to Defts' motion for S/J; Ds' continued depo of Pltf to go forward on 10/25/07, for no more than 4 hrs; Defts to file motions for S/J by no later than 12/21/07, or inform court in writing by that date that no such motion will be filed; P's response to motion is due within 21 days of filing with this court. THERE SHALL BE NO FURTHER EXTENSIONS. (Healy, Bethaney)

**3:05-cv-30160 Notice will be electronically mailed to:**
Paul Michienzie pm@masatlaw.com
Richard A. Sawin, Jr rs@masatlaw.com
John C. Barker jb@masatlaw.com

**3:05-cv-30160 Notice will not be electronically mailed to:**

Scott Stern
400 West Main Street
North Adams, MA 01247

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=9/24/2007] [FileNumber=2059617-0
] [bb7739c1d2608e5accf8ed493959d9fd4d6b3b6b8f5f97d224b51c1a8a602c91c66
795ed6ecb19ca2e9bc535289395004a87d59dcbe423f0a814a56ff5948662]]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCOTT STERN,              )
          Plaintiff     )
                 )
      v.            )     Civil Action No.  05-30160-MAP
                 )
                 )
                 )
                 )
HADDAD MOTOR GROUP, INC.,   )
ET AL.,             )
         Defendants )

REVISED SCHEDULING ORDER
September 24, 2007

NEIMAN, C.M.J.

      The following schedule was established at the case management conference this day:

    1.    By October 12, 2007, Plaintiff shall provide Defendants with his automatic disclosures, his answers to Defendants' interrogatories, and his responses to Defendants' request for production of documents.

    2.    If Plaintiff fulfills all of his obligations pursuant to Paragraph 1, he shall have the right to propound interrogatories and requests for production of documents to Defendants by no later than October 26, 2007.

    3.    If Plaintiff fails to fulfill his obligations pursuant to Paragraph 1, he shall be barred from relying on any unproduced documents at trial or in opposition to Defendants' motion for summary judgment.

4.    Defendants' continued deposition of Plaintiff shall go forward on October 25, 2007, for no more than four hours.

5.    Defendants shall file their motion for summary judgment no later than December 21, 2007, or inform the court in writing by that date that no such motion will be filed.

6.    Plaintiff shall respond to Defendants' motion for summary judgment, if any, within 21 days of its filing with this court.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED:  September 24, 2007

                                             /s/ Kenneth P. Neiman
                                             KENNETH P. NEIMAN
                                             Chief Magistrate Judge

# **EXHIBIT 2**

## John Barker

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Thursday, August 30, 2007 4:46 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 3:05-cv-30160-MAP Stern v. Haddad Dealerships of the Berkshires, Inc. et al Motion for Extension of Time |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 8/30/2007 at 4:46 PM EDT and filed on 8/30/2007
**Case Name:**      Stern v. Haddad Dealerships of the Berkshires, Inc. et al
**Case Number:**    3:05-cv-30160
**Filer:**          Scott Stern
**Document Number:** 104

**Docket Text:**
Emergency MOTION for Extension of Time for Defendants Motion to Compel and Motion to file Answers late to defendants, by Scott Stern. (Attachments: # (1) Exhibit)(Lindsay, Maurice)

**3:05-cv-30160 Notice will be electronically mailed to:**
Paul Michienzie pm@masatlaw.com
Richard A. Sawin, Jr rs@masatlaw.com
John C. Barker jb@masatlaw.com

**3:05-cv-30160 Notice will not be electronically mailed to:**

Scott Stern
400 West Main Street
North Adams, MA 01247

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=8/30/2007] [FileNumber=2026939-0
] [06a1a072d47ad443b9ad91519c6337a898da29f8d9083957ecb2a6d29904bf36171
1e612b04fd8f388a81dfcb969a216cf7dad70eb57fef8f0c6b8a7dc0f2466]]

1/4/2008

**Document description:**Exhibit
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=8/30/2007] [FileNumber=2026939-1
] [1928d6a0ebfd7596443c466c67f05350f2fd8d414d8c33874f4a19af1972dfdb4db
3871188cde1c3329f102479855f4f7230e4b30898d793500e872a96bf4149]]

United States District Court
District of Massachusetts

Scott Stern                                    Docket No. 05-30160KPN

v.                                             Emergency Motion for
                                               Extension of Time for Defendant
Haddad Dealerships etal                        Motion to Compel.
                                               MOTION TO FILE ANSWERS LATE
                                               TO DEFENDANTS

      Now comes plaintiff and humbly prays for
an EMERGENCY MOTION FOR EXTENSION OF
TIME FOR Defendants MOTION TO COMPEL for the
good cause and reasons herein averred to
this Honorable Court.

      Wherein your moving party has been for the
last six months, been persecuted and victimized
by the City of North Adams, and;

      Wherein, Haddad Dealerships, Inc. may have sought
the assistance of various political subdivisions to
interfere with plaintiff's cause of action, in this faction and;

      Wherein your moving party had sought legal assistance
from the law firm of Freedman, DeRosa + Rondeau
whom have deprived your moving party of his First
Amendment Right to Redress Grievances with the
City of North Adams by ordering and denying your
moving party access to City Hall and forcing your
moving party to have to reduce all correspondence

in writing, and:

Wherein the City of North Adams, in December of 2006 stole a property registered and insured vehicle from the plaintiff, and:

Wherein the City of North Adams has refused to follow-up the stolen police report and, further denied movant the right to file said report in December of 2006, and:

Wherein the City of North Adams Police Department has denied movant public records, allowable by law and free, that required plaintiff to file with the Supreme Judicial Court, a Writ of Mandamus to order the police to produce said records!

Wherein your Movant sought and herein attaches documentation for the movant to obtain counsel in this matter and has not obtained counsel for these aforementioned issues or this case at bar.

Wherefore, your moving party herein prays to the Honorable Judge Kenneth P. Neiman to grant plaintiff's EMERGENCY MOTION FOR EXTENSION OF TIME FOR DEFENDANTS MOTION TO COMPEL for 30 days and MOTION TO FILE ANSWERS LATER TO DEFENDANTS

Most respectfully submitted this 30 day of August 2007

Scott Stern, Sui Juris
400 West Main St.
North Adams, MA. 01247
413) 664-7805    All Rights Reserved

Certificate of Service

I, Scott Stern, do hereby certify that in re Docket No. 05-30160 KPN have notified defendants counsel of said MOTION attached and do hereby state that I served;

Copy of "Emergency MOTION FOR Extension of time for defendants Motion to Compel/ MOTION to file answers to defendants"

this 30 day of August 2007, first class mail, postage prepaid, United States Postal Service.

Scott Stern
400 West Main St.
North Adams, MA. 01247

FILED
IN CLERK'S OFFICE
2007 OCT 26 P 2:28
U.S. DISTRICT COURT
DISTRICT OF MASS.

October 26, 2007

United States District Court
Honorable Judge Michael A. Ponsor
Honorable Judge Kenneth P. Neiman
Mr. John Stuckenbruck,
Ms. Bethany Healy
1550 Main Street
Springfield, Massachusetts

Dear Mr. Stuckenbruck,

Yesterday, when I came in to the United States District Court, I was attempting to extend the time to answer the interrogatories of the defendants and produce any documents that they have requested, as well as extend the time I seek documents and interrogatories from them to be answered. It was my understanding, as I was under a great deal of stress during the telephonic hearing, that I had til the 30th of October to respond to their requests, and, I tried to write down as much as I could during the hearing, but I did not see the order until I came in to the court. Depression deprives me of opening mail, I fear it, I fear so much of it, and I wish I could just get over it, but it's very hard, and, very depressing.

Today, October 26, 2007, I found out from Martin Ebel, Commissioner of the Springfield Massachusetts Commission Against Discrimination Office, and after waiting 25 days and having no response, after requesting access to the public record, that, they don't have a copy of my request, and further, that the Springfield Office has a "Serious issue with regard to the handling of case files." In such a way, that my case file, and any documents relating thereto, may be gone, or unaccounted for and he is now trying to figure out what happened to the case files and many, many others. Attorney Levinsky, whom I spoke to today, for the first time in several years, has no idea what happened to the case file. He was the Attorney that represented himself and others, and he has no idea what happened to the case file?

As I was preparing to write this letter, Steven Breslow, from the United States Attorney's Office, called me, whom I have never spoken to before, and called me regarding the act and actions of the City of North Adams stealing my car, and the on-going actions of depriving me public records and all that they have done to interfere with me and, what I believe, has been purposefully in this case, because Haddad Motors has a dealership in North Adams. He said that he is going to forward a letter to the FBI to take a closer look at what I have been going through, and, while no guarantees, that he would suggest that they contact me and set up an interview.

There are two thoughts I have, One, when I was seeking counsel, I gave my initial brief to the law firm of Freedman, DeRosa and Rondeau, in December of 2005. While they did not take the case, recently, in the Western Division Housing Court, Attorney Richard Dohoney of "FDR" averred Judge Dina Fein that there was "a contract" between their law firm (Freedman, DeRosa and Rondeau) and the City of North Adams, to which, I,

and the Secretary of State's Public Records Office, were informed that there is no contract with the City of North Adams and "FDR". Secondly, I also stated to Judge Fein, that they were doing this to interfere with this case. The Attorney, Richard Dohoney, did not object to my statement. He did not counter the statement or say anything.

I am very sorry that I have burdened the court with so much, there are times that I think if I had representation, and a good one at that, I would never been subjected to so much against me.

Having a disability is not fair in itself, let alone not being able to acquire someone to assist me to protect my rights.

Thank you for taking a moment to read this letter.

I hope you have a good day.

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

SLS letter to United States District Court                                   2

# EXHIBIT 3



Boston, Massachusetts
02110-2636

Telephone
617 227-5660

Facsimile
617 227-5882

Email
jb@masatlaw.com

December 27, 2007

**Via Certified Mail/RRR and First Class Mail**
**7007 0220 0004 6327 2246**

Mr. Scott Stern
400 West Main Street
North Adams, MA 01427

      Re:    Stern v. Haddad Dealerships et al., U.S. District Court, Western Division
              3/05-CV-30160

Dear Mr. Stern:

      We are in receipt of your newest settlement demand, dated 12/20/07. As discussed with you over the phone on 12/21/07, we reject this proposal. Your current demand totals $175,000, but this case will not settle for anything much above the amounts we discussed. We will look forward to any renewed settlement proposal from you, but we suggest that any proposal in the six figures will not be productive in this case.

      We are also confirming our phone discussion with you of 12/21/07, in which we explained that we filed our Summary Judgment Motion and papers on 12/21/07. As discussed, you have 21 days from that date to file and serve your Opposition papers (if any). Thank you.

                    Sincerely yours,

                    Richard A. Sawin, Jr.
                    John C. Barker

JCB/tmm

{00143455.DOC}

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS     CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN,<br>    Plaintiff | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| HADDAD DEALERSHIPS OF THE | ) |
| BERKSHIRES, INC.; JAMES SALVIE, | ) |
| GENERAL SALES MANAGER; | ) |
| TIMOTHY CARDILLO, SALES | ) |
| MANAGER; MICHAEL COGGINS, | ) |
| GENERAL MANAGER, IN THEIR | ) |
| PERSONAL AND OFFICIAL | ) |
| CAPACITIES OF HADDAD | ) |
| DEALERSHIPS OF THE BERKSHIRES, | ) |
|     Defendants | ) |

**THE HADDAD DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR EXTENSION OF TIME TO OPPOSE THE HADDAD
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come defendants Haddad Dealerships of the Berkshires, Inc.,[1] James Salvie,

Michael Coggins, and Timothy Cardillo (collectively the "Haddad Defendants"), through

their counsel of record, and hereby opposes the Motion for Extension of Time to Oppose

the Defendants' Motion for Summary Judgment filed by plaintiff Scott Stern ("plaintiff"

or "Stern") at Docket No. 118.  As grounds for the Haddad Defendants' Opposition to

Stern's Motion to Extend, the Haddad Defendants state as follows:

    1.    In this Court's Order of 9/24/07 [Docket No. 108], this Court

unequivocally stated that "THERE SHALL BE NO FURTHER EXTENSIONS." *See*

Exhibit 1 hereto.

---

[1]   The correct name for this party is Haddad Motor Group, Inc.

00144028.DOC

2.     Plaintiff has had numerous extensions in this case, as evidenced by looking at the docket for the case.  While there may be some justification for permitting a pro se plaintiff a degree of latitude as to deadlines, there comes a point where the endless extensions are unfair to the defendants.  The Haddad Defendants submit that this point has been reached in this case.  They have been defending against what they consider a meritless lawsuit for three years, expending endless attorneys' fees -- sometimes to oppose frivolous motions [*see, e.g.,* Docket No. 46].  The Haddad Defendants submit that allowing plaintiff a further extension here would be unfairly prejudicial to defendants.

3.     Plaintiff claims in his Motion [Docket No. 118] that the North Adams Post Office failed to deliver his mail for several days.  First of all, these allegations smack of the unfounded conspiracy theories that plaintiff has advanced in previous pleadings (such as the purported conspiracy between Haddad Motors and the North Adams Police, *see* Docket Nos. 104 and 110, at Exhibit 2 hereto).  Second, even if true, such alleged third-party failure should not redound to the detriment of the Haddad Defendants.  Third, plaintiff *knew* that the Haddad Defendants were moving for summary judgment, because he was so informed by their counsel over the phone on 12/21/07 (*see* confirming letter of 12/27/07, at Exhibit 3 hereto).  Plaintiff could have written or called defense counsel, or could have contacted the court, to request an additional copy of defendants' summary judgment papers.

4.     Plaintiff contends that his correct zip code is 01247, and the Haddad Defendants have been using the zip code 01427.  It is true that defense counsel's office has used the zip code 01427, since their first letter to Stern.  Since that letter, defense counsel has sent dozens of letters to Stern, and he has never once corrected the incorrect

00144028.DOC

zip code; nor has he failed to receive the letters with the zip code 01427.  In fact, he

concedes that he *did* receive the summary judgment papers from the Haddad Defendants,

despite the apparently incorrect zip code.

For all of the foregoing reasons, the Haddad Defendants respectfully request that

this Court deny plaintiff's Motion for Extension of Time [Docket No. 118] and follow its

9/24/07 Order.

THE HADDAD DEFENDANTS,
By Their Attorneys
MICHIENZIE & SAWIN LLC

Dated: 1/4/08          BY:  *John Barker*
Richard A. Sawin, Jr. – BBO NO: 546786
John C. Barker – BBO NO: 637406
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

**CERTIFICATE OF SERVICE**

I, John C. Barker, attorney for defendants, hereby certify that I have on

this 4th day of January 2008, served a copy of the foregoing Opposition, by mailing a

copy of same, postage prepaid, to plaintiff Scott Stern, who is appearing pro se in this

matter, at the following address:  400 West Main Street, North Adams, MA 01247.

*John Barker*
John C. Barker

00144028.DOC

# EXHIBIT 1

## John Barker

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Monday, September 24, 2007 4:24 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 3:05-cv-30160-MAP Stern v. Haddad Dealerships of the Berkshires, Inc. et al Scheduling Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 9/24/2007 at 4:23 PM EDT and filed on 9/24/2007
**Case Name:**      Stern v. Haddad Dealerships of the Berkshires, Inc. et al
**Case Number:**    3:05-cv-30160
**Filer:**
**Document Number:** 108

**Docket Text:**
Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER ENTERED, cc:cl. By 10/12/07, Pltf shall provide Defts' with auto discl, answers to ints, and resp. to req for prod. of docs; If Pltf fulfills all obligations pursuant to Para 1, then he has the right to propound ints and req. for prod of docs to Defts by 10/26/07; If Pltf fails to fulfill his obligations pursuant to Para. 1, he shall be barred from relying on any unproduced docs. at trial or in opp. to Defts' motion for S/J; Ds' continued depo of Pltf to go forward on 10/25/07, for no more than 4 hrs; Defts to file motions for S/J by no later than 12/21/07, or inform court in writing by that date that no such motion will be filed; P's response to motion is due within 21 days of filing with this court. THERE SHALL BE NO FURTHER EXTENSIONS. (Healy, Bethaney)

**3:05-cv-30160 Notice will be electronically mailed to:**
Paul Michienzie pm@masatlaw.com
Richard A. Sawin, Jr rs@masatlaw.com
John C. Barker jb@masatlaw.com

**3:05-cv-30160 Notice will not be electronically mailed to:**

Scott Stern
400 West Main Street
North Adams, MA 01247

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=9/24/2007] [FileNumber=2059617-0
] [bb7739c1d2608e5accf8ed493959d9fd4d6b3b6b8f5f97d224b51c1a8a602c91c66
795ed6ecb19ca2e9bc535289395004a87d59dcbe423f0a814a56ff5948662]]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCOTT STERN,                          )
                  Plaintiff           )
                                      )
        v.                            )        Civil Action No.  05-30160-MAP
                                      )
                                      )
                                      )
                                      )
HADDAD MOTOR GROUP, INC.,             )
ET AL.,                               )
                  Defendants          )

REVISED SCHEDULING ORDER
September 24, 2007

NEIMAN, C.M.J.

        The following schedule was established at the case management conference

this day:

1.      By October 12, 2007, Plaintiff shall provide Defendants with his automatic

        disclosures, his answers to Defendants' interrogatories, and his

        responses to Defendants' request for production of documents.

2.      If Plaintiff fulfills all of his obligations pursuant to Paragraph 1, he shall

        have the right to propound interrogatories and requests for production of

        documents to Defendants by no later than October 26, 2007.

3.      If Plaintiff fails to fulfill his obligations pursuant to Paragraph 1, he shall

        be barred from relying on any unproduced documents at trial or in

        opposition to Defendants' motion for summary judgment.

4.    Defendants' continued deposition of Plaintiff shall go forward on October 25, 2007, for no more than four hours.

5.    Defendants shall file their motion for summary judgment no later than December 21, 2007, or inform the court in writing by that date that no such motion will be filed.

6.    Plaintiff shall respond to Defendants' motion for summary judgment, if any, within 21 days of its filing with this court.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED:  September 24, 2007

                                    /s/ Kenneth P. Neiman
                                    KENNETH P. NEIMAN
                                    Chief Magistrate Judge

# EXHIBIT 2

# John Barker

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Thursday, August 30, 2007 4:46 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 3:05-cv-30160-MAP Stern v. Haddad Dealerships of the Berkshires, Inc. et al Motion for Extension of Time |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 8/30/2007 at 4:46 PM EDT and filed on 8/30/2007
**Case Name:**      Stern v. Haddad Dealerships of the Berkshires, Inc. et al
**Case Number:**    3:05-cv-30160
**Filer:**          Scott Stern
**Document Number:** 104

**Docket Text:**
Emergency MOTION for Extension of Time for Defendants Motion to Compel and Motion to file Answers late to defendants, by Scott Stern. (Attachments: # (1) Exhibit)(Lindsay, Maurice)


**3:05-cv-30160 Notice will be electronically mailed to:**
Paul Michienzie pm@masatlaw.com
Richard A. Sawin, Jr rs@masatlaw.com
John C. Barker jb@masatlaw.com

**3:05-cv-30160 Notice will not be electronically mailed to:**

Scott Stern
400 West Main Street
North Adams, MA 01247

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=8/30/2007] [FileNumber=2026939-0
] [06a1a072d47ad443b9ad91519c6337a898da29f8d9083957ecb2a6d29904bf36171
1e612b04fd8f388a81dfcb969a216cf7dad70eb57fef8f0c6b8a7dc0f2466]]

1/4/2008

**Document description:**Exhibit
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=8/30/2007] [FileNumber=2026939-1
] [1928d6a0ebfd7596443c466c67f05350f2fd8d414d8c33874f4a19af1972dfdb4db
3871188cde1c3329f102479855f4f7230e4b30898d793500e872a96bf4149]]

United States District Court
District of Massachusetts

Scott Stern                          Docket No. 05-30160KPN

v.                                   Emergency Motion for
                                     Extension of Time for Defendants
Haddad Dealerships et al             Motion to Compel.
                                     MOTION TO FILE ANSWERS LATE
                                     TO DEFENDANTS

     Now comes plaintiff and humbly prays for
an EMERGENCY MOTION FOR EXTENSION OF
TIME FOR Defendants MOTION TO COMPEL for the
good cause and reasons herein averred to
this Honorable Court.

     Wherein your moving party has been for the
last six months, been persecuted and victimized
by the City of North Adams, and;

     Wherein, Haddad Dealerships, Inc. may have sought
the assistance of various political subdivisions to
interfere with plaintiff's cause of action, in this faction and;

     Wherein your moving party had sought legal assistance
from the law firm of Freedman, DeRosa + Rondeau
whom have deprived your moving party of his First
Amendment Right to Redress Grievances with the
City of North Adams by ordering and denying your
moving party access to City Hall and forcing your
moving party to have to reduce all correspondence

in writing, and;

Wherein the City of North Adams, in December of 2006 stole a property registered and insured vehicle from the plaintiff, and;

Wherein the City of North Adams has refused to follow-up the stolen police report and, further denied movant the right to file said report in December of 2006, and;

Wherein the City of North Adams Police Department has denied movant public records, allowable by law, and free, that required plaintiff to file with the Supreme Judicial Court, a Writ of Mandamus to order the police to produce said records.

Wherein your movant sought and herein attaches documentation for the movant to obtain counsel in this matter and has not obtained counsel for these aforementioned issues or this case at bar.

Wherefore, your moving party herein prays to the Honorable Judge Kenneth P. Neiman to grant plaintiff's EMERGENCY MOTION FOR EXTENSION OF TIME FOR DEFENDANTS MOTION TO COMPEL for 30 days and MOTION TO FILE ANSWERS LATER TO DEFENDANTS

Most respectfully submitted this 30 day of August 2007

Scott Stern, Soi Juris

400 West Main St.

North Adams MA. 01247

(413) 664-7805     All Rights Reserved

Certificate of Service

I, Scott Stern, do hereby certify that in re Docket No. 05-30160 KPN have notified defendants counsel of said motion attached and do hereby state that I served;

Copy of "Emergency motion FOR Extension of time for defendants Motion to Compel/ Motion to File answers to defendants"

this 30 day of August 2007 / first class mail, postage prepaid, United States Postal Service,

Scott Stern
400 West Main St.
North Adams, MA. 01247

October 26, 2007

United States District Court
Honorable Judge Michael A. Ponsor
Honorable Judge Kenneth P. Neiman
Mr. John Stuckenbruck,
Ms. Bethany Healy
1550 Main Street
Springfield, Massachusetts

FILED
IN CLERK'S OFFICE

2007 OCT 26 P 2: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Mr. Stuckenbruck,

Yesterday, when I came in to the United States District Court, I was attempting to extend the time to answer the interrogatories of the defendants and produce any documents that they have requested, as well as extend the time I seek documents and interrogatories from them to be answered. It was my understanding, as I was under a great deal of stress during the telephonic hearing, that I had til the 30th of October to respond to their requests, and, I tried to write down as much as I could during the hearing, but I did not see the order until I came in to the court. Depression deprives me of opening mail, I fear it, I fear so much of it, and I wish I could just get over it, but it's very hard, and, very depressing.

Today, October 26, 2007, I found out from Martin Ebel, Commissioner of the Springfield Massachusetts Commission Against Discrimination Office, and after waiting 25 days and having no response, after requesting access to the public record, that, they don't have a copy of my request, and further, that the Springfield Office has a "Serious issue with regard to the handling of case files." In such a way, that my case file, and any documents relating thereto, may be gone, or unaccounted for and he is now trying to figure out what happened to the case files and many, many others. Attorney Levinsky, whom I spoke to today, for the first time in several years, has no idea what happened to the case file. He was the Attorney that represented himself and others, and he has no idea what happened to the case file?

As I was preparing to write this letter, Steven Breslow, from the United States Attorney's Office, called me, whom I have never spoken to before, and called me regarding the act and actions of the City of North Adams stealing my car, and the on-going actions of depriving me public records and all that they have done to interfere with me and, what I believe, has been purposefully in this case, because Haddad Motors has a dealership in North Adams. He said that he is going to forward a letter to the FBI to take a closer look at what I have been going through, and, while no guarantees, that he would suggest that they contact me and set up an interview.

There are two thoughts I have, One, when I was seeking counsel, I gave my initial brief to the law firm of Freedman, DeRosa and Rondeau, in December of 2005. While they did not take the case, recently, in the Western Division Housing Court, Attorney Richard Dohoney of "FDR" averred Judge Dina Fein that there was "a contract" between their law firm (Freedman, DeRosa and Rondeau) and the City of North Adams, to which, I

SLS letter to United States District Court

and the Secretary of State's Public Records Office, were informed that there is no contract with the City of North Adams and "FDR". Secondly, I also stated to Judge Fein, that they were doing this to interfere with this case. The Attorney, Richard Dohoney, did not object to my statement. He did not counter the statement or say anything.

I am very sorry that I have burdened the court with so much, there are times that I think if I had representation, and a good one at that, I would never been subjected to so much against me.

Having a disability is not fair in itself, let alone not being able to acquire someone to assist me to protect my rights.

Thank you for taking a moment to read this letter.

I hope you have a good day.

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

SLS letter to United States District Court                                    2

# EXHIBIT 3



*Boston, Massachusetts*
*09116-2636*

*Telephone*
*617 227-5660*

*Facsimile*
*617 227-5882*

*Email*
*jb@masatlaw.com*

December 27, 2007

**Via Certified Mail/RRR and First Class Mail**
**7007 0220 0004 6327 2246**

Mr. Scott Stern
400 West Main Street
North Adams, MA 01427

    Re:    Stern v. Haddad Dealerships et al., U.S. District Court, Western Division
            3/05-CV-30160

Dear Mr. Stern:

    We are in receipt of your newest settlement demand, dated 12/20/07. As discussed with you over the phone on 12/21/07, we reject this proposal. Your current demand totals $175,000, but this case will not settle for anything much above the amounts we discussed. We will look forward to any renewed settlement proposal from you, but we suggest that any proposal in the six figures will not be productive in this case.

    We are also confirming our phone discussion with you of 12/21/07, in which we explained that we filed our Summary Judgment Motion and papers on 12/21/07. As discussed, you have 21 days from that date to file and serve your Opposition papers (if any). Thank you.

                Sincerely yours,

                Richard A. Sawin, Jr.
                John C. Barker

JCB/tmm

{00143455.DOC}