UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS   CIVIL ACTION NO. 3/05-CV-30160-KPN

SCOTT STERN, )
   Plaintiff )
)
v. )
)
HADDAD DEALERSHIPS OF THE )
BERKSHIRES, INC.; JAMES SALVIE, )
GENERAL SALES MANAGER; )
TIMOTHY CARDILLO, SALES )
MANAGER; MICHAEL COGGINS, )
GENERAL MANAGER, IN THEIR )
PERSONAL AND OFFICIAL )
CAPACITIES OF HADDAD )
DEALERSHIPS OF THE BERKSHIRES, )
   Defendants )

**THE HADDAD DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO IMPOUND PERLMAN DOCUMENTS**

Now come defendants Haddad Dealerships of the Berkshires, Inc.,[1] James Salvie, Michael Coggins, and Timothy Cardillo (collectively the "Haddad Defendants"), through their counsel of record, and hereby state that they do not oppose plaintiff's Motion to Seal/Impound Dr. Michael Perlman's Medical Records [Docket No. 119]. Defense counsel agreed to file documents under seal at plaintiff's request (contrary to plaintiff's accusation that defense counsel submitted such documents "contrary to their verbal agreement with plaintiff"). Now that plaintiff has so requested, defendants do not object to having such documents filed/impounded under seal.

However, the Haddad Defendants would ask that in any such Order, this Court specify that defense counsel, experts, and claims personnel be permitted to have access to

---

[1] The correct name for this party is Haddad Motor Group, Inc.

00144038.DOC

1

such documents, for the purposes of this litigation only.

For the foregoing reasons, the Haddad Defendants do not oppose plaintiff's Motion to Impound Dr. Perlman's deposition excerpts that were filed with the Haddad Defendants' Motion for Summary Judgment papers.

Dated: 1/4/08

THE HADDAD DEFENDANTS,
By Their Attorneys
MICHIENZIE & SAWIN LLC

BY: /s/ John Barker
Richard A. Sawin, Jr. – BBO NO: 546786
John C. Barker – BBO NO: 637406
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

## CERTIFICATE OF SERVICE

I, John C. Barker, attorney for defendants, hereby certify that I have on this 4th day of January 2008, served a copy of the foregoing Non-Opposition, by mailing a copy of same, postage prepaid, to plaintiff Scott Stern, who is appearing pro se in this matter, at the following address: 400 West Main Street, North Adams, MA 01247.

/s/ John Barker
John C. Barker

00144038.DOC

2