UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS           CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN, <br>     Plaintiff <br><br> v. <br><br> HADDAD DEALERSHIPS OF THE BERKSHIRES, INC.; JAMES SALVIE, GENERAL SALES MANAGER; TIMOTHY CARDILLO, SALES MANAGER; MICHAEL COGGINS, GENERAL MANAGER, IN THEIR PERSONAL AND OFFICIAL CAPACITIES OF HADDAD DEALERSHIPS OF THE BERKSHIRES, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THE HADDAD DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION TO STRIKE THE AFFIDAVIT OF JAMES SALVIE**

Now come defendants Haddad Dealerships of the Berkshires, Inc.,[1] James Salvie, Michael Coggins, and Timothy Cardillo (collectively the "Haddad Defendants"), through their counsel of record, and hereby oppose the Motion to Strike the Affidavit of James Salvie filed by plaintiff Scott Stern ("plaintiff" or "Stern") at Docket No. 120.

First, the Haddad Defendants did not file any Affidavit of defendant Salvie with their Summary Judgment papers. This Affidavit was apparently filed earlier in connection with an unrelated matter.

Second, the grounds on which Stern wishes to strike this Affidavit are that it was not notarized and that Salvie apparently did not fill in the *day* when he signed the

---

[1] The correct name for this party is Haddad Motor Group, Inc.

00144040.DOC

1

Affidavit, although it is dated in June of 2006. Neither of these grounds are sufficient for striking an Affidavit. Nor does Rule 56(e) contain any such requirements.

The other ground on which Stern apparently moves to strike this Salvie Affidavit is "because James Salvie engaged in the act of opening a dealership located in Pittsfield, Massachusetts on or about July of 2006…." From this allegation, Stern infers that "the signature of this Affidavit [in June 2006] could be questioned, along with its authenticity and veracity…" [Docket No. 120]. Stern does not elucidate the connection between these two statements, and the Haddad Defendants submit that no such connection is apparent. There is no causal relationship between some alleged professional activities and the "authenticity and veracity" of the Salvie Affidavit.

For the foregoing reasons, the Haddad Defendants oppose plaintiff's Motion to Strike the Salvie Affidavit [Docket No. 120].

Dated: 1/4/08

THE HADDAD DEFENDANTS,
By Their Attorneys
MICHIENZIE & SAWIN LLC

BY: /s/ John Barker
Richard A. Sawin, Jr. – BBO NO: 546786
John C. Barker – BBO NO: 637406
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

00144040.DOC

2

## CERTIFICATE OF SERVICE

I, John C. Barker, attorney for defendants, hereby certify that I have on this 4th day of January 2008, served a copy of the foregoing Opposition, by mailing a copy of same, postage prepaid, to plaintiff Scott Stern, who is appearing pro se in this matter, at the following address: 400 West Main Street, North Adams, MA 01247.

_____
John C. Barker