United States District Court
District of Massachusetts
Western Division

Springfield, Massachusetts                    Civil Action 05-30160-MAP/KP

Scott Stern
    Plaintiff                              PLAINTIFF'S OPPOSITION
                                           TO DEFENDANT'S MOTION
    v.                                     FOR SUMMARY JUDGEMENT

Haddad Motor Group, Inc. et al             & Motion for One Week
                                           Extension to file Aforementioned
                                           Document

Now comes your movant Scott Stern, an individual with a documented disability, has submitted various supporting documents in support of Plaintiff's Motion for Summary Judgment but prays for one week extension to perfect PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

Most respectfully submitted this 18th day of January 2008,

Scott Stern
Sui Juris, All Rights Reserved without Prejudice
400 West Main St
North Adams, MA. 01247

Certificate of Service

I, Scott Stern, certify under the pains and penalties of perjury that I have mailed the aforementioned copy of "PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/MOTION FOR ONE WEEK EXTENSION TO FILE AFOREMENTIONED DOCUMENT" to the Counsel of Record, United States Postal Service, First Class Mail, Postage Prepaid 1/18/08 Scott Stern