UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Springfield, Massachusetts                                Docket No.05-30160-MAP/KPN

Scott Stern,                               ) PLAINTIFF'S MOTION TO STRIKE
                                           ) AFFIDAVIT OF GEORGE HADDAD
      Plaintiff,                         ) IN SUPPORT OF MOTION FOR SUMMARY
                                           ) JUDGMENT
vs.                                        )
                                           )
Haddad Motor Group, Inc., et. al.          )
                                           )
      Defendants                         )
_____)

Now comes plaintiff and hereby moves this Honorable Court, Honorable Judge Kenneth P. Neiman, presiding, and move this court with PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT OF GEORGE HADDAD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT dated December 20, 2007 by and for good reason herein stated.

Wherein, the Affidavit of George Haddad does thereby aver that George Haddad, President of Haddad Motor Group, Inc. was a participant of a meeting between the management of Haddad Motor Group, Inc. and plaintiff, and;

Wherein, said averment by George Haddad states the phrase "We asked" as if George Haddad was present at two meetings held within the offices of David Michael Coggins, on November 26, 2002 and November 27, 2002, with plaintiff, and;

Wherein, George Haddad did not participate with Haddad Motor Group, Inc's management David Michael Coggins, James Salvie, and Timothy Cardillo, during said meetings aforementioned on November 26, 2002 and November 27, 2002, and;

PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT OF GEORGE HADDAD IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT

1

Wherein George Haddad does not have personal knowledge of the conversations of the meetings that transpired on November 26, 2002 and November 27, 2002, by and because George Haddad, President of Haddad Motor Group, Inc, was not present during said meetings by and between plaintiff and the other herein named defendants,

Wherefore, George Haddad, has no personal knowledge of what was asked of plaintiff, nor, what plaintiff asked the other remaining defendants,

Wherefore the Affidavit of George Haddad in Support of Motion for Summary Judgment is false and fraudulent in its intent and purpose; the Affidavit of George Haddad should be not allowed into the record for this proceeding and the PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT OF GEORGE HADDAD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT should be granted. The Affidavit of George Haddad should not be allowed in support of defendants Motion for Summary Judgment.

Wherefore, your movant, does hereby move this Honorable Court, by means of PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT OF GEORGE HADDAD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, dated December 20, 2007 be hereby allowed for the good reason herein cited and averred by plaintiff.

Most humbly and respectfully prayed for this 18th day of January, 2008.

_____
Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT OF GEORGE HADDAD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT