UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Springfield, Massachusetts                Docket No.05-30160-MAP/KPN

Scott Stern,                ) AFFIDAVIT OF SCOTT STERN IN
                            ) SUPPORT OF PLAINTIFF'S MOTION
        Plaintiff,          ) TO STRIKE AFFIDAVIT OF
                            ) GEORGE HADDAD IN SUPPORT OF
                            ) MOTION FOR SUMMARY JUDGMENT
    vs.                     )
                            )
Haddad Motor Group, Inc., et. al.   )
                            )
        Defendants          )
                            )

1. I am Scott Stern of 400 West Main Street, North Adams, Massachusetts.

2. On November 26, 2002 and November 27, 2002 I met with managers of Haddad Motor Group, Inc. At no time during these meetings was George Haddad, President of Haddad Motor Group, Inc., the herein named defendant, present during these meetings.

3. As such, I have personal knowledge of the facts set forth herein, and if called and sworn to testify, could competently testify thereto.

4. On November 26, 2002, I was pressured by managers of Haddad Motor Group, Inc. to disclose my personal and private medical conditions of my person.

5. I believe that Haddad Motor Group's, Inc. "Employee Handbook" stipulates that Haddad Motor Group, Inc shall be in compliance with the Americans with Disabilities Act and other federal laws.

6. On November 26, 2002, George Haddad, President of Haddad Motor Group, Inc, did not participate in this meeting with my person and his managers.

PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT OF GEORGE HADDAD IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT

7. I believe on November 26, 2002 I was asked by the managers to obtain a note from my doctor.

8. I believe on November 27, 2002 I returned to work with a doctor's note, and had another meeting with the managers of Haddad Motor Group, Inc.

9. I believe that on November 27, 2002, defendant George Haddad, President of Haddad Motor Group, Inc. was not present during the meeting I had with the managers of Haddad Motor Group, Inc. whereby a discussion transpired involving the Americans with Disabilities Act, "Flex-Time", and "Reasonable Accommodation."

10. I believe that the Affidavit of George Haddad in Support of Defendants Motion for Summary Judgment is false in which it avers that George Haddad is personally knowledgeable of the conversations that transpired on November 26, 2002 and November 27, 2002, of which, it is impossible that he would personally be knowledgeable since he was not personally involved with the meetings on November 26, 2002 and November 27, 2002.

11. I believe George Haddad, President of Haddad Motor Group, Inc is responsible for the negligent and discriminatory act, actions, policies, practices and procedures of his managers.

12. I believe George Haddad is also negligent in failing to cease the intentional infliction of emotional distress, and discrimination, I received, by defendant James Salvie, on November 27, 2002, when defendant James Salvie verbally and emotionally abused my person during a luncheon that was being held for all Haddad Motor Group, Inc. employees.

13. I believe that I recall seeing George Haddad conducting a luncheon on November 27, 2002 when I exited the office of defendant David Michael Coggins, after being verbally and emotionally abused by defendant James Salvie, in which the negative

PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT OF GEORGE HADDAD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

humiliation, embarrassment and degradation to my person required my person time to recover from the abuse, to such an extent, that I had to exit the building for a period of time before returning to the building.

14. I believe that the other managers were equally negligent, including, but not limited to defendant David Michael Coggins, and defendant Timothy Cardillo, for failing to intervene and cease the verbal and mental abuse that was being committed against my person in violation of my civil rights, Americans with Disabilities Act rights, equal employment rights, and other rights, liberties and privileges that are guaranteed to me by the Constitution of the United States and the Constitution of the Commonwealth of Massachusetts.

15. I believe George Haddad is also negligent for failing to cease the intentional infliction of emotional distress, and discrimination, I received at other times prior to November 27, 2002 and incidents that occurred after November 27, 2002.

16. I believe that the Affidavit of George Haddad in Support of defendants Motion for Summary Judgment avers false statements and does not rely on facts, but fictitious reasoning and fictitious incidents.

17. I believe that because the Affidavit of George Haddad aforementioned in paragraph sixteen (16) avers false statements, and fictitious reasoning, that plaintiff's Motion to Strike the Affidavit of George Haddad should be allowed, and the Affidavit of George Haddad should not be entered into the record of these proceedings except to take judicial notice that the defendant has averred false statements and falsified affidavits in order to have a litigious advantage over plaintiff.

I have stated all of the above based upon my own knowledge, information and belief, and, so far as upon my information and belief, I believe this information to be true.

PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT OF GEORGE HADDAD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Signed under the pains and penalties of perjury this 17 day of January, 2008.

*[signature: Scott Stern]*

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

## ACKNOWLEDGMENT CERTIFICATE

On this 17th day of January, 2008, before me, the undersigned Notary Public, personally appeared Scott Stern proved to me through satisfactory evidence of identification, which were Primary ID, to be the person whose name is signed on the preceding or attached document and acknowledged to me that he signed it voluntarily for its stated purpose.

*[signature]*
Notary Public

My Commission Expires:

Brenda A. [illegible]
NOTARY PUBLIC
My commission expires [illegible]