## CERTIFICATE OF SERVICE page 1

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al., in the United States District Court, Case Number 05-30160-MAP, certify that I have caused a copy of the foregoing documents:

Copy of "PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT"

Copy of "SLS Exhibit 1: REASONABLE ACCOMODATIONS FOR ATTORNEYS WITH DISABILITIES, page 1-25; www.eeoc.gov/facts/accommodations-attorneys.html"

Copy of "SLS Exhibit 2: M.G.L. CHAPTER 267, FORGERY AND CRIMES AGAINST THE CURRENCY"

Copy of "SLS Exhibit 3: (Exhibit A- RESPONDENTS ANSWER TO CHARGE OF DISCRIMINATION" (Defendants submitted to MCAD)

Copy of "SLS Exhibit 4: PLAINTIFF'S POSITION AT DEFENDANT'S BUSINESS"

Copy of "SLS Exhibit 5: HANDWRITTEN NOTE BY PLAINTIFF INDICATING THREAT TO TERMINATE EMPLOYEE RE SLS NOT GOING TO RECEIVE HYUNDAI CHECK "SPIFF" COMMISSION" (CREWDSON)

Copy of "SLS Exhibit 6: DEALER RANKINGS BY TOTAL 6/24/2002" (Haddad ranked #58)

Copy of "SLS Exhibit 7: GOURIE MUKHERJEE CHECKSHEET"

Copy of "SLS Exhibit 8: TIME CARD OF SCOTT STERN dated 12-15-2002 to 12-22-2002"

Copy of "SLS Exhibit 9: TIME CARD OF SCOTT STERN dated 12-30-2002 to 1-5-2003"

Copy of "SLS Exhibit 10: TIME CARD OF GEORGE FRICKE dated 12-30-2002 to 1-4-2003"

Copy of "SLS Exhibit 11: PROSPECTS NOT CALLED OVER 3 Days"

Copy of "SLS Exhibit 12: RICHARD B. SHAKER MOTOR VEHICLE PURCHASE AGREEMENT"
(Notation- Customer backed out of deal. Jim Salvie refused to remove or negotiate the $160 documentation fee)

Copy of "SLS Exhibit 13: CERTIFICATION PROGRAM" (Scott Stern, December 2002)

## CERTIFICATE OF SERVICE page 2

Copy of "SLS Exhibit 14: TOLL RECEIPTS FOR DELIVERING VEHICLE TO GOURIE MUKHERJEE " (Between 1-11-2003 and 1-12-2003)

Copy of "SLS Exhibit 15: EMAIL FROM SAMIR, GRANDSON OF GHOURIE MUKHERJEE, IN RE PICTURE OF SCOTT STERN AT GOURIE MUKHERJEE'S HOUSE IN FREEHOLD, NEW JERSEY"

Copy of "SLS Exhibit 16: 1-11-03 to 1-22-03 WEELY REPORT IN RE GOURIE MUKHERJEE, PINE CONE HILL, HUGO PACHECO"

Copy of "SLS Exhibit 17: MAPQUEST DIRECTIONS TO FREEHOLD, NEW JERSEY"

Copy of "SLS Exhibit 18: SCOTT STERN'S TIME CARD JANUARY 6, 2003 to JANUARY 12, 2003" (TRIP TO FREEHOLD, NEW JERSEY FOR GOURIE MUKHERJEE)

Copy of "SLS Exhibit 19: UNIVERSITY OF TOYOTA CERTIFICATION OF 2003 4RUNNER PRODUCT EDUCATION FOR SCOTT STERN"

Copy of "SLS Exhibit 20: UNIVERSITY OF TOYOTA SCOTT STERN FOUNDATION CERTIFICATION 2002"

Copy of "SLS Exhibit 21: HADDAD DEALERSHIP GM TRAINING RECORD SCORES FOR SCOTT STERN DATED 11-27-2002 through 1-29-2003"

Copy of "SLS Exhibit 22: 90 DAY AVERAGE SALESPEOPLE BETWEEN MAY 2002 and AUG 2002" (Note: PLAINTIFF RANKED THIRD)

Copy of "SLS Exhibit 23: PLAINTIFF'S PERSONAL NOTES BETWEEN November 25, 2002 and December 2, 2003" (possibly submitted as evidence during plaintiff's deposition with defendants)

Copy of "SLS Exhibit 24: SALES DATE 5-31-02; HYUNDAI SALES FEEDBACK INQUIRY dated August 8, 2000, to John Doe, but completed by Ann C. Sawyer" (Note: Customer filled out some type of sample form and returned to dealership: See page 3 Commentary)

Copy of "SLS Exhibit 25: Sales Date 7-22-02; HYUNDAI RESPONSE FROM: ERIN M. BOSHE"

Copy of "SLS Exhibit 26: Sales Date 8-02-02; HYUNDAI RESPONSE FROM: CAROL A. FUHRMAN"

## CERTIFICATE OF SERVICE page 3

Copy of "SLS Exhibit 27: Sales Date 8-14-02; HYUNDAI RESPONSE FROM: BONNY M. MOULTON"

Copy of "SLS Exhibit 28: Sales Date 8-20-02; HYUNDAI RESPONSE FROM: KRISTYN E. BECKER (Note Comment by Customer: Sales Manager messed up paperwork. Scott Stern, Plaintiff, Sales and Leasing Representative performed the work necessary to register customer's vehicle "free of charge." which defendants charged customers $160 for having car registered and insured with Commonwealth of Massachusetts Registry of Motor Vehicles)

Copy of "SLS Exhibit 29: Sales Date 8-23-02; HYUNDAI RESPONSE FROM: ASHLEY O. GADD"

Copy of "SLS Exhibit 30: Sales Date 8-30-02; HYUNDAI RESPONSE FROM: ANGELA M. DRURY"

Copy of "SLS Exhibit 31: Sales Date 9-01-02; HYUNDAI RESPONSE FROM BONNIE W. KEOGH"

Copy of "SLS Exhibit 32: Sales Date 10-15-02; HYUNDAI RESPOSE FROM RICHARD H. DUPONT"

Copy of "SLS Exhibit 33: Sales Date 10-24-02; HYUNDAI RESPONSE FROM KAROLINA KHURSHID"

Copy of "SLS Exhibit 34: MISSING PAPERWORK: SYNOPSIS OF HOW BAD FINANCE MANAGERS WERE AT HANDLING PAPERWORK AT HADDAD MOTOR GROUP, INC.

Copy of "SLS Exhibit 35: LETTER FROM JOHN GIFFORD"

Copy of "SLS Exhibit 36: NOTES FROM PLAINTIFF'S CALL TO ~~[redacted]~~ CUSTOMERS DECEMBER 2002"

Copy of "SLS Exhibit 37: PLAINTIFF'S NOTES RELATIVE TO BEING KICKED OUT OF A MEETING"

Copy of "SLS Exhibit 38: PLAINTIFF'S NOTES RELATIVE TO A MEETING THAT OCCURRED ON JULY 9, 2002"(Note plaintiff's reference that managers Randy Farmer and James Salvie state "Stern will no longer be working @ Haddad whether or not Stern has condition noted or not")

Copy of "SLS Exhibit 39: PLAINTIFF'S 373T-2003 TOYOTA COROLLA-MATRIX PRODUCT LAUNCH TEST-Score of 86.67%"

Copy of "SLS Exhibit 40: PLAINTIFF'S 02U-2002 TCUV SALES SOCIETY QUALIFIER TEST-Score of 92.5%"

## CERTIFICATE OF SERVICE page 4

Copy of "SLS Exhibit 41: PLAINTIFF'S 370T-CAMRY PRODUCT LAUNCH TEST- Score 90%"

Copy of "SLS Exhibit 42: PLAINTIFF'S 382-TOYOTA QUALITY DELIVER PROCESS TEST- Score 100%"

Copy of "SLS Exhibit 43: PLAINTIFF'S 01F-TOYOTA FOUNDATIONS PROGRAM CERTIFICATION TEST-Score 96.67%"

Copy of "SLS Exhibit 44: U.S. News & World Report, Special Report, August 18-25, 2003, Cover Page, pages 30- 32" (See page 30 "Driving a Hard Bargain relative to "documentation fees")

Copy of "SLS Exhibit 45: PICTURE OF JAMES SALVIE WIPING FOOD OFF FACE" (MATT SCHILLING THREW TACO AT JAMES SALVIE, DURING LUNCH, IN FRONT OF OTHER EMPLOYEE'S, MATT NOT WRITTEN UP FOR VIOLATION OF COMPANY POLICY, "MORALE")

Copy of "CERTIFICATE OF SERVICE, page 1"  Copy of "Plaintiff's Haddad Chevrolet, Pontiac, Buick Test Scores 11-27-2002 to 12-20-2002"

Copy of "CERTIFICATE OF SERVICE, page 2"  "[SLS Exhibit #52]"

Copy of "CERTIFICATE OF SERVICE, page 3"  Copy of "SLS Exhibit #53"  "#54"

Copy of "CERTIFICATE OF SERVICE, page 4"  Copy of "SLS Exhibit #55"
Copy of "SLS Exhibit #56"  Copy of "SLS Exhibit 57"

to be mailed, postage prepaid, first class, United States Postal Service, to the defendants, at their respective counsel's address this 18 day of January 2008.

Michenzie & Sewin, LLC
John Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

_____     January 18, 2008
Scott Stern                                          Date
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247