UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS           CIVIL ACTION No.05-30160-MAP

SCOTT STERN,                )
                            )
        Plaintiff,           )
vs.                         )
                            )
HADDAD MOTOR GROUP, INC. et al )
                            )
        Defendants          )

FILED
IN CLERK'S OFFICE

2008 JAN 18 P 3: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

## AFFIDAVIT OF ANDREA PETERS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1. I am Andrea Peters of 58 Chase Avenue, North Adams, Massachusetts.

2. During 2002, I was involved in a relationship with Scott Stern, and am familiar with one particular incident that occurred at Windsor Lake in North Adams, Massachusetts with myself, my daughter and my two sons during 2002.

3. As such, I have personal knowledge of the facts set forth herein, and if called and sworn to testify, could competently testify thereto.

4. Scott, my children and I were at the lake during the summer of 2002 in order to go fishing. I took my daughter at around 8:00 p.m. and left my two boys with Scott to continue fishing, since they were having fun.

5. As I was leaving where we were fishing, I picked up the keys to his car, thinking they were mine, and put the keys in my purse.

6. A couple hours had passed before I received a phone call from Scott saying that I had the keys to his car. He asked me to bring back the keys to his car in order that he could leave the lake.

7. After returning to my house, Scott told me that the person whose door he knocked on happened to be a co-worker of his where he was then, currently employed, at Haddad Dealerships of the Berkshires.

8. I believe that Scott was quite surprised that of all the doors to knock on, in order to make a phone call, it happened to be that of a co-worker's.

9. I believe he made a comment that it was a "small world" or something to that effect, when he arrived at my house from returning from Windsor Lake.

I have stated all of the above based upon my own knowledge, information and belief, and, so far as upon my information and belief, I believe this information to be true. Signed under the pains and penalties of perjury this 17 day of January, 2008.

*Andrea Peters*
Andrea Peters
58 Chase Avenue
North Adams, Massachusetts 01247

## ACKNOWLEDGMENT CERTIFICATE

On this 7th day of January, 2008, before me, the undersigned Notary Public, personally appeared Andrea Peters proved to me through satisfactory evidence of identification, which were _____, to be the person whose name is signed on the preceding or attached document and acknowledged to me that she signed it voluntarily for its stated purpose.

My Commission Expires:
Brenda A. [illegible]
NOTARY PUBLIC
My commission expires [illegible]

_____
Notary Public