## CERTIFICATE OF SERVICE

I, Scott Stern, Pro-Se Plaintiff, in this action of Scott Stern v. Haddad Motor Group, Inc., et. al., in the United States District Court, Case Number 05-30160-MAP, certify that I have caused a copy of the foregoing documents:

Copy of "PLAINTIFF'S MOTION TO STRIKE THE AFFIDAVIT OF GEORGE HADDAD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT"

Copy of "AFFIDAVIT OF SCOTT STERN IN SUPPORT OF MOTION TO STRIKE AFFIDAVIT OF GEORGE HADDAD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT"

Copy of "SLS EXHIBIT #46"

Copy of "SLS EXHIBIT #47"

Copy of "SLS EXHIBIT #48"

Copy of "SLS EXHIBIT #49"

Copy of "SLS EXHIBIT #50"

Copy of "SLS EXHIBIT #51"

Copy of "SLS EXHIBIT #52"

Copy of "CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, first class mailing, United States Postal Service, to the defendants, at their respective counsel's address this 18 day of January 2008.

Michenzie & Sewin, LLC
Richard Sawin, Resident Agent and Manager
John Barker
745 Boylston Street
Boston, Massachusetts 02116-2636

_____          January 18, 2008
Scott Stern                         Date
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247