# CERTIFICATE OF SERVICE

05CV30160-MAP

I, Scott Stern, _Plaintiff_, in this action of _Stern v. Haddad_, in the _United States District_ Court, Case Number _05-30160 MAP_ certify that I have caused a copy of the foregoing documents:

Copy of "Affidavit of Scott Stern in Opposition to Defendant George Haddad's Affidavit in Support of Motion for Summary Judgment"

Copy of "Certificate of Service"

Copy of "_____"

Copy of "_____"

Copy of "_____"

Copy of "_____"

Copy of "_____"

Copy of "_____"

Copy of "CERTIFICATE OF SERVICE"

to be delivered, postage prepaid, first class mailing, United States Postal Service, to the defendants, at their respective counsel's address this _18_ day of _January_ 2008.

Mackenzie & Glawin, LLC
745 Boylston Street
Boston, Massachusetts 02116-7636
John Barker

_/s/ Scott Stern_                    January 18, 2008
Scott Stern                          Date
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247