UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS        CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN,<br>    Plaintiff<br><br>v.<br><br>HADDAD DEALERSHIPS OF THE<br>BERKSHIRES, INC.; JAMES SALVIE,<br>GENERAL SALES MANAGER;<br>TIMOTHY CARDILLO, SALES<br>MANAGER; MICHAEL COGGINS,<br>GENERAL MANAGER, IN THEIR<br>PERSONAL AND OFFICIAL<br>CAPACITIES OF HADDAD<br>DEALERSHIPS OF THE BERKSHIRES,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE
OF FURTHER SUMMARY JUDGMENT PAPERS
BY THE HADDAD DEFENDANTS**

Now come defendants Haddad Dealerships of the Berkshires, Inc.,[1] James Salvie, Michael Coggins, and Timothy Cardillo (collectively the "Haddad Defendants"), through their counsel of record, and hereby file and serve the following summary judgment papers, pursuant to F.R.C.P. 56(c) and U.S. District Court Local Rule 56.1:

1. The Haddad Defendants' Motion for Leave to File a Reply, in Support of Their Motion Summary Judgment;

2. The Haddad Defendants' Reply, in Support of Their Motion for Summary Judgment, filed as an exhibit to their Motion for Leave to File a Reply;

3. The Haddad Defendants' Opposition to Plaintiff's Motion for Summary Judgment;

---

[1] The correct name for this party is Haddad Motor Group, Inc.

00147843.DOC

1

4. The Haddad Defendants' Concise Statement of Undisputed Facts in Support of Their Opposition to Plaintiff's Motion for Summary Judgment, with Exhibits 1-7;

5. The Haddad Defendants' Opposition to Plaintiff's Motion to Strike the Affidavit of George Haddad;

6. The Haddad Defendants' Motion to Strike Plaintiff's 57 Exhibits;

7. This Certificate of Service of the Haddad Defendants' Further Summary Judgment Filings.

Counsel for the Haddad Defendants are filing the above-listed papers electronically on or about 2/1/08. Counsel for the Haddad Defendants also have served or will serve, on or about 2/1/08, copies of these papers by certified mail, with postage prepaid, to plaintiff Scott Stern, who is appearing pro se in this matter, at the following address: 400 West Main Street, North Adams, MA 01427.

THE HADDAD DEFENDANTS,
By Their Attorneys
MICHIENZIE & SAWIN LLC

Dated: 2/1/08    BY: /s/ John Barker
Richard A. Sawin, Jr. – BBO NO: 546786
John C. Barker – BBO NO: 637406
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

2

00147843.DOC