UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Springfield, Massachusetts                Civil Action No. 05-30160-MAP

| | |
|---|---|
| Scott Stern, | ) NOTICE OF APPEAL |
|     Plaintiff, | ) |
| vs. | ) NOTICE OF OBJECTION TO ORDERS, |
| | ) JUDGMENT AND DECREES OF |
| Haddad Motor Group, Inc., et. al. | ) HONORABLE JUDGE KENNETH P. NEIMAN |
| | ) |
|     Defendants | ) |

    Now comes your movant, Scott Stern, an individual with a documented disability, and does hereby gives NOTICE OF OBJECTION TO ORDERS, JUDGMENT AND DECREES OF HONORABLE JUDGE KENNETH P. NEIMAN by and for the good cause herein stated and averred.

    Wherein movant declined the Honorable Judge Kenneth P. Neiman adjudicating the merits of this case and had formerly requested the Honorable Judge Michael A. Ponsor, a United States District Court Judge to preside over this matter, by and through the declination that movant submitted to this Honorable Court, and;.

    Wherein this Court held that the matter would be adjudicated before Honorable Judge Michael A. Ponsor in June of 2006, and;

    Wherein, various orders, judgments and decrees of the Honorable Judge Kenneth P. Neiman have been further adjudicated contrary to the order of this Court that all matters would be heard by the Honorable Judge Michael A. Ponsor, and;

    Wherein certain rulings, judgments and decrees have been contrary to the rights, liberties, privileges and immunities of your movant and have placed movant at an unfair advantage as an individual with a documented disability, and;

Wherein in the event the defendants fail to settle this matter, under the terms that plaintiff has faxed to the defendants on February 14, 2008, which were reasonable and fair against the parties for their violating movants civil rights and did thereby engage in an environment that was a "hostile work environment", which consummated in the underlying action of "wrongful termination" by and because of the defendants, movant shall seek judicial review of this matter by and because of certain rights under the Americans with Disabilities Act that movant was not afforded counsel and for other reasons personally known to movant, to the First Circuit Court of Appeals, unless this matter is adjudicated by Honorable Judge Michael A. Ponsor,

Wherefore, your movant herein appeals all orders, judgments and decrees of the Honorable Judge Kenneth P. Neiman and does hereby seek remedy either through the United States District Judge Michael A. Ponsor, by means of appointed counsel, or, in the alternative, herein Appeals to the United States First Circuit Court of Appeals in order to protect all of movants rights, liberties, privileges and immunities that the United States Constitution, and the Congress of the United States, have enacted to protect individuals such as movant, an individual with a documented disability, declared by the Acts of Congress, and the laws of the United States and the United States Constitution and the Declaration of Independence.

_/s/ Scott Stern_
Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

## CERTIFICATE OF SERVICE

I, Scott Stern, do hereby certify that I have mailed the foregoing:

Copy of "NOTICE OF OBJECTION TO ORDERS, JUDGMENTS AND DECREES OF HONORABLE JUDGE KENNETH P. NEIMAN "

Copy of "CERTIFICATE OF SERVICE"

this 15th day of February, 2008, by first-class mail, pre-paid, United States Postal Service, to the defendants, through their counsel of record.

*/s/ Scott Stern*

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247