UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SPRINGFIELD, MASSACHUSETTS      CIVIL ACTION NO. 3/05-CV-30160-KPN

| | |
|---|---|
| SCOTT STERN,<br>    Plaintiff<br><br>v.<br><br>HADDAD DEALERSHIPS OF THE<br>BERKSHIRES, INC.; JAMES SALVIE,<br>GENERAL SALES MANAGER;<br>TIMOTHY CARDILLO, SALES<br>MANAGER; MICHAEL COGGINS,<br>GENERAL MANAGER, IN THEIR<br>PERSONAL AND OFFICIAL<br>CAPACITIES OF HADDAD<br>DEALERSHIPS OF THE BERKSHIRES,<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**THE HADDAD DEFENDANTS' MOTION FOR LEAVE TO
OPPOSE PLAINTIFF'S MOTION TO EXTEND,
OR MOTION FOR RECONSIDERATION**

Now come defendants Haddad Dealerships of the Berkshires, Inc.,[1] James Salvie, Michael Coggins, and Timothy Cardillo (collectively the "Haddad Defendants"), through their counsel of record, and hereby request leave of Court to file an Opposition to the Motion for Leave to File Objection Late, filed by plaintiff Scott Stern ("plaintiff") or ("Stern") on 2/8/08. In the alternative, if the Court is inclined to deny leave to oppose plaintiff's Motion to File Late Objection [Docket No. 147], then the Haddad Defendants ask that this motion be treated as a Motion for Reconsideration of this Court's ruling of 3/4/08 granting plaintiff's Motion for Leave to File Objection Late. For the following reasons, it would be unjust to allow plaintiff yet another extension to respond to any or all

---

[1] The correct name for this party is Haddad Motor Group, Inc.

{00153096.DOC}      1

of the Haddad Defendants' motion papers (including their pending Summary Judgment papers).

Under this Court's 9/24/07 Order [Docket No. 108], *defendants'* summary judgment motion was due to be filed by 12/21/07. The Haddad Defendants met this deadline [Docket No. 112 et seq.]. Under that same 9/24/07 Order, plaintiff's Opposition papers to defendants' Summary Judgment motion were due in 21 days (1/11/08). The Order stated that "There shall be no further extensions." Plaintiff did not meet this deadline. Plaintiff moved on 1/2/08 for an extension of time to oppose defendants' Summary Judgment Motion [Docket No. 118]. The Court granted plaintiff until 1/19/08 to file his Opposition papers. In fact, plaintiff has not *yet* filed any Opposition to defendants' Summary Judgment Motion. Plaintiff did file a document at Docket No. 128 that he himself labeled as his "Opposition" to Defendants' Motion for Summary Judgment, but as argued previously, this one-page handwritten document is merely another request for an extension of time, not an Opposition to the Summary Judgment Motion. Plaintiff again asked for an extension of time, on 1/22/08 [Docket No. 127]. This Court denied plaintiff's Motion for Extension of Time to Oppose Defendants' Motion for Summary Judgment on 1/23/08. Because the Court had thrice denied plaintiff's Motions for Extensions of Time to Oppose the Defendants' Summary Judgment Papers, defense counsel did not oppose the renewed request, filed on 2/8/08 [Docket No. 147].

Plaintiff filed his own Summary Judgment Motion on 1/22/08 [Docket No. 133], even though the Court's 9/27/07 Order [Docket No. 108] had only permitted Summary

{00153096.DOC}

2

Judgment by defendants. Plaintiff's own dispositive motion was filed a month after the 12/21/07 deadline, without permission for late filing.

It would be simply unjust to grant plaintiff another extension. He had one extension (see above) and squandered it. His chronic tardiness with pleadings and discovery responses is the same chronic tardiness that resulted in his termination from Haddad Motors. This chronic tardiness makes a mockery of the Court's deadlines. Plaintiff's requests for extensions to oppose defendants' Summary Judgment papers have been denied twice (see above), and he should not now be permitted to circumvent these prior denials.

This tardiness is not limited to dispositive motion papers. For example, the Haddad Defendants served both Interrogatories and Document Requests on 5/18/07, as permitted by this Court's Order of 4/23/07 [Docket No. 95]. Plaintiff has still not responded to these written discovery requests. Defendants moved to compel responses on 8/2/07, and plaintiff sought an extension of time, both to respond to the Motion to Compel and to file responses to the written discovery, on 8/30/07 [Docket No. 104]. This Court ordered on 8/31/07 that plaintiff respond to these written discovery requests by 9/18/07, and indicated in its Order that "There shall be no further extensions."

As far as plaintiff's pro se status, this should not justify a further extension of time at this stage. Plaintiff was granted an extension on his first request, but still missed that deadline. This is not an arcane procedural matter or question of law; it is merely a matter of submitting papers by a deadline, something that does not require a law degree.

WHEREFORE, for the foregoing reasons, the Haddad Defendants request that this Court reconsider its recent ruling of 3/4/08 granting plaintiff's Motion for Leave to

File Late Objection [Docket No. 147]. Because the plaintiff has been denied such an extension twice previously, he should not now be permitted yet another 30 days (because of the fortuity that defendant assumed his renewed request for an extension would be denied). The Summary Judgment papers (to which he seeks more time to respond) were filed 2 ½ months ago. Allowing him more time is unwarranted.

THE HADDAD DEFENDANTS,<br>
By Their Attorneys<br>
MICHIENZIE & SAWIN LLC

Dated: 3/6/08   BY: _John Barker_
Richard A. Sawin, Jr. – BBO NO: 546786
John C. Barker – BBO NO: 637406
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel: (617) 227-5660

### CERTIFICATE OF SERVICE

I, John C. Barker, attorney for defendant, hereby certify that I have on this 6th day of March 2008, served a copy of the foregoing Motion for Leave to Oppose Plaintiff's Motion to Extend, or Motion for Reconsideration, by mailing a copy of same, via certified mail, return receipt requested, to the following: Mr. Scott Stern, 400 West Main Street, North Adams, MA 01427.

_John Barker_
John C. Barker

{00153096.DOC}                                                                                                4