UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCOTT STERN,
        Plaintiff(s)

v.   CIVIL ACTION:  05-30160-MAP

HADDAD MOTOR GROUP, INC., ET AL,
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

**Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT entered for the Defendants' pursuant to the Memorandum and Order of the Court entered this date granting the Defendants' motion for Summary Judgment and denying the Plaintiff's motion for Summary Judgment.**

        SARAH A. THORNTON,
        CLERK OF COURT

Dated:  March 13, 2008       By  /s/Mary Finn
                                                       Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCOTT STERN,
        Plaintiff(s)

v.        CIVIL ACTION: 05-30160-MAP

HADDAD MOTOR GROUP, INC., ET AL,
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT entered for the Defendants' pursuant to the Memorandum and Order of the Court entered this date granting the Defendants' motion for Summary Judgment and denying the Plaintiff's motion for Summary Judgment.**

        SARAH A. THORNTON,
        CLERK OF COURT

Dated: March 13, 2008    By /s/Mary Finn
        Deputy Clerk

(Judgment Civil.wpd - 11/98)    [jgm.]

Case 3:05-cv-30160-MAP    Document 152    Filed 03/13/2008    Page 4 of 4