UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
·N CLERK'S OFFICE

₂₀₀₈ MAR 24 P 1: 03

Springfield, Massachusetts

Civil Action No.05-30160-MAP

U.S. DISTRICT COURT
DISTRICT OF MASS.

Scott Stern,

   Plaintiff,

 vs.

Haddad Motor Group, Inc., et. al.

   Defendants

) NOTICE OF APPEAL OF ORDERS,
) JUDGMENT AND DECREES OF
) HONORABLE UNITED STATES DISTRICT
) COURT JUDGE MICHAEL A. PONSOR
)
)
)
)
)

Now comes your movant, Scott Stern, an individual with a documented disability,

and does hereby gives NOTICE OF APPEAL OF ORDERS, JUDGMENTS AND

DECREES OF HONORABLE UNITED STATES DISTRICT COURT JUDGE

MICHAEL A. PONSOR, including, but not limited to, the SUMMARY JUDGMENT

dated March 13, 2008.

Wherefore, your movant herein appeals all orders, judgments and decrees of the

Honorable Judge Michael A. Ponsor and does hereby seek remedy either through the

First Circuit Court of Appeals in order that movant can protect all of movants rights,

liberties, privileges and immunities that the United States Constitution, and the Congress

of the United States, have enacted to protect individuals such as movant, an individual

with a documented disability, declared by the Acts of Congress, and the laws of the

United States, the United States Constitution and Declaration of Independence; the

Constitution of Massachusetts, the laws of the Commonwealth of Massachusetts, and

the Code of Massachusetts Regulations, in addition to those decisions by both the Federal

and State judiciary that are necessary and relevant to prove movants case against the

defendants for their egregious violations of movants civil rights, including, but not

limited to, the Americans with Disabilities Act, and the ADEA, and discriminatory policies, practices and procedures by the defendants.

_____

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

CERTIFICATE OF SERVICE

I, Scott Stern, do hereby certify that I have, today, this 20 day of March, 2008 mailed:

Copy of "NOTICE OF APPEAL OF ORDERS, JUDGMENTS AND DECREES OF HONORABLE JUDGE MICHAEL A. PONSOR"

Copy of "CERTIFICATE OF SERVICE"

by first-class mail, postage pre-paid, United States Postal Service, to the defendants, through their counsel of record, a true copy of the aforementioned documents.

_____

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247