UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
IN CLERK'S OFFICE

2008 MAR 24  P 1: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

Springfield, Massachusetts         Civil Action No.05-30160-MAP

Scott Stern,                       )  MOTION TO WAIVE FILING FEE
       Plaintiff,              )
  vs.                              )
                                )
Haddad Motor Group, Inc., et. al.  )
       Defendants              )

    Now comes your movant, Scott Stern, an individual with a documented disability, and does hereby moves this Honorable Court for an ORDER to grant movant waiver of the cost of filing fee through this MOTION TO WAIVE FILING FEE to appeal the decision of Honorable Judge Michael A. Ponsor by and for good cause herein averred.

    Wherein, your movant has properly given notice of appeals all orders, judgments and decrees of the Honorable Judge Michael A. Ponsor and does hereby seek remedy either through the First Circuit Court of Appeals in order that movant can protect all of movants rights, liberties, privileges and immunities that the United States Constitution, and the Congress of the United States, have enacted to protect individuals such as movant, an individual with a documented disability, declared by the Acts of Congress, and the laws of the United States and the United States Constitution and the Declaration of Independence.

    Wherein your movant is an individual with a documented disability, a recipient of Social Security Disability Income through the Social Security Administration and does not have the income necessary to pay for any filing fee with the First Circuit Court of Appeals,

Wherein your movant would be egregiously harmed by the cost necessary and associated and required to appeal the decision of the Honorable Judge,

Wherefore your movant hereby respectfully submits this MOTION TO WAIVE FILING FEE in order to appeal the orders of Honorable Judge Michael A. Ponsor to the First Circuit Court of Appeals.

_/s/ Scott Stern_
Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247


CERTIFICATE OF SERVICE

I, Scott Stern, do hereby certify that I have, today, this 20 day of March, 2008 mailed:

Copy of "MOTION TO WAIVE FILING FEE"

Copy of "CERTIFICATE OF SERVICE"

this 20th day of March, 2008 by first-class mail, postage pre-paid, United States Postal Service, to the defendants, through their counsel of record.

_/s/ Scott Stern_
Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247