Filed 3/24/08
1:03 PM
U.S.D.C.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Springfield, Massachusetts                     Civil Action No.05-30160-MAP

Scott Stern,                          )   CORRECTION TO THE UNITED
      Plaintiff,               )   STATES DISTRICT COURT
  vs.                                )
                                                                  )
Haddad Motor Group, Inc., et. al.     )
                                                                  )
      Defendants             )

    Now comes your movant, Scott Stern, an individual with a documented disability, and does hereby give CORRECTION TO THE UNITED STATES DISTRICT COURT that the NOTICE OF OBJECTION OF ALL ORDERS, JUDGMENTS, and DECREES OF THE HONORABLE JUDGE KENNETH P. NEIMAN were, for all intents and purposes, mailed to the United States District Court and the counsel of record was mailed to the counsel of record, and, that the CERTIFICATE OF SERVICE did not state "COPY OF "CERTIFICATE OF SERVICE" was an oversight by the part of your movant and apologizes to the Court for his excusable error, due, in part, to movants documented disability.

    Movants NOTICE OF OBJECTION TO ALL ORDERS, JUDGMENTS AND DECREES of the Honorable Magistrate Judge Kenneth P. Neiman was properly served upon the parties with a CERTIFICATE OF SERVICE, that did not state "COPY OF CERTIFICATE OF SERVICE" to being mailed to the defendants.

    Attached to this CORRECTION TO THE UNITED STATES DISTRICT COURT is an AMENDED CERTIFICATE OF SERVICE FOR FEBRUARY 8, 2008 relative to the NOTICE OF OBJECTION that movant filed with the United States

District Court on or about February 8, 2008.

*[signature: Scott Stern]*

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

CERTIFICATE OF SERVICE

I, Scott Stern, do hereby certify that I have, today, this 20 day of March mailed:

Copy of "CORRECTION TO THE UNITED STATES DISTRICT COURT"

Copy of "CERTIFICATE OF SERVICE"

Copy of "AMENDED CERTIFICATE OF SERVICE FOR FEBRUARY 8, 2008"

this 21st day of March, by first-class mail, pre-paid, United States Postal Service, to the defendants, through their counsel of record.

*[signature: Scott Stern]*

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247

AMENDED CERTIFICATE OF SERVICE FOR FEBRUARY 8, 2008

I, Scott Stern, do hereby certify that I have, today, this 8th day of February, 2008 mailed:

Copy of "NOTICE OF OBJECTION OF ALL ORDERS, JUDGMENTS AND DECREES OF HONORABLE JUDGE KENNETH P. NEIMAN"

Copy of "CERTIFICATE OF SERVICE"

by first-class mail, postage pre-paid, United States Postal Service, to the defendants, through their counsel of record, a true copy of the aforementioned documents.

*[signature: Scott Stern]*

Scott Stern
Sui Juris
All Rights Reserved without Prejudice
400 West Main Street
North Adams, Massachusetts 01247