## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-30160-MAP

SCOTT STERN,

v.

JAMES SALVIE, ET AL

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S 1 - 156

and contained in     1     Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  3/24/08

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A Thornton, Clerk of Court

By:   /s/ Mary Finn

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

O:\Clerks Office\Forms\Local\ClerksCertificate-COA.frm- 3/06

# United States District Court
## District of Massachusetts (Springfield)
## CIVIL DOCKET FOR CASE #: 3:05-cv-30160-MAP
## Internal Use Only

Stern v. Haddad Dealerships of the Berkshires, Inc. et al
Assigned to: Judge Michael A Ponsor
Cause: 42:1218(2) Americans with Disabilities Act

Date Filed: 07/07/2005
Date Terminated: 03/13/2008
Jury Demand: Both
Nature of Suit: 445 Civil Rights:
Americans with Disabilities -
Employment
Jurisdiction: Diversity

## Plaintiff

**Scott Stern**

represented by **Scott Stern**
400 West Main Street
North Adams, MA 01247
413-664-7805
PRO SE

V.

## Defendant

**Haddad Dealerships of the
Berkshires, Inc.**
*TERMINATED: 01/13/2006*

represented by **John C. Barker**
Michienzie & Sawin, LLC
745 Boylston Street
Boston, MA 02116-2636
617-227-5660
Fax: 617-227-5882
Email: jb@masatlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Michienzie**
Michienzie & Sawin, LLC
745 Boylston Street
Boston, MA 02116-2636
617-227-5660
Fax: 617-227-5882
Email: pm@masatlaw.com
*TERMINATED: 07/31/2006*

**Richard A. Sawin, Jr.**
Michienzie & Sawin, LLC
101 Merrimac Street
Boston, MA 02114
617-227-5660
Fax: 617-227-5882
Email: rs@masatlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**James Salvie**
*General Sales Manager*

represented by **John C. Barker**
Michienzie & Sawin, LLC
5th Floor
745 Boylston Street
Boston, MA 02116-2636
617-227-5660
Fax: 617-227-5882
Email: jb@masatlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Michienzie**
Michienzie & Sawin, LLC
5th Floor
745 Boylston Street
Boston, MA 02116-2636
617-227-5660
Fax: 617-227-5882
Email: pm@masatlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Sawin, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Coggins**
*General Manager*

represented by **John C. Barker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Michienzie**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Richard A. Sawin, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Timothy Cardillo**
*Sales Manager*

represented by **John C. Barker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Michienzie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Sawin, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cynthia Tucker**
*Investigating Commissioner*
*TERMINATED: 02/26/2007*

represented by **Jerrold S. Levinsky**
Massachusetts Commission Against
Discrimination
436 Dwight Street
Springfield, MA 01103
413-739-2145
Fax: 413-784-1056
Email: JLevinsky@legal.umass.edu
*TERMINATED: 02/26/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James Levinsky**
*Deputy General Counselor*
*TERMINATED: 02/26/2007*

represented by **Jerrold S. Levinsky**
(See above for address)
*TERMINATED: 02/26/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Migdalia Rivera**
*Compliance Officer II in their official*
*capacity of the Mass. Commission*

represented by **Jerrold S. Levinsky**
(See above for address)
*TERMINATED: 02/26/2007*

*Against Discrimination*
*TERMINATED: 02/26/2007*

**Defendant**

**Robert Sanders**
*Boston Area Office Director, In his*
*official capacity as Director of the*
*EEOC*
*TERMINATED: 02/26/2007*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented by **Erin N. Norris**
U.S. Equal Opportunity Commission
Office of Legal Counsel
1801 L St. NW
Washington, DC 20507
202-663-4876
Fax: 202-663-4639
Email: erin.norris@eeoc.gov
*TERMINATED: 02/26/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crystal Borges**
*Investigator*
*TERMINATED: 02/26/2007*

represented by **Jerrold S. Levinsky**
(See above for address)
*TERMINATED: 02/26/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Haddad Motor Group, Inc.**

represented by **John C. Barker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Michienzie**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Sawin, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Alvarado**
*Equal Employment Opportunity*
*Commission*
*TERMINATED: 02/26/2007*

represented by **Erin N. Norris**
(See above for address)
*TERMINATED: 02/26/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Massachusetts Commission Against Discrimination**
*TERMINATED: 02/26/2007*

represented by **Jerrold S. Levinsky**
(See above for address)
*TERMINATED: 02/26/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | #. | Docket Text |
|---|---|---|
| 07/06/2005 | ●1 | Pltf's MOTION for Leave to Proceed in forma pauperis by Scott Stern filed.(Finn, Mary) (Entered: 07/07/2005) |
| 07/07/2005 | ●2 | Judge Kenneth P. Neiman : ORDER entered granting the Pltf's 1 Motion for Leave to Proceed in forma pauperis: cc/Pltf. (Finn, Mary) (Entered: 07/07/2005) |
| 07/07/2005 | ●3 | COMPLAINT against Robert Sanders, Haddad Dealerships of the Berkshires, Inc., James Salvie, Michael Coggins, Timothy Cardillo, Cynthia Tucker, James Levinsky, Migdalia Rivera by Scott Stern filed. Filing fee of $250.00 waived (IFP). Magistrate Judge Consent Form to Pltf. (Attachments: # 1 # 2)(Finn, Mary) (Entered: 07/07/2005) |
| 07/07/2005 | ● | Blank summons and Marshals Forms forwarded to the Pltf. (Finn, Mary) (Entered: 07/07/2005) |
| 11/04/2005 | ●4 | MOTION for Extension of Time of 120 days to make service of process by Scott Stern.(Stuckenbruck, John) (Entered: 11/07/2005) |
| 11/08/2005 | ● | Judge Kenneth P. Neiman : ElectronicORDER entered granting in part and denying in part 4 Motion for Extension of Time. Plaintiff shall have another sixty (60) days, i.e, January 9, 2006, to accomplish service of process. So ordered. (Neiman, Kenneth) (Entered: 11/08/2005) |
| 01/05/2006 | ●5 | AMENDED COMPLAINT against Crystal Borges, Robert Sanders, Haddad Dealerships of the Berkshires, Inc., James Salvie, Michael Coggins, Timothy Cardillo, Cynthia Tucker, James Levinsky, Migdalia Rivera. filed by Scott Stern. (Attachments: # 1 Amended Complaint Cont. (2 of 2) parts# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H)(Lindsay, Maurice) (Entered: 01/06/2006) |
| 01/09/2006 | ●6 | Pltf's MOTION to Correct the 5 Amended Complaint to add a party as a Deft. "Joseph Alvarado" and MOTION to Modify the 5 amended complaint to correct the name of the "Deft. Haddad Dealerships" to "Haddad Motor Group, Inc." by Scott Stern filed. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Finn, Mary) Modified on 1/12/2006 to add a letter "y" to the word "party". (Finn, Mary). (Entered: 01/09/2006) |
| 01/09/2006 | ●7 | Pltf's EMERGENCY MOTION for Extension of Time of sixty (60) days to make service on the Defts. by Scott Stern filed.(Finn, Mary) (Entered: |

| | | 01/09/2006) |
|---|---|---|
| 01/09/2006 | ❍ 8 | Pltf's MOTION to Seal Case (Record) and proceedings and documents and to unscan documents by Scott Stern filed.(Finn, Mary) (Entered: 01/09/2006) |
| 01/12/2006 | ❍ | Judge Kenneth P. Neiman : Electronic ORDER entered granting 6 Plaintiff's Motion to Correct Amended Complaint; granting 7 Plaintiff's Motion for Extension of Time for sixty days to accomplish service; and denying without prejudice 8 Plaintiff's Motion to Seal Case. So ordered. (Neiman, Kenneth) (Entered: 01/12/2006) |
| 01/13/2006 | | (Court only) ***Party Haddad Motor Group, Inc., and Joseph Alvarado added as Defts. Party Haddad Dealerships of the Berkshires, Inc. terminated as a Deft. (Finn, Mary) (Entered: 01/13/2006) |
| 01/13/2006 | ❍ | Summons Issued as to Robert Sanders, Crystal Borges, Haddad Motor Group, Inc., Joseph Alvarado, James Salvie, Michael Coggins, Timothy Cardillo, Cynthia Tucker, James Levinsky, Migdalia Rivera and forwarded to the Marshals for service. (Finn, Mary) (Entered: 01/13/2006) |
| 03/01/2006 | ❍ 9 | US Marshal Process Receipt and Return for Summons/Amended complaint. James Salvie served 2/28/2006. Delivered on 2/28/2006. (Finn, Mary) (Entered: 03/01/2006) |
| 03/01/2006 | ❍ 10 | US Marshal Process Receipt and Return for summons/amended complaint. David Michael Coggins served 2/28/2006. Delivered on 2/28/2006. (Finn, Mary) (Entered: 03/01/2006) |
| 03/01/2006 | ❍ 11 | Marshals Form and Summons Returned Unexecuted as to Timothy Cardillo. Timothy Cardillo no longer employed at Haddad Motor Group, Inc. (Finn, Mary) (Entered: 03/01/2006) |
| 03/01/2006 | ❍ | Set Answer Deadlines for James Salvie, Michael Coggins to the amended complaint - 3/20/2006. Both served on 2/28/2006 by the U.S. Marshals. (Finn, Mary) (Entered: 03/01/2006) |
| 03/17/2006 | ❍ 12 | ANSWER to Amended Complaint by Haddad Dealerships of the Berkshires, Inc., James Salvie, Michael Coggins, Timothy Cardillo.(Michienzie, Paul) (Entered: 03/17/2006) |
| 04/07/2006 | ❍ 13 | Marshals Return of service re: SUMMONS Returned Executed as to Haddad Motor Group, Inc. served on 4/6/2006. Answer due 4/26/2006. (Finn, Mary) (Entered: 04/07/2006) |
| 04/07/2006 | ❍ 14 | Marshals return of service re: SUMMONS Returned Executed as to Migdalia Rivera served on 4/5/2006. Answer due 4/25/2006. (Finn, Mary) (Entered: 04/07/2006) |
| 04/07/2006 | ❍ 15 | Marshals return of service re: SUMMONS Returned Executed as to Cynthia Tucker served on 4/5/2006. Answer due 4/25/2006. (Finn, Mary) (Entered: 04/07/2006) |

| 04/07/2006 | 16 | Marshals return of service re: SUMMONS Returned Executed as to James Levinsky served on 4/5/2006. Answer due 4/25/2006. (Finn, Mary) (Entered: 04/07/2006) |
|---|---|---|
| 04/07/2006 | 17 | Marshals return of service re: Summons Returned Unexecuted as to Crystal Borges - unknown person not employed at location. (Finn, Mary) (Entered: 04/07/2006) |
| 04/07/2006 | 18 | NOTICE of Scheduling Conference ISSUED, cc:cl. Initial Scheduling Conference set for 5/17/2006 at 10:30 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint statement and LR 16.1 cert due by 5/10/06. (Healy, Bethaney) (Entered: 04/07/2006) |
| 04/07/2006 | 19 | Pltf's MOTION for Extension of Time of thirty (30) days to resp. to the Defts. answers by Scott Stern filed.(Finn, Mary) (Entered: 04/10/2006) |
| 04/11/2006 | ◕ | Judge Kenneth P. Neiman : Electronic ORDER entered denying 19 Plaintiff's Motion for Extension of Time to Respond to Defendants' Answer. Since Defendants have not asserted a counterclaim against Plaintiff, there is no need for Plaintiff to respond to the Answer. (Neiman, Kenneth) (Entered: 04/11/2006) |
| 04/12/2006 | 20 | RESPONSE to Motion re 19 MOTION for Extension of Time to thirty days filed by James Salvie, Michael Coggins, Timothy Cardillo. (Barker, John) (Entered: 04/12/2006) |
| 04/13/2006 | | (Court only) Attorney Paul Michienzie for Haddad Motor Group, Inc. and James Salvie, Richard A. Sawin. Jr for Haddad Motor Group, Inc. and James Salvie, John C. Barker for Haddad Motor Group, Inc. and James Salvie added. (Healy, Bethaney) (Entered: 04/13/2006) |
| 04/14/2006 | 21 | NOTICE of Appearance by John C. Barker on behalf of Haddad Motor Group, Inc., James Salvie, Michael Coggins, Timothy Cardillo (Barker, John) (Entered: 04/14/2006) |
| 04/18/2006 | 22 | MOTION to Dismiss *Counts I, II, III, Vi, VII. VIII. IX.A, IX.B, and X* by Haddad Motor Group, Inc., James Salvie, Michael Coggins, Timothy Cardillo. (Attachments: # 1 Affidavit in Support of Motion to Dismiss)(Barker, John) (Entered: 04/18/2006) |
| 04/24/2006 | 23 | MOTION to Amend 5 Amended Complaint, by Scott Stern.(Stuckenbruck, John) (Entered: 04/24/2006) |
| 04/24/2006 | 24 | MEMORANDUM in Support re 23 MOTION to Amend 5 Amended Complaint, filed by Scott Stern. (Stuckenbruck, John) (Entered: 04/24/2006) |
| 04/24/2006 | 25 | NOTICE of Appearance by Erin Norris on behalf of Robert Sanders, Joseph Alvarado (Stuckenbruck, John) (Entered: 04/24/2006) |
| 04/25/2006 | ◕ | Judge Kenneth P. Neiman : Electronic ORDER entered denying 23 Plaintiff's Motion to Amend Complaint, Plaintiff having failed to abide by Local Rule 15.1. (Neiman, Kenneth) (Entered: 04/25/2006) |

| 04/25/2006 | ❏ | NOTICE issued to Attorney Erin Norris regarding mandatory registration with ECF in compliance with the Standing Order entered by Judge Ponsor and Magistrate Judge Neiman. (Healy, Bethaney) (Entered: 04/25/2006) |
| --- | --- | --- |
| 05/01/2006 | ❏26 | Notice of Objection by Scott Stern. (Attachments: # 1 Certificate of Service)(Lindsay, Maurice) (Entered: 05/01/2006) |
| 05/01/2006 | ❏27 | Ptf's MOTION for Extension of Time to 90 days to Complete interrogatories by Scott Stern.(Lindsay, Maurice) (Entered: 05/01/2006) |
| 05/02/2006 | ❏28 | MOTION to Dismiss by Robert Sanders, Joseph Alvarado.(Norris, Erin) (Entered: 05/02/2006) |
| 05/02/2006 | ❏29 | MEMORANDUM in Support re 28 MOTION to Dismiss filed by Robert Sanders, Joseph Alvarado. (Norris, Erin) (Entered: 05/02/2006) |
| 05/09/2006 | ❏30 | Marshals Resturn of service re: SUMMONS and complaint on Robert Sanders. Served by the U.S. Marshals on 5/2/2006. Answer due 5/22/2006. (Finn, Mary) (Entered: 05/09/2006) |
| 05/09/2006 | ❏31 | MOTION Leave to Appear Telephonically re 18 Notice of Scheduling Conference by Robert Sanders, Joseph Alvarado.(Norris, Erin) (Entered: 05/09/2006) |
| 05/10/2006 | ❏32 | Pltf's MEMORANDUM OF LAW by Scott Stern in support of his 26 Notice of Objection to Deft. Haddad Motor Group's deposing the Pltf's doctor, Dr. Michael Perlman and the subpoena request of records, documents and notes of Dr. Micheal Perlman filed. (Finn, Mary) (Entered: 05/10/2006) |
| 05/10/2006 | ❏33 | JOINT STATEMENT of counsel *for Proposed Litigation Schedule.* (Barker, John) (Entered: 05/10/2006) |
| 05/11/2006 | ❏34 | Pltf's NOTICE by Scott Stern in support of his 32 Memorandum of Law and objection to 28 MOTION to Dismiss, 22 MOTION to Dismiss *Counts I, II, III. Vi, VII, VIII, IX.A, IX.B, and X* filed. (Finn, Mary) (Entered: 05/11/2006) |
| 05/11/2006 | ❏35 | Pltf's MOTION for Extension of Time to answer Defts' motion to dismiss and MOTION to Stay proceedings by Scott Stern filed.(Finn, Mary) (Entered: 05/11/2006) |
| 05/11/2006 | ❏36 | Pltf's MOTION to Amend 5 Amended Complaint to add an additional Pltf. by Scott Stern filed.(Finn, Mary) (Entered: 05/11/2006) |
| 05/12/2006 | ❏ | Judge Kenneth P. Neiman : Electronic ORDER entered denying without prejudice 27 Plaintiff's Motion for Extension of Time to Complete Discovery, the court intending to establish the discovery schedule at the conference on May 17, 2006, and to inquire of Defendants at that time about their commencement of discovery prior to said conference (see Federal Rule of Civil Procedure 26(d)). The court also grants 31 Defendants Alvarado and Sanders' counsel's Motion to Appear Telephonically and grants as well 35 Plaintiff's Motion for Extension of |

| | | Time to Oppose Defendants' Motions to Dismiss, the time by which said opposition shall be filed to be set at the scheduling conference on May 17, 2006, but denying so much of Plaintiff's motion which seeks a stay. No further motions shall be filed before the scheduling conference without leave of court.(Neiman, Kenneth) (Entered: 05/12/2006) |
|---|---|---|
| 05/16/2006 | 37 | Pltf's MOTION for Leave to File memorandum in excess of twenty (20) pages re: opp. to the Defts' motion to dismiss by Scott Stern filed. (Finn, Mary) (Entered: 05/16/2006) |
| 05/16/2006 | 38 | Letter/request (non-motion) from Scott Stern with additional letters to John C. Barker and Mr. Shawin filed. (Finn, Mary) (Entered: 05/16/2006) |
| 05/16/2006 | 39 | CERTIFICATE OF CONSULTATION *Under Rule 16.1(D)(3)* by Paul Michienzie on behalf of Haddad Motor Group, Inc.. (Michienzie, Paul) (Entered: 05/16/2006) |
| 05/17/2006 | 40 | Pltf's AFFIDAVITS of Scott Stern and Gail Rubino by Scott Stern filed. (Attachments: # 1 Affidavit Gail Rubino)(Finn, Mary) (Entered: 05/17/2006) |
| 05/17/2006 | 41 | Pltf's Letter/request (non-motion) from Scott Stern re: original receipt for mailing of two envelopes to proposed Defts. John C. Barker and Richard Sawin filed. (Finn, Mary) (Entered: 05/17/2006) |
| 05/17/2006 | ❏ | Judge Kenneth P. Neiman : Electronic ORDER entered denying 36 Plaintiff's Motion to Amend for the reasons stated in court this day, namely, that Plaintiff, as a non-attorney, does not have the right to represent another individual; and denying as well 37 Plaintiff's Motion for Leave to File a Memorandum in Excess of Twenty Pages, the court finding the ninety-plus page memorandum to be excessive. So ordered. (Neiman, Kenneth) (Entered: 05/17/2006) |
| 05/17/2006 | ❏ | Judge Kenneth P. Neiman : Electronic ORDER entered noting for the record, with respect to [26 and 27] Plaintiff's Objections, that Defendant Haddad Motor Group, Inc., noted today through counsel that, for the moment, it had withdrawn the interrogatories, requests for production and subpoena which were the subject of the Objections.(Neiman, Kenneth) (Entered: 05/17/2006) |
| 05/17/2006 | ❏ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Barker and Norris) and Plaintiff (proceeding pro se) appear for Initial Scheduling Conference held on 5/17/2006. Colloquy re: status of case. Atty Barker indicates that, for the moment, Deft has withdrawn the interrogatories, requests for production and subpoena which were the subject of the Pltf's objections. Scheduling Order to issue. (Court Reporter FTR (9:37).) (Healy, Bethaney) (Entered: 05/18/2006) |
| 05/17/2006 | 42 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER Pltf to respond to Ds' motion to dismiss by 6/16/06; Ds' reply to P's oppositions due by 6/30/06; discovery shall be suspended until the motions are |

| | | |
|---|---|---|
| | | addressed by the court, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 05/18/2006) |
| 05/25/2006 | 43 | US Marshal Process Receipt and Return for Summons & Complaint. Equal Employment Opportunity Commission served Delivered on 3/6/06. Answer due 3/25/06 (Lindsay, Maurice) (Entered: 05/30/2006) |
| 06/05/2006 | 44 | MOTION for Default Judgment as to defendants Cynthia Tucker, James Levinsky, Migdalia Rivera by Scott Stern. (Attachments: # 1 Exhibits)(Stuckenbruck, John) (Entered: 06/06/2006) |
| 06/05/2006 | 45 | MEMORANDUM in Support re 44 MOTION for Default Judgment as to Tucker, Levinsky, Rivera filed by Scott Stern. (Stuckenbruck, John) (Entered: 06/06/2006) |
| 06/08/2006 | 46 | Ptf's MOTION to Amend 5 Amended Complaint, by Scott Stern. (Attachments: # 1 Proposed Amended Complaint (1of3) parts# 2 Proposed Amended Complaint (2of3) parts# 3 Proposed Amended Complaint (3of3) parts)(Lindsay, Maurice) (Entered: 06/08/2006) |
| 06/08/2006 | 47 | NOTICE of Appearance (in letter form) by Jerrold S. Levinsky on behalf of Massachusetts Commission Against Discrimination, Crystal Borges, Cynthia Tucker, James Levinsky, Migdalia Rivera filed. (Finn, Mary) (Entered: 06/08/2006) |
| 06/08/2006 | 48 | Defts. Mass. Commission Against Discrimination, Crystal Borges, Cynthia Tucker, James Levinsky and Migdalia Rivera's MOTION to Dismiss by Massachusetts Commission Against Discrimination, Crystal Borges, Cynthia Tucker, James Levinsky, Migdalia Rivera filed.(Finn, Mary) (Entered: 06/08/2006) |
| 06/08/2006 | 49 | Defts' MEMORANDUM in Support of their 48 MOTION to Dismiss by Massachusetts Commission Against Discrimination, Crystal Borges, Cynthia Tucker, James Levinsky, Migdalia Rivera filed. (Finn, Mary) (Entered: 06/08/2006) |
| 06/09/2006 | 50 | MOTION to Withdraw 22 MOTION to Dismiss *Counts I, II, III, Vi, VII, VIII, IX.A, IX.B. and X* by Haddad Dealerships of the Berkshires, Inc..(Barker, John) (Entered: 06/09/2006) |
| 06/14/2006 | ❍ | Judge Kenneth P. Neiman : Electronic ORDER entered finding as moot 44 Plaintiff's Motion for Default Judgment, the defendants targeted by said motion having filed a responsive pleading; granting 50 Haddad Dealerships' Motion to Withdraw Motion to Dismiss; and withdrawing said 22 Motion to Dismiss. So ordered. (Neiman, Kenneth) (Entered: 06/14/2006) |
| 06/14/2006 | ❍ | Case Reopened due to being closed in error. (Finn, Mary) (Entered: 06/14/2006) |
| 06/16/2006 | 51 | Ptf's MOTION for Leave to File memoranda in excess of twenty (20) pages in opp. to the Defts' motions to dismiss by Scott Stern filed.(Finn, |

| | | Mary) (Entered: 06/19/2006) |
|---|---|---|
| 06/16/2006 | 52 | Pltf's CERTIFICATE OF SERVICE by Scott Stern re 51 MOTION for Leave to File and his oppositions to the Defts' motion to dismiss. (Finn, Mary) (Entered: 06/19/2006) |
| 06/19/2006 | 53 | CONSENT to Jurisdiction by US Magistrate Judge. (This document was not scanned and is kept in a separate file in the clerks office) (Lindsay, Maurice) (Entered: 06/19/2006) |
| 06/20/2006 | 54 | Opposition re 51 MOTION for Leave to File *Memoranda in Excess of 20 Pages* filed by Haddad Dealerships of the Berkshires, Inc.. (Barker, John) Additional attachment(s) added on 6/20/2006 (Lindsay, Maurice). (Entered: 06/20/2006) |
| 06/21/2006 | ● | Judge Kenneth P. Neiman : Electronic ORDER entered granting in part and denying in part 51 Plaintiff's Motion for Leave to File Memoranda in Excess of Twenty Pages. The motion is denied insofar as Plaintiff wishes to file an opposition to Defendant Haddad Motor Group's motion to dismiss, said defendant having previously withdrawn its motion. However, Plaintiff's motion for leave to file is granted with respect to his opposition to 28 the motion to dismiss filed by Defendants Equal Opportunity Commission, Robert L. Sanders and Joseph Alvarado. So ordered.(Neiman, Kenneth) (Entered: 06/21/2006) |
| 06/21/2006 | 55 | Opposition re 28 MOTION to Dismiss filed by Scott Stern. (Attachments: # 1 part 2 of 2)(Healy, Bethaney) (Entered: 06/22/2006) |
| 06/22/2006 | 56 | Opposition re 46 MOTION to Amend 5 Amended Complaint, filed by Haddad Dealerships of the Berkshires, Inc., Haddad Motor Group, Inc., James Salvie, Michael Coggins, Timothy Cardillo. (Barker, John) (Entered: 06/22/2006) |
| 06/22/2006 | 57 | AFFIDAVIT of Erin N. Norris in Support re 46 MOTION to Amend 5 Amended Complaint, filed by Haddad Dealerships of the Berkshires, Inc.. Haddad Motor Group. Inc., James Salvie, Michael Coggins, Timothy Cardillo. (Barker, John) (Entered: 06/22/2006) |
| 06/22/2006 | 58 | AFFIDAVIT of John C. Barker in Support re 46 MOTION to Amend 5 Amended Complaint, filed by Haddad Dealerships of the Berkshires, Inc., Haddad Motor Group, Inc., James Salvie, Michael Coggins, Timothy Cardillo. (Barker, John) (Entered: 06/22/2006) |
| 06/22/2006 | 59 | Opposition re 48 MOTION to Dismiss *(Partial)* filed by Haddad Dealerships of the Berkshires, Inc., Haddad Motor Group, Inc., James Salvie, Michael Coggins, Timothy Cardillo. (Barker. John) (Entered: 06/22/2006) |
| 06/26/2006 | 60 | Not all parties consented to assignment of case to Magistrate Judge Neiman. Case to be reassigned to Judge Michael A. Ponsor. (Lindsay, Maurice) (Entered: 06/26/2006) |

| 06/26/2006 | 🔾61 | NOTICE of Reassignment. Judge Michael A Ponsor added. Judge Kenneth P. Neiman no longer assigned to case. cc/cl (Lindsay, Maurice) (Entered: 06/26/2006) |
|---|---|---|
| 06/29/2006 | 🔾62 | REPLY to Response to Motion re 28 MOTION to Dismiss filed by Robert Sanders, Joseph Alvarado. (Norris, Erin) (Entered: 06/29/2006) |
| 06/29/2006 | 🔾 | Reopen Document 48 MOTION to Dismiss - motion terminated in error when the case was closed in error on 6/14/2006. (Finn, Mary) (Entered: 06/29/2006) |
| 06/29/2006 | 🔾 | Judge Michael A Ponsor : ELECTRONIC ORDER entered. REFERRING MOTION 28 MOTION to Dismiss filed by Robert Sanders,, Joseph Alvarado, 48 MOTION to Dismiss filed by Cynthia Tucker,, James Levinsky,, Migdalia Rivera,, Crystal Borgess, Massachusetts Commission Against Discrimination, to Magistrate Judge Kenneth P. Neiman for a Report and Recommendation. (Finn, Mary) Modified on 6/29/2006 to add the word "ELECTRONIC". (Finn, Mary). (Entered: 06/29/2006) |
| 06/30/2006 | 🔾63 | Pltf's MOTION for Extension of Time to rsep. to the Deft. Mass. Commission Against Discrimination's motion to dismiss by Scott Stern filed.(Finn, Mary) (Entered: 06/30/2006) |
| 07/05/2006 | 🔾 | Judge Kenneth P. Neiman : Electronic ORDER entered granting 63 Plaintiff's Motion for Extension of Time to respond to 48 Defendant Mass. Commission Against Discrimination. et al.'s Motion to Dismiss. Plaintiff shall respond by August 7, 2006. There shall be no further extensions. (Neiman, Kenneth) (Entered: 07/05/2006) |
| 07/10/2006 | 🔾64 | NOTICE of Withdrawal of Appearance by Paul Michienzie (Michienzie, Paul) (Entered: 07/10/2006) |
| 07/11/2006 | 🔾65 | Pltf's MOTION for Leave to File memorandum in excess of twenty pages by Scott Stern filed.(Finn, Mary) (Entered: 07/12/2006) |
| 07/12/2006 | 🔾66 | Opposition re 65 MOTION for Leave to File *Memoranda in Excess of 20 Pages* filed by Haddad Dealerships of the Berkshires, Inc.. (Barker, John) (Entered: 07/12/2006) |
| 07/13/2006 | 🔾 | Judge Kenneth P. Neiman : Electronic ORDER entered denying 65 Plaintiff's Motion for Leave to File Memorandum in Excess of Twenty Pages. While the court is willing to accomodate Plaintiff somewhat as a pro se litigant (for, example, it previously allowed Plaintiff to file an opposition of twenty-three pages), it is unwilling to permit the filing of a fifty-three page brief in this matter. Plaintiff still has until August 7, 2006, to file his opposition of no more than twenty pages. So ordered. (Neiman, Kenneth) (Entered: 07/13/2006) |
| 07/18/2006 | 🔾67 | MOTION for Sanctions by Haddad Dealerships of the Berkshires, Inc., Haddad Motor Group, Inc., James Salvie, Michael Coggins, Timothy Cardillo.(Michienzie, Paul) (Entered: 07/18/2006) |

| 07/18/2006 | ⬤68 | AFFIDAVIT in Support re 67 MOTION for Sanctions *in Compliance with Rule 11*. (Michienzie, Paul) (Entered: 07/18/2006) |
|---|---|---|
| 07/24/2006 | ⬤ | Remark - Pltf. called and stated that he will be responding the Deft's 67 motion for sanctions. (Finn, Mary) (Entered: 07/24/2006) |
| 07/28/2006 | ⬤69 | Pltf's MOTION to Disqualify Counsel John Barker and Jerrold "James" Levinsky as defense counsel by Scott Stern filed.(Finn, Mary) (Entered: 07/28/2006) |
| 07/28/2006 | ⬤70 | Pltf's MOTION for Leave to File his opp. to the Deft's 67 motions for sanctions late by Scott Stern filed. (Finn, Mary) (Entered: 07/28/2006) |
| 07/31/2006 | ⬤ | Judge Kenneth P. Neiman : Electronic ORDER entered granting 70 Motion for Leave to File Opposition to Motion for Sanctions. Plaintiff shall file his opposition no later than August 8, 2006. So ordered.(Neiman, Kenneth) (Entered: 07/31/2006) |
| 07/31/2006 | | (Court only) Attorney Paul Michienzie terminated. (Stuckenbruck, John) (Entered: 07/31/2006) |
| 07/31/2006 | ⬤71 | NOTICE of Objection by Scott Stern re 67 MOTION for Sanctions (Healy, Bethaney) (Entered: 08/02/2006) |
| 07/31/2006 | ⬤72 | MEMORANDUM in Opposition re 67 MOTION for Sanctions filed by Scott Stern. (Healy, Bethaney) (Entered: 08/02/2006) |
| 08/08/2006 | ⬤73 | Pltf's MOTION for Leave to File his memorandum in opp. to the Deft. MCAD's motion to dismiss one day late by Scott Stern filed. (Attachments: # 1 Appendix)(Finn, Mary) Modified on 8/8/2006 to correct text to "Deft. MCAD's". (Finn, Mary). (Entered: 08/08/2006) |
| 08/08/2006 | ⬤ | Judge Kenneth P. Neiman : ELECTRONIC ENDORSED ORDER entered granting the Pltf's 73 Motion for Leave to File memorandum in opp. to the Deft. MCAD's' motion to dismiss one day late; cc/cl. and Pltf. (Finn, Mary) Modified on 8/8/2006 to correct "Defts" to Deft. MCAD's.(Finn, Mary). (Entered: 08/08/2006) |
| 08/08/2006 | ⬤74 | Opposition re 69 MOTION to Disqualify Counsel filed by Haddad Dealerships of the Berkshires, Inc., Haddad Motor Group, Inc.. (Sawin, Richard) (Entered: 08/08/2006) |
| 08/08/2006 | ⬤75 | MOTION to Strike *References to Defendant Barker* by Haddad Dealerships of the Berkshires, Inc., Haddad Motor Group, Inc..(Sawin, Richard) (Entered: 08/08/2006) |
| 08/08/2006 | ⬤76 | Pltf's MOTION for Leave to File memorandum in excess of twenty pages (opp. to Deft. MCAD's motion to dismiss) by Scott Stern filed. (Attachments: # 1 Memorandum opp. Defts' motion dismiss - part 1# 2 Memorandum opp. Defts' motion dismiss - part 2# 3 Appendix A# 4 Appendix B# 5 Appendix C# 6 Appendix D# 7 # 8 Appendix F# 9 Appendix G# 10 Appendix H# 11 Appendix I# 12 Affidavit J# 13 Appendix K# 14 Appendix L# 15 Appendix M# 16 Affidavit N# 17 |

| | | |
|---|---|---|
| | | Appendix O# 18 Appendix P# 19 Affidavit Q# 20 Appendix R# 21 Appendix S# 22 Appendix T# 23 Appendix U# 24 Certificate of service)(Finn, Mary) (Entered: 08/08/2006) |
| 08/08/2006 | ❑77 | Pltf's AFFIDAVIT of Scott Stern in Opposition to 67 MOTION for Sanctions by Scott Stern filed. (Finn, Mary) (Entered: 08/09/2006) |
| 08/16/2006 | ❑ | Judge Kenneth P. Neiman : Electronic ORDER entered denying 76 Plaintiff's Motion for Leave to File Memorandum in Excess of Twenty Pages. Plaintiff shall have until August 31, 2006, to file his opposition within the twenty page limit. Respecting Plaintiff's pro se status, the court nonetheless finds that Plaintiff's thirty-three page brief is both excessive and prolix. So ordered. (Neiman, Kenneth) (Entered: 08/16/2006) |
| 09/05/2006 | ❑ | Remark - Pltf. called stating he is having car trouble and will be mailing a motion for leave to file his opp. to the MCAD's motion to dismiss late. (Finn, Mary) (Entered: 09/05/2006) |
| 09/07/2006 | ❑78 | Plft's MOTION for Leave to File his memorandum in opp. and suppl. memorandum in opp. to Defl. MCAD's motion to dismiss late by Scott Stern filed. (Finn, Mary) (Entered: 09/08/2006) |
| 10/27/2006 | ❑ | Judge Kenneth P. Neiman : ELECTRONIC ENDORSED ORDER entered granting 78 Motion for Leave to File late memorandum of law in opp. to Deft. MCAD's motion to dismiss; cc/cl. and Pltf. (Finn, Mary) (Entered: 10/27/2006) |
| 10/27/2006 | ❑79 | Pltf's MEMORANDUM in Opposition to the Deft. MCAD's 48 MOTION to Dismiss and in support of Pltf. notice of objection to their motion to dismiss by Scott Stern filed. (Attachments: # 1 part 2)(Finn, Mary) Additional attachment(s) added on 10/27/2006 (Finn, Mary). (Entered: 10/27/2006) |
| 10/27/2006 | ❑80 | Pltf's SUPPL. MEMORANDUM in Opposition to Deft. MCAD's 48 MOTION to Dismiss and in support of his notice of objection to the Deft's motion to dismiss by Scott Stern filed. (Finn, Mary) (Entered: 10/27/2006) |
| 10/27/2006 | ❑ | Reopen Document 46 MOTION to Amend 5 Amended Complaint, (Stuckenbruck, John) (Entered: 10/27/2006) |
| 10/27/2006 | ❑ | MOTIONS 75 MOTION to Strike *References to Defendant Barker*, 69 MOTION to Disqualify Counsel, 46 MOTION to Amend 5 Amended Complaint, 67 MOTION for Sanctions REFERRED to Magistrate Judge Kenneth P. Neiman. (Stuckenbruck, John) (Entered: 10/27/2006) |
| 10/27/2006 | ❑81 | Pltf's CERTIFICATE OF SERVICE by Scott Stern re 79 Memorandum in Opposition to Motion, 80 Memorandum in Opposition to Motion, 78 MOTION for Leave to File filed. (Finn, Mary) (Entered: 10/27/2006) |
| 10/27/2006 | ❑ | Judge Kenneth P. Neiman : Electronic ORDER entered denying 46 Plaintiff's Motion to Amend Complaint essentially for the reasons set forth in the opposition (Document No. 56); in particular, the court has |

| | | |
|---|---|---|
| | | determined that the Haddad Defendants' counsel's statements, even if made, were privileged and, for all the other reasons set forth in the opposition, the amendment would be futile. Given Plaintiff's pro se status, the court also denies 67 the Haddad Defendants' Motion for Sanctions; Plaintiff, however, is put on notice that he is not immune from Rule 11 sanctions in the future. Continuing, the court denies 69 Plaintiff's Motion to Disqualify Counsel as lacking any merit and grants without opposition 75 the Haddad Defendants' Motion to Strike. So ordered. (Neiman, Kenneth) (Entered: 10/27/2006) |
| 10/27/2006 | 82 | Judge Kenneth P. Neiman : ORDER entered. REPORT AND RECOMMENDATIONS re 28 MOTION to Dismiss filed by Robert Sanders,, Joseph Alvarado,, 48 MOTION to Dismiss filed by Cynthia Tucker,, James Levinsky,, Migdalia Rivera,, Crystal Borges,, Massachusetts Commission Against Discrimination. Recommendation: The Court recommends that both of the Defendants' motions to dismiss - 28 & [48} be ALLOWED. Objections to R&R due by 11/16/2006; cc/cl. and Pltf. (Finn, Mary) (Entered: 10/27/2006) |
| 11/09/2006 | 83 | Pltf's OBJECTION to 82 Report and Recommendations re: Defts' motion to dismiss by Scott Stern filed. (Finn, Mary) (Entered: 11/09/2006) |
| 11/09/2006 | 84 | Pltf's MOTION for Extension of Time of an additional thirty (30) days to file answer and memorandum of law in objection to the Report and Recommendation by Scott Stern filed.(Finn, Mary) (Entered: 11/09/2006) |
| 11/09/2006 | 85 | Pltf's MOTION for Leave to allow Pltf. to file pleadings electronically by Scott Stern filed.(Finn, Mary) (Entered: 11/09/2006) |
| 11/09/2006 | 86 | Pltf's CERTIFICATE OF SERVICE by Scott Stern re 83 Objection to Report and Recommendations, 85 MOTION for Leave to allow Pltf. to file pleadings electronically, 84 MOTION for Extension of Time to an additional thirty (30) days to file answer and memorandum of law in objection to the Report and Recommendation. (Finn, Mary) (Entered: 11/09/2006) |
| 11/09/2006 | ❏ | Case no longer referred to Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 11/09/2006) |
| 11/15/2006 | 87 | Opposition re 85 MOTION for Leave to File *Late Answer* filed by Haddad Motor Group, Inc.. (Barker, John) (Entered: 11/15/2006) |
| 11/15/2006 | 88 | MOTION for Joinder *with Motion for Leave to File Electronically* by Haddad Motor Group, Inc..(Barker, John) (Entered: 11/15/2006) |
| 11/30/2006 | ❏ | Judge Michael A Ponsor : ENDORSED ORDER entered granting 84 Motion for Extension of Time. ALLOWED. Plaintiff's memorandum supporting his objection will be filed by 12/29/06. Reply, if desired, by 1/19/07. So ordered. cc/cl (Lindsay, Maurice) (Entered: 11/30/2006) |
| 12/13/2006 | ❏ | Judge Michael A Ponsor : ENDORSED ORDER entered granting 85 Motion for Leave to File. ALLOWED. Henceforth all filings will be |

| | | electronic. So ordered. cc/cl (Lindsay, Maurice) (Entered: 12/13/2006) |
|---|---|---|
| 12/13/2006 | ❏ | Judge Michael A Ponsor : ENDORSED ORDER entered granting 88 Motion for Joinder. ALLOWED. All filings hereafter will be electronic. So ordered. cc/cl (Lindsay, Maurice) (Entered: 12/13/2006) |
| 02/26/2007 | ❏89 | Judge Michael A Ponsor : Electronic MEMORANDUM AND ORDER entered granting 28 Motion to Dismiss, granting 48 Motion to Dismiss, adopting Report and Recommendations re: 82 Report and Recommendations. (Stuckenbruck, John) (Entered: 02/26/2007) |
| 02/26/2007 | | (Court only) *** Party James Levinsky; Massachusetts Commission Against Discrimination; Migdalia Rivera; Robert Sanders; Joseph Alvarado and Crystal Borges terminated. (Stuckenbruck, John) (Entered: 02/26/2007) |
| 02/26/2007 | | (Court only) *** Party Cynthia Tucker terminated. (Stuckenbruck, John) (Entered: 02/26/2007) |
| 02/26/2007 | | (Court only) Attorney Jerrold S. Levinsky and Erin N. Norris terminated. (Stuckenbruck, John) (Entered: 02/26/2007) |
| 02/26/2007 | ❏ | CASE REFERRED to Magistrate Judge Kenneth P. Neiman for status conference regarding the schedule for the remaining defendants leading to trial or other disposition of the case. (Stuckenbruck, John) (Entered: 02/26/2007) |
| 03/01/2007 | ❏ | Remark - Pltf. called stating he will be filing a resp. to the 89 Memorandum and Order. (Finn, Mary) (Entered: 03/01/2007) |
| 03/12/2007 | ❏90 | NOTICE of Scheduling Conference ISSUED, cc:cl/Pltf. Initial Scheduling Conference set for 4/20/2007 at 10:30 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint statement and LR 16.1 certs by 4/12/07. (Healy, Bethaney) (Entered: 03/12/2007) |
| 03/14/2007 | ❏91 | Pltf's Objection to the Court's 89 Memorandum and Order entered granting 28 & 48 motions to dismiss by adopting the Magistrate Judge's Report and Recommendations by Scott Stern filed. (Attachments: # 1 Exhibit A - PART 1# 2 Exhibit A - PART 2)(Finn, Mary) (Entered: 03/15/2007) |
| 03/14/2007 | ❏92 | Pltf's MOTION for Temporary Restraining Order by Scott Stern filed.(Finn, Mary) (Entered: 03/15/2007) |
| 03/21/2007 | ❏ | Judge Michael A Ponsor : ENDORSED ORDER entered denying Ptf's 92 Motion for TRO. DENIED for failure to show likelihood of success on the merits. cc/cl (Lindsay, Maurice) (Entered: 03/21/2007) |
| 04/13/2007 | ❏93 | Proposed CERTIFICATION pursuant to Local Rule 16.1 by Haddad Motor Group, Inc., James Salvie, Michael Coggins, Timothy Cardillo.(Barker, John) (Entered: 04/13/2007) |
| 04/20/2007 | ❏94 | Pltf's MOTION to Appoint Counsel by Scott Stern filed.(Finn, Mary) (Entered: 04/20/2007) |

| 04/20/2007 | ❏ | Judge Kenneth P. Neiman : Electronic ORDER entered denying 94 Plaintiff's Emergency Motion to Appoint Counsel for the reasons explained to Plaintiff this day in open court. (Neiman, Kenneth) (Entered: 04/20/2007) |
|---|---|---|
| 04/23/2007 | ❏ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Plaintiff (proceeding pro se) and counsel for Defendant (Atty Barker) appear for Initial Scheduling Conference held on 4/23/2007. Colloquy re: status of case. Scheduling Order to issue. (Court Reporter FTR (11:15 a.m.).) (Healy, Bethaney) (Entered: 04/23/2007) |
| 04/23/2007 | 95 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER setting auto discl by 5/18/07; written disc served by 6/29/07; non-expert depos compl by 9/18/07; Case Management Conference set for 9/24/2007 at 12:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. ENTERED, cc:Pltf/cl.(Healy, Bethaney) (Entered: 04/23/2007) |
| 05/18/2007 | ❏ | Remark - Pltf. Scott Stern called stating he will be filing a motion to ext. time for automatic disclosure. (Finn, Mary) (Entered: 05/18/2007) |
| 05/18/2007 | ❏ | Notice of correction to docket made by Court staff. Correction: document 62 (disclosure pursuant to Rule 16) was deleted corrected because: due to being a discovery document which is not to be filed with the court. (Finn, Mary) (Entered: 05/18/2007) |
| 05/21/2007 | 96 | MOTION for Extension of Time to 30 days by Scott Stern.(Lindsay, Maurice) (Entered: 05/21/2007) |
| 05/22/2007 | ❏ | Judge Kenneth P. Neiman : ElectronicORDER entered denying 96 Plaintiff's Motion for Extension of Time to provide automatic disclosures. Not only has Plaintiff failed to abide by Local Rule 7.1(a)(2), but he offers no explanation for the requested delay. (Neiman, Kenneth) (Entered: 05/22/2007) |
| 06/11/2007 | 97 | MOTION to Amend 95 Scheduling Order and for Reconsideration of motion for appointment of counsel. by Scott Stern.(Lindsay, Maurice) (Entered: 06/11/2007) |
| 06/12/2007 | ❏ | Judge Kenneth P. Neiman : Electronic ORDER entered denying 97 Plaintiff's Motion to Amend Scheduling Order and to Reconsider Motion for Appointment of Counsel. As for the request for an extension, the court believes that there is more than sufficient time to complete discovery within the existing schedule. As for the request for appointment of counsel, there is no constitutional right to such an appointment in a civil case and there are no exceptional circumstances present here which would warrant an attempt on the part of the court to seek counsel willing to represent Plaintiff. See Cookish v. Cunningham, 787 F.2d 1, 2-3 (1st Cir. 1986). Plaintiff's claims at this point are relatively straightforward and he has shown himself capable of presenting his case and further investigating his claims. So ordered. (Neiman, Kenneth) (Entered: 06/12/2007) |

| 07/26/2007 | 98 | Pltf's MOTION to Quash of Defts. to Dr. Michael Perlman by Scott Stern filed.(Finn, Mary) (Entered: 07/27/2007) |
|---|---|---|
| 07/26/2007 | 99 | Pltf's MEMORANDUM in Support re 98 MOTION to Quash subpoena to Dr. Michael Perlman by Scott Stern filed. (Finn, Mary) (Entered: 07/27/2007) |
| 08/03/2007 | 100 | First MOTION to Compel *Responses to Ints/Doc Requests* by Haddad Motor Group, Inc.. (Attachments: # Memorandum in Support)(Barker, John) (Entered: 08/03/2007) |
| 08/03/2007 | 101 | Dft's MEMORANDUM in Support of its 100 First MOTION to Compel *Responses to Ints/Doc Requests* filed by Haddad Motor Group, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Lindsay, Maurice) (Entered: 08/06/2007) |
| 08/06/2007 | ❏ | Notice of correction to docket made by Court staff. The motion to compel Dkt. No. 100 was edited because the motion along with the memo in support and exhibits (A-C) was all erroneously filed as one document. The memo in support is required to be docketed separately with separate entry number, and the exhibits are required to be attached individually to the memo as A, B, & C the memo in support, and all supporting exhibits were removed and re-docketed separately. See Dkt. No. 101. (Lindsay, Maurice) (Entered: 08/06/2007) |
| 08/08/2007 | 102 | Opposition re 98 MOTION to Quash *Subpoena of P's Psychiatrist* filed by Haddad Motor Group, Inc.. (Barker, John) (Entered: 08/08/2007) |
| 08/08/2007 | 103 | AFFIDAVIT of John C. Barker in Support re 98 MOTION to Quash *Subpoena of P's Psychiatrist* filed by Haddad Motor Group, Inc.. (Attachments: # )(Barker, John) Additional attachment(s) added on 8/9/2007 (Lindsay, Maurice). (Entered: 08/08/2007) |
| 08/09/2007 | ❏ | Notice of correction to docket made by Court staff. The affidavit Dkt. No. 103 was edited because the affidavit along with exhibits were not properly separated. The affidavit and exhibits A-C was erroneously filed as one document, and exhibits E-I was also attached separately as one document. The affidavit is now correctly separated and the exhibits attached separately as exhibits A,B,C,E,G,H, & I. (Lindsay, Maurice) (Entered: 08/09/2007) |
| 08/09/2007 | ❏ | Judge Kenneth P. Neiman : Electronic ORDER entered granting in part and denying in part 98 Plaintiff's Motion to Quash Subpoena to Dr. Michael Perlman. Although the court recognizes the psychotherapist-patient privilege which Plaintiff invokes, Plaintiff, as Defendants have demonstrated, has not only placed his mental condition in issue but, as well, certain documentary evidence directly related to Dr. Perlman. To that extent, therefor, the privilege must give way. Accordingly, the court will deny the motion to quash in all particulars except paragraph 1 of Schedule A to the subpoena, which paragraph the court deems too broad for present purposes. Defendants' subpoena of Dr. |

| | | |
|---|---|---|
| | | Perlman may proceed within these parameters. So ordered. (Neiman, Kenneth) (Entered: 08/09/2007) |
| 08/27/2007 | ❏ | Judge Kenneth P. Neiman : Electronic ORDER entered granting without timely opposition 100 Defendant's Motion to Compel Responses to Interrogatories and Document Requests. Plaintiff shall respond no later than September 6, 2007. So ordered. (Neiman, Kenneth) (Entered: 08/27/2007) |
| 08/28/2007 | ❏ | Remark - Pltf. called stating he needs more time to complete and to comply with the Courts and opposing counsels requests. Pltf. will be submitting a motion to ext. time in letter form within the next couple of days to the Court. (Finn, Mary) (Entered: 08/28/2007) |
| 08/30/2007 | ❏104 | Emergency MOTION for Extension of Time for Defendants Motion to Compel and Motion to file Answers late to defendants, by Scott Stern. (Attachments: # 1 Exhibit)(Lindsay, Maurice) (Entered: 08/30/2007) |
| 08/31/2007 | ❏ | Judge Kenneth P. Neiman : Electronic ORDER entered granting in part 104 Plaintiff's Motion for Extension of Time as follows: Plaintiff shall respond to Defendant's outstanding interrogatories and request for production of documents no later than September 18, 2007. There shall be no further extensions. The September 24th case management conference shall go forward as scheduled. So ordered. (Neiman, Kenneth) (Entered: 08/31/2007) |
| 08/31/2007 | ❏ | Set/Reset Deadlines: As follows: Plaintiff shall respond to Defendant's outstanding interrogatories and request for production of documents no later than September 18, 2007. (Lindsay, Maurice) (Entered: 08/31/2007) |
| 09/13/2007 | ❏105 | MOTION for Extension of Time to Complete Discovery by Haddad Dealerships of the Berkshires, Inc..(Barker, John) (Entered: 09/13/2007) |
| 09/13/2007 | ❏106 | MEMORANDUM in Support re 105 MOTION for Extension of Time to Complete Discovery filed by Haddad Dealerships of the Berkshires, Inc.. (Attachments: # 1)(Barker, John) (Entered: 09/13/2007) |
| 09/18/2007 | ❏107 | Ptf's Emergency MOTION for additional time to file late answer, Emergency Motion for assignment of a third party mediator, and Emergency Motion for additional time to request interrogatories of the defendants by Scott Stern.(Lindsay, Maurice) (Entered: 09/18/2007) |
| 09/24/2007 | ❏ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Plaintiff. appearing pro se, appears by telephone and counsel for Defendant (Atty Barker) appears in person for Case Management Conference held on 9/24/2007. Court conducts colloquy with Plaintiff addressing his failure to appear in court for the scheduled conference. Court allows Plaintiff to participate by telephone. Colloquy re: status of case and outstanding discovery. Scheduling Order to issue. If the parties mutually agree to participate in court-sponsored ADR before M/J Hillman, they should notify the court. (Court Reporter FTR (12:15 p.m.).) (Healy, Bethaney) (Entered: 09/24/2007) |

| 09/24/2007 | ❏ | Judge Kenneth P. Neiman : Electronic ORDER entered, after hearing this day, granting 105 Defendants' Motion for Extension of Time to Complete Discovery and granting in part and denying in part 107 Plaintiff's Motion for Extension of Time, all as set forth in the Revised Schedule to be issued this day. So ordered. (Neiman, Kenneth) (Entered: 09/24/2007) |
|---|---|---|
| 09/24/2007 | ●108 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER ENTERED, cc:cl. By 10/12/07, Pltf shall provide Defts' with auto discl. answers to ints, and resp. to req for prod. of docs; If Pltf fulfills all obligations pursuant to Para 1, then he has the right to propound ints and req. for prod of docs to Defts by 10/26/07; If Pltf fails to fulfill his obligations pursuant to Para. 1, he shall be barred from relying on any unproduced docs. at trial or in opp. to Defts' motion for S/J; Ds' continued depo of Pltf to go forward on 10/25/07, for no more than 4 hrs; Defts to file motions for S/J by no later than 12/21/07, or inform court in writing by that date that no such motion will be filed; P's response to motion is due within 21 days of filing with this court. THERE SHALL BE NO FURTHER EXTENSIONS. (Healy, Bethaney) (Entered: 09/24/2007) |
| 10/25/2007 | ●109 | Pltf's MOTION for Extension of Time to 11/30/2007 to to serve intgs. upon the Deft.. MOTION to waive costs of his transcripts and video despsitions by Scott Stern filed.(Finn, Mary) (Entered: 10/25/2007) |
| 10/26/2007 | ●110 | Letter(non-motion) from Scott Stern re: motion to extend time filed on 10/25/07. (Stueckenbruck, John) (Entered: 10/26/2007) |
| 10/26/2007 | ❏ | Judge Kenneth P. Neiman : Electronic ORDER entered denying 109 Plaintiff's Motion insofar as it requests an Extension of Time to serve discovery on Defendants, the court having been crystal clear in both its order of September 14, 2007, and at the conference held that day that there would be no further extensions. Plaintiff's motion is granted, however, insofar as it appears to seek a waiver of transcript costs, as follows: Defendants shall arrange for a copy of the transcript of their deposition of Plaintiff to be provided to him at no cost. So ordered. (Neiman, Kenneth) (Entered: 10/26/2007) |
| 10/30/2007 | ●111 | Ptf's Objection to 108 Order dated 9/24/07 by Scott Stern. (Lindsay, Maurice) (Entered: 10/30/2007) |
| 11/08/2007 | ❏ | Judge Michael A Ponsor : ENDORSED ORDER entered. re 111 Objection. The objection is overruled. The Magistrate Judge's order was neither clearly erroneous nor contrary to law. So ordered. cc/cl (Lindsay, Maurice) (Entered: 11/08/2007) |
| 12/21/2007 | ●112 | MOTION for Summary Judgment by Haddad Dealerships of the Berkshires. Inc..(Barker, John) (Entered: 12/21/2007) |
| 12/21/2007 | ●113 | MEMORANDUM in Support re 112 MOTION for Summary Judgment filed by Haddad Dealerships of the Berkshires, Inc.. (Barker, John) (Entered: 12/21/2007) |

| 12/21/2007 | 114 | AFFIDAVIT in Support re 112 MOTION for Summary Judgment *of George Haddad* filed by Haddad Dealerships of the Berkshires, Inc.. (Barker, John) (Entered: 12/21/2007) |
|---|---|---|
| 12/21/2007 | 115 | AFFIDAVIT in Support re 112 MOTION for Summary Judgment *of John Barker* filed by Haddad Dealerships of the Berkshires, Inc.. (Barker, John) (Entered: 12/21/2007) |
| 12/21/2007 | 116 | STATEMENT of facts re 112 MOTION for Summary Judgment. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2. # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5. # 6 Exhibit 6)(Barker, John) (Entered: 12/21/2007) |
| 12/21/2007 | 117 | CERTIFICATE OF SERVICE by Haddad Dealerships of the Berkshires, Inc. re 112 MOTION for Summary Judgment. (Barker, John) (Entered: 12/21/2007) |
| 01/03/2008 | 118 | Pltf's MOTION for Extension of Time of twenty days to oppose the Deft's motion for S/J by Scott Stern filed. (Attachments: # 1 Exhibit)(Finn, Mary) (Entered: 01/04/2008) |
| 01/03/2008 | 119 | Pltf's MOTION to Seal/Impound Dr. Michael Perlman's medical records of the Pltf. and other documentary evidence by Scott Stern filed.(Finn, Mary) (Entered: 01/04/2008) |
| 01/03/2008 | 120 | Pltf's MOTION to Strike affidavit of James Salvie dated June 2006 by Scott Stern filed.(Finn, Mary) (Entered: 01/04/2008) |
| 01/03/2008 | 121 | Pltf's AFFIDAVIT of Scott Stern by Scott Stern filed. (Attachments: # 1 Exhibit)(Finn, Mary) (Entered: 01/04/2008) |
| 01/03/2008 | 122 | Pltf's Opposition to the Deft's req. for admissions by Scott Stern filed. (Attachments: # 1 Exhibit)(Finn, Mary) (Entered: 01/04/2008) |
| 01/04/2008 | 123 | Opposition re 118 MOTION for Extension of Time to twenty days to to oppose the Deft's motion for S/J filed by Haddad Dealerships of the Berkshires, Inc.. (Barker, John) (Additional attachment(s) added on 1/4/2008: # 1 Main docuemnt, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3) (Finn, Mary). (Entered: 01/04/2008) |
| 01/04/2008 | 124 | MOTION for Joinder by Haddad Dealerships of the Berkshires, Inc..(Barker, John) (Entered: 01/04/2008) |
| 01/04/2008 | 125 | Opposition re 120 MOTION to Strike filed by Haddad Dealerships of the Berkshires, Inc.. (Barker, John) (Entered: 01/04/2008) |
| 01/04/2008 | ❏ | Notice of correction to docket made by Court staff. Correction: document 123 corrected because: to separate exhibits 1 - 3 and to add them each individually as attachments to the main document. (Finn, Mary) (Entered: 01/04/2008) |
| 01/07/2008 | ❏ | Magistrate Judge Kenneth P. Neiman: Electronic ORDER entered granting in part 118 Plaintiff's Motion for Extension of Time as follows: Plaintiff shall file his opposition to Defendants' Motion for Summary Judgment no |

| | | |
|---|---|---|
| | | later than January 19, 2008. The court denies 120 Plaintiff's Motion to Strike Affidavit. (Neiman, Kenneth) (Entered: 01/07/2008) |
| 01/07/2008 | ❏ | Magistrate Judge Kenneth P. Neiman: Electronic ORDER entered granting 119 Plaintiff's Motion to Seal under the conditions set forth in 124 Defendants' non-opposition. The clerk shall take such actions as to seal the pertinent documents. So ordered. (Neiman, Kenneth) (Entered: 01/07/2008) |
| 01/15/2008 | ❏126 | MOTION to Strike 122 Objection by Haddad Dealerships of the Berkshires, Inc..(Barker, John) (Entered: 01/15/2008) |
| 01/18/2008 | ❏127 | Pltf's MOTION for Extension of Time to oppose the Defts' motion for S/J by Scott Stern filed.(Finn, Mary) (Entered: 01/22/2008) |
| 01/18/2008 | ❏128 | Pltf's Opposition re 112 MOTION for Summary Judgment filed by Scott Stern. (Finn, Mary) (Entered: 01/22/2008) |
| 01/18/2008 | ❏129 | Pltf's MOTION to Strike 114 Affidavit of George Haddad in Support of Motion by Scott Stern filed.(Finn, Mary) (Entered: 01/22/2008) |
| 01/18/2008 | ❏130 | AFFIDAVIT of Scott Stern in Support re 129 MOTION to Strike 114 Affidavit in Support of Motion filed by Scott Stern. (Finn, Mary) (Entered: 01/22/2008) |
| 01/18/2008 | ❏131 | AFFIDAVIT of Scott L. Stern in Opposition re 114 Haddad Affidavit in Support of Motion for S/J filed.. (Finn, Mary) (Entered: 01/22/2008) |
| 01/18/2008 | ❏132 | EXHIBITS 47-51 in support of 131 Affidavit in Opposition by Scott Stern. (Attachments: # 1 Exhibit 47, # 2 Exhibit 48, # 3 Exhibit 49 - SEALED, # 4 Exhibit 50, # 5 Exhibit 51)(Finn, Mary) Modified on 1/23/2008 to correct the exhibit number 48 to 47. (Finn, Mary). (Entered: 01/22/2008) |
| 01/18/2008 | ❏133 | Plt's MOTION for Summary Judgment by Scott Stern filed.(Finn, Mary) (Additional attachment(s) added on 1/22/2008: # 1 Exhibit) (Finn, Mary). (Entered: 01/22/2008) |
| 01/18/2008 | ❏134 | CERTIFICATE OF SERVICE by Scott Stern re 130 Affidavit in Support of Motion, 133 MOTION for Summary Judgment, 128 Opposition to Motion, 129 MOTION to Strike 114 Affidavit in Support of Motion, 131 Affidavit in Opposition, 127 MOTION for Extension of Time to oppose the Defts' motion for S/J, 132 Exhibit. (Finn, Mary) (Entered: 01/22/2008) |
| 01/18/2008 | ❏135 | AFFIDAVIT of Andrea Peters in Support re 133 MOTION for Summary Judgment filed by Scott Stern. (Finn, Mary) (Entered: 01/22/2008) |
| 01/18/2008 | ❏136 | AFFIDAVIT of Scott L. Stern in Support re 133 MOTION for Summary Judgment filed by Scott Stern. (Finn, Mary) (Entered: 01/22/2008) |
| 01/18/2008 | ❏137 | MEMORANDUM in Support re 133 MOTION for Summary Judgment filed by Scott Stern. (Finn, Mary) (Entered: 01/22/2008) |
| 01/23/2008 | ❏ | Magistrate Judge Kenneth P. Neiman: Electronic ORDER entered denying 127 Plaintiff's Motion for Extension of Time. (Neiman, Kenneth) |

| | | (Entered: 01/23/2008) |
|---|---|---|
| 01/23/2008 | 138 | CERTIFICATE OF SERVICE by Scott Stern re 130 Affidavit in Support of Motion, 129 MOTION to Strike 114 Affidavit in Support of Motion, 132 Exhibits 47-51 filed. (Finn, Mary) (Entered: 01/23/2008) |
| 01/25/2008 | 139 | CERTIFICATE OF SERVICE by Scott Stern re 128 Opposition to Motion, 136 Affidavit in Support of Motion, 138 Certificate of Service. (Lindsay, Maurice) (Entered: 01/25/2008) |
| 02/01/2008 | 140 | Opposition re 133 MOTION for Summary Judgment filed by Haddad Dealerships of the Berkshires, Inc.. (Barker, John) (Entered: 02/01/2008) |
| 02/01/2008 | 141 | STATEMENT of facts *(Concise) of Undisputed Facts, In Opposition to Plaintiff's Motion for Summary Judgment.* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4 (part 1), # 5 Exhibit 4 (part 2), # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7)(Barker, John) (Entered: 02/01/2008) |
| 02/01/2008 | 142 | MOTION for Leave to File *a Reply in Support of Their Motion for Summary Judgment* by Haddad Dealerships of the Berkshires, Inc.. (Attachments: # 1 Exhibit Defendants' Reply to Plaintiff's Purported Opposition to Haddad Defendant's Motion for Summary Judgment)(Barker, John) (Entered: 02/01/2008) |
| 02/01/2008 | 143 | Opposition re 129 MOTION to Strike 114 Affidavit in Support of Motion *to Stike the Affidavit of George Haddad* filed by Haddad Dealerships of the Berkshires, Inc.. (Barker, John) (Entered: 02/01/2008) |
| 02/01/2008 | 144 | MOTION to Strike 132 Exhibit, *(Plaintiff's 57 Exhibits)* by Haddad Dealerships of the Berkshires, Inc..(Barker, John) (Entered: 02/01/2008) |
| 02/01/2008 | 145 | CERTIFICATE OF SERVICE by Haddad Dealerships of the Berkshires, Inc. *of Further Summary Judgment Papers.* (Barker, John) (Entered: 02/01/2008) |
| 02/04/2008 | ○ | Magistrate Judge Kenneth P. Neiman: Electronic ORDER entered granting 142 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Lindsay, Maurice) (Entered: 02/04/2008) |
| 02/04/2008 | 146 | Reply to Ptfs purported opposition to Dfts Motion for Summary Judgment by Haddad Motor Group, Inc. (Lindsay, Maurice) (Entered: 02/04/2008) |
| 02/08/2008 | 147 | Pltf's MOTION for Leave to File Objection late (for leave to file suppl. memorandum in support of his motion for S/J by Scott Stern filed. (Attachments: # 1 Exhibit Pltf's suppl. Memorandum in support of his motion for S/J)(Finn, Mary) (Entered: 02/08/2008) |
| 02/15/2008 | 148 | Pltf's NOTICE of objection to Orders, judgment and decrees of the Honorable Judge Kenneth P. Neiman by Scott Stern filed. (Finn, Mary) |

| | | |
|---|---|---|
| | | (Entered: 02/15/2008) |
| 03/04/2008 | ❑ | Magistrate Judge Kenneth P. Neiman: Electronic ORDER entered granting without timely opposition 147 Plaintiff's Motion for Leave to File Late. (Neiman, Kenneth) (Entered: 03/04/2008) |
| 03/06/2008 | ❑149 | MOTION for Leave to File *Opposition for Plaintiff's Motion to Extend, or Motion for Reconsideration* by Haddad Motor Group, Inc..(Barker, John) (Entered: 03/06/2008) |
| 03/12/2008 | ❑ | Ch. Magistrate Judge Kenneth P. Neiman: ELECTRONIC ORDER entered granting in part and denying in part 149 Motion for Leave to Oppose Plaintiff's Motion to Extend, or Motion for Reconsideration, ENTERED, cc:cl/Pltf. To the extent Defendants seek leave to oppose Plaintiff's motion, that request is denied. However, the court allows Defendants' motion for reconsideration. The court's intent when it allowed Plaintiff's motion for late objection was that the supplemental memorandum attached thereto should be filed, but no other documents. (Healy, Bethaney) (Entered: 03/12/2008) |
| 03/12/2008 | ❑150 | MEMORANDUM in Support re 133 MOTION for Summary Judgment filed by Scott Stern. (Healy, Bethaney) (Entered: 03/12/2008) |
| 03/13/2008 | ❑151 | Judge Michael A Ponsor: MEMORANDUM AND ORDER entered. The Haddad Defts' motion for S/J - 112 is ALLOWED. Defts' motion to strike objections - 126 is DENIED as MOOT. Pltf's motion to strike affidavit - 129 is DENIED. Pltf's motion for S/J - 133 is DENIED, based upon Pltf's failure to comply with L.R. 56.1 and because Defts' opp. to the motion is meritorious. Defts' motion to strike exhibit - 144 is DENIED as MOOT. The Court has allowed Defts' motion for S/J, denied Pltf's motion for S/J and made appropriate rulings on the other pending motions. The Clerk is to enter judgment for the remaining Defts. This case may now be closed; cc/cl. and Pltf. (Finn, Mary) (Entered: 03/13/2008) |
| 03/13/2008 | ❑152 | Judge Michael A Ponsor: ORDER entered. JUDGMENT entered for the Defts' pursuant to the Memorandum and Order of the Court entered this date granting the Defts' motion for S/J and denying the Pltf's motion for S/J; cc/cl. and Pltf. (Finn, Mary) (Entered: 03/13/2008) |
| 03/13/2008 | ❑ | Case no longer referred to Ch. Magistrate Judge Kenneth P. Neiman. (Finn, Mary) (Entered: 03/13/2008) |
| 03/13/2008 | ❑153 | Judge Michael A Ponsor: ORDER entered. AMENDED MEMORANDUM AND ORDER entered re: various pending motions - 112 , [126], 129 , 133 , & [144]. For the reasons, the Court has allowed Defts' motion for S/J, denied Pltf's motion for S/J and made appropriate rulings on the other pending motions. Judgment issued; cc/cl.(Finn, Mary) (Entered: 03/13/2008) |
| 03/24/2008 | ❑154 | NOTICE OF APPEAL of Orders, Judgment and Decrees by Scott Stern NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at |

| | | http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/14/2008. (Stuckenbruck, John) (Entered: 03/26/2008) |
|---|---|---|
| 03/24/2008 | 155 | MOTION to Waive Filing Fee by Scott Stern.(Stuckenbruck, John) (Entered: 03/26/2008) |
| 03/24/2008 | 156 | Correction to United States District Court re: Certificate of Service filed by Scott Stern. (Stuckenbruck, John) (Entered: 03/26/2008) |
| 04/02/2008 | | Judge Michael A Ponsor: ENDORSED ORDER entered granting 155 Motion for Leave to Proceed in forma pauperis. cc/cl (Lindsay. Maurice) (Entered: 04/02/2008) |
| 04/08/2008 | | Transcript Order Form mailed to plaintiff. (Stuckenbruck, John) (Entered: 04/08/2008) |